LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
steve.swinton@lw.com

LATHAM & WATKINS LLP
Mark A. Finkelstein (Bar No. 173851)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
mark.finkelstein@lw.com

Attorneys for Plaintiff
GEN-PROBE INCORPORATED

FILED
OCT 19 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GEN-PROBE INCORPORATED,

Plaintiff,

v.

BECTON, DICKINSON AND COMPANY,

Defendant.

Case No. '09 CV 2319 BEN NLS

**COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff Gen-Probe Incorporated ("Gen-Probe") alleges as follows:

**1.** Gen-Probe is a global leader in the development, manufacture and marketing of rapid, accurate and cost-effective nucleic acid tests and corresponding equipment used primarily to detect infectious microorganisms such as Chlamydia trachomatis, Neisseria gonorrhoeae, human papillomavirus ("HPV"), and human immunodeficiency virus ("HIV") that cause human diseases, and to screen donated human blood. With the increasing pressure to contain heath care costs, leverage the limited supply of medical professionals and technologies and the ever-increasing need to provide more accurate and reliable diagnostic tools, Gen-Probe's proprietary technologies and patents that cover its nucleic acid tests and equipment provide it with a

ORIGINAL

significant competitive advantage in the global market. In this action, Gen-Probe seeks damages and injunctive relief for infringement of a portfolio of Gen-Probe's patents that encompass and facilitate the use of fully automated, high-throughput systems useful for detecting infectious microorganisms and diagnosing human diseases.

**THE PARTIES**

**2.** Gen-Probe was founded in San Diego in 1983 as a small "start up" company, seeking to develop products based on the discoveries of a local research scientist. Over time, Gen-Probe has become one of the largest biotechnology companies in San Diego. Gen-Probe maintains its principal offices and research facilities at 10210 Genetic Center Drive, San Diego, CA 92121, where it employs over 1000 scientists and staff. Gen-Probe is a corporation organized under the laws of the State of Delaware.

**3.** Gen-Probe is informed and believes, and based thereon alleges, that defendant Becton, Dickinson and Company (hereinafter "Defendant," or "BD") is a corporation that maintains its principal place of business and worldwide headquarters in Franklin Lakes, New Jersey. Gen-Probe is further informed and believes that BD conducts research, manufacturing, sales and/or other business activities throughout the United States, including in this judicial district.

**4.** In the 1990s, Gen-Probe began development of an instrument to completely automate nucleic acid testing to detect infectious diseases and screen human blood. Despite previous failures by larger and better funded competitors to develop similar fully automated systems, by 2003, Gen-Probe began clinical trials for use of the TIGRIS® System for blood screening. After obtaining FDA approval to use the TIGRIS System for blood screening, Gen-Probe then obtained FDA approval for use of the TIGRIS System in the clinical diagnosis of infectious diseases, thus establishing the TIGRIS System as the first fully automated, high-throughput nucleic acid testing instrument. Currently, the TIGRIS System is used to screen a significant portion of the nation's blood supply and is being used in major clinical laboratories around the world for clinical diagnosis of infectious disease, including sexually transmitted diseases such as Chlamydia trachomatis and Neisseria gonorrhoeae. In 2005, as a direct result of

Gen-Probe's inventions arising from the development of the TIGRIS System, the United States awarded Gen-Probe the National Medal of Technology, the nation's highest honor for technological innovation, for Gen-Probe's "pioneering work in the development and commercialization of new blood-testing technologies and systems for the direct detection of viral infections." The Gen-Probe patents asserted herein represent some of the pioneering work recognized by that award.

## JURISDICTION AND VENUE

**5.** This action arises under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq.*, and more particularly 35 U.S.C. §§ 271 and 281.

**6.** Jurisdiction in this court is founded upon 28 U.S.C. §§ 1331 and 1338(a). Venue is established in this judicial district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b). Defendant BD has a regular place of business and transacts substantial business, either directly or through its agents, on an ongoing basis in this judicial district.

## BACKGROUND

**7.** On July 14, 2009, the United States Patent and Trademark Office issued United States Patent No. 7,560,256 (hereinafter "the '256 patent") entitled "Automated Process for Detecting The Presence of a Target Nucleic Acid In A Sample." Gen-Probe has attached a copy of the '256 patent as Exhibit A to this complaint.

**8.** On July 14, 2009, the United States Patent and Trademark Office issued United States Patent No. 7,560,255 (hereinafter "the '255 patent") entitled "Automated Process for Detecting The Presence of a Target Nucleic Acid In A Sample." Gen-Probe has attached a copy of the '255 patent as Exhibit B to this complaint.

**9.** On April 28, 2009, the United States Patent and Trademark Office issued United States Patent No. 7,524,652 (hereinafter "the '652 patent") entitled "Automated Process for Detecting The Presence of a Target Nucleic Acid In A Sample." Gen-Probe has attached a copy of the '652 patent as Exhibit C to this complaint.

**10.** On January 27, 2009, the United States Patent and Trademark Office issued United States Patent No. 7,482,143 (hereinafter "the '143 patent") entitled "Automated Process

for Detecting The Presence of a Target Nucleic Acid In A Sample." Gen-Probe has attached a copy of the '143 patent as Exhibit D to this complaint.

**11.** On October 10, 2006, the United States Patent and Trademark Office issued United States Patent No. 7,118,892 (hereinafter "the '892 patent") entitled "Automated Process for Preparing and Amplifying a Target Nucleic Acid Sequence." Gen-Probe has attached a copy of the '892 patent as Exhibit E to this complaint.

**12.** On March 18, 1997, the United States Patent and Trademark Office issued United States Patent No. 5,612,200 (hereinafter "the '200 patent") entitled "Method and Kit for Destroying Ability of Nucleic Acid to be Amplified." Gen-Probe has attached a copy of the '200 patent as Exhibit F to this complaint.

**13.** On November 13, 2007, the United States Patent and Trademark Office issued United States Patent No. 7,294,308 (hereinafter "the '308 patent") entitled "Penetrable Cap." Gen-Probe has attached a copy of the '308 patent as Exhibit G to this complaint.

**14.** On May 17, 2005, the United States Patent and Trademark Office issued United States Patent No. 6,893,612 (hereinafter "the '612 patent") entitled "Penetrable Cap." Gen-Probe has attached a copy of the '612 patent as Exhibit H to this complaint.

**15.** Gen-Probe owns, by assignment, all right, title and interest in and to the '256, '255, '652, '143, '892, '200, '308 and '612 patents.

**COUNT ONE**

**INFRINGEMENT OF THE '256 PATENT**

**16.** Gen-Probe repeats, repleads, and incorporates herein the allegations contained in paragraphs 1 to 15 of this Complaint.

**17.** Gen-Probe is informed and believes, and based thereon alleges, that BD has been and is directly and indirectly infringing the '256 patent through acts which include but are not limited to the manufacture, use, distribution and sale of BD's "Viper with XTR Technology" nucleic acid testing system and companion nucleic acid diagnostic assays. Gen-Probe is further informed and believes that BD's "Viper with XTR Technology" is not a staple article or commodity of commerce suitable for substantial non-infringing use; that BD has actual

knowledge of the '256 patent, has manufactured, distributed and sold those nucleic acid testing systems and companion assays specifically for uses that practice the '256 patent, and BD has provided written instructions to the users of such systems and assays with the specific intent to encourage those users to practice the '256 patent. Gen-Probe is further informed and believes, and based thereon alleges, that BD will continue to infringe unless enjoined by this Court.

**18.** BD's infringement of the '256 patent has caused and will continue to cause Gen-Probe substantial and irreparable injury for which Gen-Probe is entitled to receive injunctive relief and damages adequate to compensate it for such infringement.

**19.** Gen-Probe is informed and believes, and based thereon alleges, that BD's infringement of the '256 patent has been and is being committed in a willful manner, and in deliberate and intentional disregard of Gen-Probe's rights.

## COUNT TWO
### INFRINGEMENT OF THE '255 PATENT

**20.** Gen-Probe repeats, repleads, and incorporates herein the allegations contained in paragraphs 1 to 15 of this Complaint.

**21.** Gen-Probe is informed and believes, and based thereon alleges, that BD has been and is directly and indirectly infringing the '255 patent through acts which include but are not limited to the manufacture, use, distribution and sale of BD's "Viper with XTR Technology" nucleic acid testing system and companion nucleic acid diagnostic assays. Gen-Probe is further informed and believes that BD's "Viper with XTR Technology" is not a staple article or commodity of commerce suitable for substantial non-infringing use; that BD has actual knowledge of the '255 patent, has manufactured, distributed and sold those nucleic acid testing systems and companion assays specifically for uses that practice the '255 patent, and BD has provided written instructions to the users of such systems and assays with the specific intent to encourage those users to practice the '255 patent. Gen-Probe is further informed and believes, and based thereon alleges, that BD will continue to infringe unless enjoined by this Court.

**22.** BD's infringement of the '255 patent has caused and will continue to cause Gen-Probe substantial and irreparable injury for which Gen-Probe is entitled to receive

injunctive relief and damages adequate to compensate it for such infringement.

**23.** Gen-Probe is informed and believes, and based thereon alleges, that BD's infringement of the '255 patent has been and is being committed in a willful manner, and in deliberate and intentional disregard of Gen-Probe's rights.

## COUNT THREE

### INFRINGEMENT OF THE '652 PATENT

**24.** Gen-Probe repeats, repleads, and incorporates herein the allegations contained in paragraphs 1 to 15 of this Complaint.

**25.** Gen-Probe is informed and believes, and based thereon alleges, that BD has been and is directly and indirectly infringing the '652 patent through acts which include but are not limited to the manufacture, use, distribution and sale of BD's "Viper with XTR Technology" nucleic acid testing system and companion nucleic acid diagnostic assays. Gen-Probe is further informed and believes that BD's "Viper with XTR Technology" is not a staple article or commodity of commerce suitable for substantial non-infringing use; that BD has actual knowledge of the '652 patent, has manufactured, distributed and sold those nucleic acid testing systems and companion assays specifically for uses that practice the '652 patent, and BD has provided written instructions to the users of such systems and assays with the specific intent to encourage those users to practice the '652 patent. Gen-Probe is further informed and believes, and based thereon alleges, that BD will continue to infringe unless enjoined by this Court.

**26.** BD's infringement of the '652 patent has caused and will continue to cause Gen-Probe substantial and irreparable injury for which Gen-Probe is entitled to receive injunctive relief and damages adequate to compensate it for such infringement.

**27.** Gen-Probe is informed and believes, and based thereon alleges, that BD's infringement of the '652 patent has been and is being committed in a willful manner, and in deliberate and intentional disregard of Gen-Probe's rights.

## COUNT FOUR

### INFRINGEMENT OF THE '143 PATENT

**28.** Gen-Probe repeats, repleads, and incorporates herein the allegations contained in

paragraphs 1 to 15 of this Complaint.

**29.** Gen-Probe is informed and believes, and based thereon alleges, that BD has been and is directly and indirectly infringing the '143 patent through acts which include but are not limited to the manufacture, use, distribution and sale of BD's "Viper with XTR Technology" nucleic acid testing system and companion nucleic acid diagnostic assays. Gen-Probe is further informed and believes that BD's "Viper with XTR Technology" is not a staple article or commodity of commerce suitable for substantial non-infringing use; that BD has actual knowledge of the '143 patent, has manufactured, distributed and sold those nucleic acid testing systems and companion assays specifically for uses that practice the '143 patent, and BD has provided written instructions to the users of such systems and assays with the specific intent to encourage those users to practice the '143 patent. Gen-Probe is further informed and believes, and based thereon alleges, that BD will continue to infringe unless enjoined by this Court.

**30.** BD's infringement of the '143 patent has caused and will continue to cause Gen-Probe substantial and irreparable injury for which Gen-Probe is entitled to receive injunctive relief and damages adequate to compensate it for such infringement.

**31.** Gen-Probe is informed and believes, and based thereon alleges, that BD's infringement of the '143 patent has been and is being committed in a willful manner, and in deliberate and intentional disregard of Gen-Probe's rights.

## COUNT FIVE
### INFRINGEMENT OF THE '892 PATENT

**32.** Gen-Probe repeats, repleads, and incorporates herein the allegations contained in paragraphs 1 to 15 of this Complaint.

**33.** Gen-Probe is informed and believes, and based thereon alleges, that BD has been and is directly and indirectly infringing the '892 patent through acts which include but are not limited to the manufacture, use, distribution and sale of BD's "Viper with XTR Technology" nucleic acid testing system and companion nucleic acid diagnostic assays. Gen-Probe is further informed and believes that BD's "Viper with XTR Technology" is not a staple article or commodity of commerce suitable for substantial non-infringing use; that BD has actual

knowledge of the '892 patent, has manufactured, distributed and sold those nucleic acid testing systems and companion assays specifically for uses that practice the '892 patent, and BD has provided written instructions to the users of such systems and assays with the specific intent to encourage those users to practice the '892 patent. Gen-Probe is further informed and believes, and based thereon alleges, that BD will continue to infringe unless enjoined by this Court.

**34.** BD's infringement of the '892 patent has caused and will continue to cause Gen-Probe substantial and irreparable injury for which Gen-Probe is entitled to receive injunctive relief and damages adequate to compensate it for such infringement.

**35.** Gen-Probe is informed and believes, and based thereon alleges, that BD's infringement of the '892 patent has been and is being committed in a willful manner, and in deliberate and intentional disregard of Gen-Probe's rights.

## COUNT SIX

### INFRINGEMENT OF THE '200 PATENT

**36.** Gen-Probe repeats, repleads, and incorporates herein the allegations contained in paragraphs 1 to 15 of this Complaint.

**37.** Gen-Probe is informed and believes, and based thereon alleges, that BD has been and is directly and indirectly infringing the '200 patent through acts which include but are not limited to the use, distribution and sale of BD's "Viper" and "Viper with XTR Technology" nucleic acid testing systems and companion nucleic acid diagnostic assays. Gen-Probe is further informed and believes that BD has actual knowledge of the '200 patent, and has directed users of those nucleic acid testing systems and companion assays to practice the '200 patent by and through written instructions supplied therewith with the specific intent to encourage those users to practice the '200 patent. Gen-Probe is further informed and believes, and based thereon alleges, that BD will continue to infringe unless enjoined by this Court.

**38.** BD's infringement of the '200 patent has caused and will continue to cause Gen-Probe substantial and irreparable injury for which Gen-Probe is entitled to receive injunctive relief and damages adequate to compensate it for such infringement.

**39.** Gen-Probe is informed and believes, and based thereon alleges, that BD's

infringement of the '200 patent has been and is being committed in a willful manner, and in deliberate and intentional disregard of Gen-Probe's rights.

**COUNT SEVEN**

**INFRINGEMENT OF THE '308 PATENT**

**40.** Gen-Probe repeats, repleads, and incorporates herein the allegations contained in paragraphs 1 to 15 of this Complaint.

**41.** Gen-Probe is informed and believes, and based thereon alleges, that BD has been and is directly and indirectly infringing the '308 patent through acts which include but are not limited to the manufacture, use, distribution and sale of BD ProbeTec™ Female Endocervical and Male Urethral Specimen Collection Kits for Amplified Chlamydia trachomatis/Neisseria gonorrhoeae (CT/GC) DNA Assays. Gen-Probe is further informed and believes that BD's ProbeTec™ Female Endocervical and Male Urethral Specimen Collection Kits for Amplified Chlamydia trachomatis/Neisseria gonorrhoeae (CT/GC) DNA Assays are not staple articles or commodities of commerce suitable for substantial non-infringing use; that BD has actual knowledge of the '308 patent, has manufactured, distributed and sold those nucleic acid testing systems and companion assays specifically for uses that practice the '308 patent, and BD has provided written instructions to users of those specimen collection kits with the specific intent to encourage those users to practice the '308 patent. Gen-Probe is further informed and believes, and based thereon alleges, that BD will continue to infringe unless enjoined by this Court.

**42.** BD's infringement of the '308 patent has caused and will continue to cause Gen-Probe substantial and irreparable injury for which Gen-Probe is entitled to receive injunctive relief and damages adequate to compensate it for such infringement.

**43.** Gen-Probe is informed and believes, and based thereon alleges, that BD's infringement of the '308 patent has been and is being committed in a willful manner, and in deliberate and intentional disregard of Gen-Probe's rights.

**COUNT EIGHT**

**INFRINGEMENT OF THE '612 PATENT**

**44.** Gen-Probe repeats, repleads, and incorporates herein the allegations contained in

paragraphs 1 to 15 of this Complaint.

**45.** Gen-Probe is informed and believes, and based thereon alleges, that BD has been and is directly and indirectly infringing the '612 patent through acts which include but are not limited to the manufacture, use, distribution and sale of BD ProbeTec™ Female Endocervical and Male Urethral Specimen Collection Kits for Amplified Chlamydia trachomatis/Neisseria gonorrhoeae (CT/GC) DNA Assays. Gen-Probe is further informed and believes that BD's ProbeTec™ Female Endocervical and Male Urethral Specimen Collection Kits for Amplified Chlamydia trachomatis/Neisseria gonorrhoeae (CT/GC) DNA Assays are not staple articles or commodities of commerce suitable for substantial non-infringing use; that BD has actual knowledge of the '612 patent, has manufactured, distributed and sold those nucleic acid testing systems and companion assays specifically for uses that practice the '612 patent, and BD has provided written instructions to users of those specimen collection kits with the specific intent to encourage those users to practice the '612 patent. Gen-Probe is further informed and believes, and based thereon alleges, that BD will continue to infringe unless enjoined by this Court.

**46.** BD's infringement of the '612 patent has caused and will continue to cause Gen-Probe substantial and irreparable injury for which Gen-Probe is entitled to receive injunctive relief and damages adequate to compensate it for such infringement.

**47.** Gen-Probe is informed and believes, and based thereon alleges, that BD's infringement of the '612 patent has been and is being committed in a willful manner, and in deliberate and intentional disregard of Gen-Probe's rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Gen-Probe prays that this Court:

**1.** Adjudge that BD has infringed, and does currently infringe, directly and/or indirectly, the '256, '255, '652, '143, '892, '200, '308 and '612 patents;

**2.** Preliminarily and permanently enjoin BD, its employees and agents, and any other person(s) in active concert or participation with BD from infringing, directly or indirectly, the '256, '255, '652, '143, '892, '200, '308 and '612 patents;

**3.** Award Gen-Probe its damages adequate to compensate Gen-Probe for BD's

infringement;

**4.** Award Gen-Probe treble damages pursuant to 35 U.S.C. § 284 as a consequence of BD's willful infringement;

**5.** Declare this case exceptional pursuant to 35 U.S.C. § 285 and award Gen-Probe its costs and attorneys' fees; and

**6.** Grant Gen-Probe such other and further relief as is just and proper.

Dated: October 19, 2009

LATHAM & WATKINS LLP
Stephen P. Swinton
Mark A. Finkelstein

By: ______________________
Stephen P. Swinton

Attorneys for Plaintiff
GEN-PROBE INCORPORATED

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Civil Rule 38.1, Plaintiff Gen-Probe Incorporated demands trial by jury for all issues triable of right by a jury.

Dated: October 19, 2009

LATHAM & WATKINS LLP
Stephen P. Swinton
Mark A. Finkelstein

By: ______________________
Stephen P. Swinton

Attorneys for Plaintiff
GEN-PROBE INCORPORATED



US007560256B2

(12) **United States Patent**
**Ammann et al.**

(10) **Patent No.:** **US 7,560,256 B2**
(45) **Date of Patent:** ***Jul. 14, 2009**

(54) **AUTOMATED PROCESS FOR DETECTING THE PRESENCE OF A TARGET NUCLEIC ACID IN A SAMPLE**

(75) Inventors: **Kelly G. Ammann**, Longmont, CO (US); **Ralph E. Burns**, Boulder, CO (US); **Ernest V. Hansberry**, Evergreen, CO (US); **Glenn A. Horner**, Boulder, CO (US); **Cheryl A. Jakub**, Golden, CO (US); **John E. Kling**, San Diego, CA (US); **Donald J. Nieglos**, Superior, CO (US); **Robert E. Schneider**, Erie, CO (US); **Robert J. Smith**, Louisville, CO (US)

(73) Assignee: **Gen-Probe Incorporated**, San Diego, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 339 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/168,374**

(22) Filed: **Jun. 29, 2005**

(65) **Prior Publication Data**

US 2005/0266489 A1 Dec. 1, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/946,557, filed on Sep. 22, 2004, which is a continuation of application No. 09/985,064, filed on Nov. 1, 2001, now Pat. No. 6,890,742, which is a continuation of application No. 09/303,030, filed on Apr. 30, 1999, now Pat. No. 6,335,166.

(60) Provisional application No. 60/083,927, filed on May 1, 1998.

(51) **Int. Cl.**
*C12P 19/34* (2006.01)
*C12Q 1/68* (2006.01)
*C07H 21/02* (2006.01)
*C07H 21/04* (2006.01)
*C07H 21/00* (2006.01)

(52) **U.S. Cl.** ........................ **435/91.2**; 435/6; 435/91.1; 536/23.1; 536/24.3; 536/24.33; 536/25.32

(58) **Field of Classification Search** .................... 435/6, 435/91.1, 91.2, 183, 283.1, 287.1, 287.2; 436/94, 501; 536/23.1, 24.3, 24.33, 25.3, 536/25.32
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

749,104 A 1/1904 Schoenefeldt
(Continued)

FOREIGN PATENT DOCUMENTS

DE 4128698 A1 3/1993
(Continued)

OTHER PUBLICATIONS

Anonymous, "Cup and Tip Supply Ring," Research Disclosure, Mason Publications, Emsworth GB, No. 318, 3 pages (Oct. 1990).
(Continued)

*Primary Examiner*—Frank W Lu
(74) *Attorney, Agent, or Firm*—Charles B. Cappellari; Richard Wydeven

(57) **ABSTRACT**

An automated process for detecting the presence of a target nucleic acid in a sample. The process includes separating the target nucleic acid from other material present in the sample at a first station, transferring the separated target nucleic acid from the first station to a second station using a rotatable transport mechanism, combining the transferred target nucleic acid and reagents for performing an amplification reaction at the second station, and performing an amplification reaction. A product of the amplification reaction is detected as an indication of the presence of the target nucleic acid in the sample.

**22 Claims, 46 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,010,016 | A | 11/1911 | Campau |
| 2,313,045 | A | 3/1943 | Brown |
| 3,504,376 | A | 3/1970 | Bendnar et al. |
| 3,562,962 | A | 2/1971 | Ohno |
| 3,565,582 | A | 2/1971 | Young |
| 3,626,190 | A | 12/1971 | Cannon |
| 3,644,095 | A | 2/1972 | Netheler et al. |
| 3,663,816 | A | 5/1972 | Scherzer et al. |
| 3,676,076 | A | 7/1972 | Grady |
| 3,754,444 | A | 8/1973 | Ure et al. |
| 3,883,305 | A | 5/1975 | Hoskins et al. |
| 3,985,649 | A | 10/1976 | Eddleman |
| 4,039,288 | A | 8/1977 | Moran |
| 4,054,415 | A | 10/1977 | Seligson et al. |
| 4,169,125 | A | 9/1979 | Rodriguez et al. |
| 4,170,625 | A | 10/1979 | Welch |
| 4,234,539 | A | 11/1980 | Ginsberg et al. |
| 4,235,840 | A | 11/1980 | Mendoza et al. |
| 4,268,477 | A | 5/1981 | Herzstark |
| 4,276,051 | A | 6/1981 | Ginsberg et al. |
| 4,291,230 | A | 9/1981 | Heiss |
| 4,298,571 | A | 11/1981 | DiFulvio et al. |
| 4,305,668 | A | 12/1981 | Bilbrey |
| 4,313,735 | A | 2/1982 | Yamashita et al. |
| 4,315,891 | A | 2/1982 | Sakurada |
| 4,344,768 | A | 8/1982 | Parker et al. |
| 4,346,056 | A | 8/1982 | Sakurada |
| RE31,108 | E | 12/1982 | Ginsberg et al. |
| 4,366,119 | A | 12/1982 | Takeuchi |
| RE31,150 | E | 2/1983 | Ginsberg et al. |
| 4,451,433 | A | 5/1984 | Yamashita et al. |
| 4,459,265 | A | 7/1984 | Berglund |
| 4,478,095 | A | 10/1984 | Bradley et al. |
| 4,479,720 | A | 10/1984 | Mochida et al. |
| 4,483,823 | A | 11/1984 | Umetsu et al. |
| 4,483,927 | A | 11/1984 | Takekawa |
| 4,497,774 | A | 2/1985 | Scordato |
| 4,501,164 | A | 2/1985 | Stockdale et al. |
| 4,528,159 | A | 7/1985 | Liston |
| 4,595,562 | A | 6/1986 | Liston et al. |
| 4,612,289 | A | 9/1986 | Furuta et al. |
| 4,647,199 | A | 3/1987 | Ferber et al. |
| 4,647,432 | A | 3/1987 | Wakatake |
| 4,673,657 | A | 6/1987 | Christian |
| 4,678,752 | A | 7/1987 | Thorne et al. |
| 4,683,195 | A | 7/1987 | Mullis et al. |
| 4,683,202 | A | 7/1987 | Mullis |
| 4,695,430 | A | 9/1987 | Coville et al. |
| 4,699,766 | A | 10/1987 | Yamashita |
| 4,699,767 | A | 10/1987 | Aihara |
| 4,731,225 | A | 3/1988 | Wakatake |
| 4,747,693 | A | 5/1988 | Kahl |
| 4,755,055 | A | 7/1988 | Johnson et al. |
| 4,761,268 | A | 8/1988 | Anderson et al. |
| 4,764,342 | A | 8/1988 | Kelln et al. |
| 4,774,055 | A | 9/1988 | Wakatake et al. |
| 4,781,891 | A | 11/1988 | Galle et al. |
| 4,826,660 | A | 5/1989 | Smith et al. |
| 4,834,944 | A | 5/1989 | Wakatake |
| 4,844,868 | A | 7/1989 | Rokugawa |
| 4,848,917 | A | 7/1989 | Benin et al. |
| 4,849,176 | A | 7/1989 | Sakagami |
| 4,855,110 | A | 8/1989 | Marker et al. |
| 4,863,690 | A | 9/1989 | Berthold et al. |
| 4,865,986 | A | 9/1989 | Coy et al. |
| 4,871,676 | A | 10/1989 | Yamada |
| 4,883,644 | A | 11/1989 | Perlman |
| 4,895,650 | A | 1/1990 | Wang |
| 4,906,433 | A | 3/1990 | Minekane |
| 4,908,186 | A | 3/1990 | Sakamaki |
| 4,908,320 | A | 3/1990 | Zakowski et al. |
| 4,919,887 | A | 4/1990 | Wakatake |
| 4,961,906 | A | 10/1990 | Andersen et al. |
| 4,965,049 | A | 10/1990 | Lillig et al. |
| 4,981,801 | A | 1/1991 | Suzuki et al. |
| 5,043,141 | A | 8/1991 | Wilson et al. |
| 5,051,238 | A | 9/1991 | Umetsu et al. |
| 5,075,079 | A | 12/1991 | Kerr et al. |
| 5,082,628 | A | 1/1992 | Andreotti et al. |
| 5,084,242 | A | 1/1992 | Sakuma et al. |
| 5,086,233 | A | 2/1992 | Stafford et al. |
| 5,089,233 | A | 2/1992 | DeVaney et al. |
| 5,104,231 | A | 4/1992 | Collier et al. |
| 5,104,621 | A | 4/1992 | Pfost et al. |
| 5,104,807 | A | 4/1992 | Mitsumaki et al. |
| 5,104,808 | A | 4/1992 | Laska et al. |
| 5,122,343 | A | 6/1992 | Ishizaka et al. |
| 5,128,103 | A | 7/1992 | Wang et al. |
| 5,139,743 | A | 8/1992 | Ishizaka et al. |
| 5,139,745 | A | 8/1992 | Barr et al. |
| 5,141,871 | A | 8/1992 | Kureshy et al. |
| 5,147,610 | A | 9/1992 | Watanabe et al. |
| 5,154,888 | A | 10/1992 | Zander et al. |
| 5,154,889 | A | 10/1992 | Muraishi |
| 5,167,448 | A | 12/1992 | Herold et al. |
| 5,183,638 | A | 2/1993 | Wakatake |
| 5,186,827 | A | 2/1993 | Liberti et al. |
| 5,192,505 | A | 3/1993 | Sakagami |
| 5,192,506 | A | 3/1993 | Kuresy et al. |
| 5,207,987 | A | 5/1993 | Kuresy et al. |
| 5,213,761 | A | 5/1993 | Sakagami |
| 5,215,714 | A | 6/1993 | Okada et al. |
| 5,223,218 | A | 6/1993 | Fukuoka et al. |
| 5,229,297 | A | 7/1993 | Schnipelsky et al. |
| 5,232,665 | A | 8/1993 | Burkovich et al. |
| 5,232,669 | A | 8/1993 | Pardinas |
| 5,240,678 | A | 8/1993 | Litsche |
| 5,240,679 | A | 8/1993 | Stettler |
| 5,246,665 | A | 9/1993 | Tyranski et al. |
| 5,250,261 | A | 10/1993 | Porte |
| 5,254,315 | A | 10/1993 | Nurse et al. |
| 5,260,028 | A | 11/1993 | Astle |
| 5,270,210 | A | 12/1993 | Weyrauch et al. |
| 5,277,871 | A | 1/1994 | Fuji et al. |
| 5,288,463 | A | 2/1994 | Chemelli |
| 5,290,513 | A | 3/1994 | Berthold et al. |
| 5,294,404 | A | 3/1994 | Grandone et al. |
| 5,306,510 | A | 4/1994 | Meltzer |
| 5,314,663 | A | 5/1994 | Mimura |
| 5,314,825 | A | 5/1994 | Weyrauch et al. |
| 5,316,726 | A | 5/1994 | Babson et al. |
| 5,318,914 | A | 6/1994 | Matte et al. |
| 5,320,809 | A | 6/1994 | Dunn et al. |
| 5,320,966 | A | 6/1994 | Mitsumaki et al. |
| 5,324,481 | A | 6/1994 | Dunn et al. |
| 5,330,916 | A | 7/1994 | Williams et al. |
| 5,332,549 | A | 7/1994 | MacIndoe, Jr. |
| 5,340,747 | A | 8/1994 | Eden |
| 5,346,303 | A | 9/1994 | Heinonen et al. |
| 5,358,691 | A | 10/1994 | Clark et al. |
| 5,360,741 | A | 11/1994 | Hunnell |
| 5,374,395 | A | 12/1994 | Robinson et al. |
| 5,380,666 | A | 1/1995 | Wuerschum |
| 5,384,094 | A | 1/1995 | Schacher |
| 5,389,339 | A | 2/1995 | Petschek et al. |
| 5,401,465 | A | 3/1995 | Smethers et al. |
| 5,403,711 | A | 4/1995 | Walder et al. |
| 5,415,839 | A | 5/1995 | Zaun et al. |
| 5,415,840 | A | 5/1995 | Sano et al. |
| 5,419,871 | A | 5/1995 | Musak et al. |
| 5,422,271 | A | 6/1995 | Chen et al. |
| 5,424,212 | A | 6/1995 | Pinsl-Ober et al. |
| 5,434,083 | A | 7/1995 | Mitsumaki et al. |
| 5,439,646 | A | 8/1995 | Tanimizu et al. |

| | | | |
|---|---|---|---|
| 5,443,791 | A | 8/1995 | Cathcart et al. |
| 5,445,794 | A | 8/1995 | Wihlborg |
| 5,447,687 | A | 9/1995 | Lewis et al. |
| 5,451,528 | A | 9/1995 | Raymoure et al. |
| 5,460,780 | A | 10/1995 | Devaney, Jr. et al. |
| 5,466,574 | A | 11/1995 | Liberti et al. |
| 5,470,744 | A | 11/1995 | Astle |
| 5,482,834 | A | 1/1996 | Gillespie |
| 5,482,839 | A | 1/1996 | Ashihara et al. |
| 5,482,861 | A | 1/1996 | Clark et al. |
| 5,525,300 | A | 6/1996 | Danssaert et al. |
| 5,527,673 | A | 6/1996 | Reinhartz et al. |
| 5,536,471 | A | 7/1996 | Clark et al. |
| 5,536,475 | A | 7/1996 | Moubayed et al. |
| 5,538,849 | A | 7/1996 | Uematsu et al. |
| 5,548,826 | A | 8/1996 | Sayers |
| 5,558,839 | A | 9/1996 | Matte et al. |
| 5,567,595 | A | 10/1996 | Kok |
| 5,571,325 | A | 11/1996 | Ueyama et al. |
| 5,571,481 | A | 11/1996 | Powell et al. |
| 5,575,976 | A | 11/1996 | Choperena et al. |
| 5,576,215 | A | 11/1996 | Burns et al. |
| 5,578,269 | A | 11/1996 | Yaremko et al. |
| 5,578,270 | A | 11/1996 | Reichler et al. |
| 5,580,524 | A | 12/1996 | Forrest et al. |
| 5,582,796 | A | 12/1996 | Carey et al. |
| 5,585,068 | A | 12/1996 | Panetz et al. |
| 5,587,129 | A | 12/1996 | Kurosaki et al. |
| 5,595,707 | A | 1/1997 | Copeland et al. |
| 5,599,501 | A | 2/1997 | Carey et al. |
| 5,605,665 | A | 2/1997 | Clark et al. |
| 5,610,069 | A | 3/1997 | Clark et al. |
| 5,620,898 | A | 4/1997 | Yaremko et al. |
| 5,635,364 | A | 6/1997 | Clark et al. |
| 5,637,275 | A | 6/1997 | Carey et al. |
| 5,639,425 | A | 6/1997 | Komiyama et al. |
| 5,646,049 | A | 7/1997 | Tayi |
| 5,653,940 | A | 8/1997 | Carey et al. |
| 5,656,493 | A | 8/1997 | Mullis et al. |
| 5,658,532 | A | 8/1997 | Kurosaki et al. |
| 5,658,799 | A | 8/1997 | Choperena et al. |
| 5,670,114 | A | 9/1997 | Sakazume et al. |
| 5,670,120 | A | 9/1997 | Degenhardt et al. |
| 5,670,375 | A | 9/1997 | Seaton et al. |
| 5,677,188 | A | 10/1997 | Mitsumaki et al. |
| 5,679,309 | A | 10/1997 | Bell |
| 5,681,530 | A | 10/1997 | Kuster et al. |
| 5,686,046 | A | 11/1997 | Malek et al. |
| 5,693,292 | A | 12/1997 | Choperena et al. |
| 5,698,450 | A | 12/1997 | Ringrose et al. |
| 5,702,950 | A | 12/1997 | Tajima |
| 5,705,062 | A | 1/1998 | Knobel |
| 5,714,380 | A | 2/1998 | Neri et al. |
| 5,716,583 | A | 2/1998 | Smethers et al. |
| 5,720,377 | A | 2/1998 | Lapeus et al. |
| 5,720,923 | A | 2/1998 | Haff et al. |
| 5,730,938 | A | 3/1998 | Carbonari et al. |
| 5,730,939 | A | 3/1998 | Kurumada et al. |
| 5,736,105 | A | 4/1998 | Astle |
| 5,738,827 | A | 4/1998 | Marquiss |
| 5,741,461 | A | 4/1998 | Takahashi et al. |
| 5,746,977 | A | 5/1998 | Imai et al. |
| 5,746,978 | A | 5/1998 | Bienhaus et al. |
| 5,750,338 | A | 5/1998 | Collins et al. |
| 5,762,872 | A | 6/1998 | Büler et al. |
| 5,762,873 | A | 6/1998 | Fanning et al. |
| 5,773,268 | A | 6/1998 | Korenberg et al. |
| 5,773,662 | A | 6/1998 | Imai et al. |
| 5,779,981 | A | 7/1998 | Danssaert et al. |
| 5,786,182 | A | 7/1998 | Catanzariti et al. |
| 5,789,252 | A | 8/1998 | Fujita et al. |
| 5,795,547 | A | 8/1998 | Moser et al. |
| 5,795,784 | A | 8/1998 | Arnquist et al. |
| 5,807,523 | A | 9/1998 | Watts et al. |
| 5,814,277 | A | 9/1998 | Bell et al. |
| 5,826,129 | A | 10/1998 | Hasebe et al. |
| 5,827,478 | A | 10/1998 | Carey et al. |
| 5,827,479 | A | 10/1998 | Yamazaki et al. |
| 5,827,653 | A | 10/1998 | Sammes et al. |
| 5,837,195 | A | 11/1998 | Malek et al. |
| 5,843,376 | A | 12/1998 | Ishihara et al. |
| 5,846,491 | A | 12/1998 | Choperena et al. |
| 5,849,247 | A | 12/1998 | Uzan et al. |
| 5,855,847 | A | 1/1999 | Oonuma et al. |
| 5,863,506 | A | 1/1999 | Farren |
| 5,876,668 | A | 3/1999 | Kawashima et al. |
| 5,882,594 | A | 3/1999 | Kawaguchi et al. |
| 5,882,596 | A | 3/1999 | Breeser et al. |
| 5,882,918 | A | 3/1999 | Goffe |
| 5,885,353 | A | 3/1999 | Strodtbeck et al. |
| 5,885,529 | A | 3/1999 | Babson et al. |
| 5,885,530 | A | 3/1999 | Babson et al. |
| 5,888,454 | A | 3/1999 | Leistner et al. |
| 5,897,783 | A | 4/1999 | Howe et al. |
| 5,919,622 | A | 7/1999 | Macho et al. |
| 5,948,691 | A | 9/1999 | Ekiriwang et al. |
| 5,958,763 | A | 9/1999 | Goffe |
| 5,985,670 | A | 11/1999 | Markin |
| 5,985,671 | A | 11/1999 | Leistner et al. |
| 5,985,672 | A | 11/1999 | Kegelman et al. |
| 5,988,869 | A | 11/1999 | Davidson et al. |
| 6,027,691 | A | 2/2000 | Watts et al. |
| 6,033,574 | A | 3/2000 | Siddiqi |
| 6,033,880 | A | 3/2000 | Haff et al. |
| 6,042,786 | A | 3/2000 | Oonuma et al. |
| 6,043,880 | A | 3/2000 | Andrews et al. |
| 6,051,101 | A | 4/2000 | Ohtani et al. |
| 6,056,923 | A | 5/2000 | Diamond et al. |
| 6,068,978 | A | 5/2000 | Zaun et al. |
| 6,071,395 | A | 6/2000 | Lange |
| 6,086,827 | A | 7/2000 | Horner et al. |
| 6,096,272 | A | 8/2000 | Clark et al. |
| 6,103,193 | A | 8/2000 | Iwahashi et al. |
| 6,110,676 | A | 8/2000 | Coull et al. |
| 6,110,678 | A | 8/2000 | Weisburg et al. |
| 6,117,392 | A | 9/2000 | Hanawa et al. |
| 6,117,398 | A | 9/2000 | Bienhaus et al. |
| 6,117,683 | A | 9/2000 | Kodama et al. |
| 6,143,578 | A | 11/2000 | Bendele et al. |
| 6,146,592 | A | 11/2000 | Kawashima et al. |
| 6,156,565 | A | 12/2000 | Maes et al. |
| 6,165,778 | A | 12/2000 | Kedar |
| 6,277,332 | B1 | 8/2001 | Sucholeiki |
| 6,300,068 | B1 | 10/2001 | Berg et al. |
| 6,300,138 | B1 | 10/2001 | Gleason |
| 6,335,166 | B1 | 1/2002 | Ammann et al. |
| 6,377,342 | B1 | 4/2002 | Coeurveille |
| 6,399,952 | B1 | 6/2002 | Maher et al. |
| 6,436,349 | B1 | 8/2002 | Carey et al. |
| 6,503,751 | B2 | 1/2003 | Hugh |
| 6,517,782 | B1 | 2/2003 | Horner et al. |
| 6,517,783 | B2 | 2/2003 | Horner et al. |
| 6,586,234 | B1 | 7/2003 | Burg et al. |
| 6,597,450 | B1 | 7/2003 | Andrews et al. |
| 6,605,213 | B1 | 8/2003 | Ammann et al. |
| 6,764,649 | B2 | 7/2004 | Ammann |
| 6,825,921 | B1 | 11/2004 | Modlin et al. |
| 6,890,742 | B2 | 5/2005 | Ammann et al. |
| 6,919,058 | B2 | 7/2005 | Andersson et al. |
| 6,919,175 | B1 | 7/2005 | Bienhaus et al. |
| 6,943,029 | B2 | 9/2005 | Copeland et al. |
| 7,118,982 | B2 | 10/2006 | Govyadinov et al. |
| 2002/0028489 | A1 | 3/2002 | Ammann et al. |
| 2002/0031446 | A1 | 3/2002 | Friedlander et al. |
| 2002/0031768 | A1 | 3/2002 | McMillan et al. |
| 2002/0064867 | A1 | 5/2002 | Clark et al. |

| | | | |
|---|---|---|---|
| 2002/0086417 A1 | 7/2002 | Chen et al. | |
| 2002/0098117 A1 | 7/2002 | Ammann et al. | |
| 2002/0123156 A1 | 9/2002 | Tajima | |
| 2002/0137194 A1 | 9/2002 | Ammann et al. | |
| 2002/0137197 A1 | 9/2002 | Ammann et al. | |
| 2003/0027206 A1 | 2/2003 | Ammann et al. | |
| 2003/0054542 A1 | 3/2003 | Burns et al. | |
| 2003/0129614 A1 | 7/2003 | Parameswaran et al. | |
| 2004/0076983 A1 | 4/2004 | Karlsen | |
| 2004/0115796 A1 | 6/2004 | Burns | |
| 2005/0130198 A1 | 6/2005 | Ammann et al. | |
| 2005/0220669 A1 | 10/2005 | Malyarov et al. | |
| 2005/0220670 A1 | 10/2005 | Palmieri et al. | |
| 2005/0239127 A1 | 10/2005 | Ammann et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 9405224 A1 | 5/1994 |
| EP | 0171140 A2 | 2/1986 |
| EP | 0272055 A2 | 6/1988 |
| EP | 0293782 A1 | 12/1988 |
| EP | 0336309 A2 | 10/1989 |
| EP | 0409126 A2 | 1/1991 |
| EP | 0411620 A2 | 2/1991 |
| EP | 0435481 A2 | 7/1991 |
| EP | 0458138 A2 | 11/1991 |
| EP | 0502638 A2 | 9/1992 |
| EP | 0513618 A2 | 11/1992 |
| EP | 0525577 A2 | 2/1993 |
| EP | 0542422 A1 | 5/1993 |
| EP | 0569214 A2 | 11/1993 |
| EP | 0571033 A1 | 11/1993 |
| EP | 0628824 A1 | 12/1994 |
| EP | 0640828 B1 | 3/1995 |
| EP | 0136126 A2 | 4/1995 |
| EP | 0885958 A1 | 12/1998 |
| EP | 1024355 A1 | 8/2000 |
| EP | 1138784 A2 | 10/2001 |
| GB | 2081118 A | 2/1982 |
| GB | 2131168 A | 6/1984 |
| JP | 56-29466 | 3/1981 |
| JP | 56-31358 | 3/1981 |
| JP | 57171266 | 4/1981 |
| JP | 60-241884 A | 11/1985 |
| JP | 61-274697 A | 12/1986 |
| JP | 62-863 A2 | 1/1987 |
| JP | 62-44663 A2 | 2/1987 |
| JP | 63-3265 A2 | 1/1988 |
| JP | 2-66461 A2 | 3/1990 |
| JP | 03-007571 A | 1/1991 |
| JP | 03-105251 A2 | 5/1991 |
| JP | 3-502167 A | 5/1991 |
| JP | 04-328467 A | 11/1992 |
| JP | 4-359154 A2 | 12/1992 |
| JP | 5-10957 A2 | 1/1993 |
| JP | 5-317030 A | 12/1993 |
| JP | 6-197797 | 7/1994 |
| JP | 6-509647 A | 10/1994 |
| JP | 07-75544 A | 3/1995 |
| JP | 7-501933 A | 3/1995 |
| JP | 7/107975 A2 | 4/1995 |
| JP | 7/107999 A2 | 4/1995 |
| JP | 7-191042 A | 7/1995 |
| JP | 7-506184 A | 7/1995 |
| JP | 8-9957 A | 1/1996 |
| JP | 8/320274 A | 12/1996 |
| JP | 9-224644 | 2/1997 |
| JP | 9-121899 A | 5/1997 |
| JP | 9-504428 A | 5/1997 |
| JP | 9-504610 A | 5/1997 |
| JP | 11-503315 A | 3/1999 |
| JP | 2000-500331 A | 1/2000 |
| JP | 2001-503730 A | 3/2001 |
| WO | 86/00704 A1 | 1/1986 |
| WO | 90/08840 A1 | 8/1990 |
| WO | 9115768 A1 | 10/1991 |
| WO | 93/03383 A1 | 2/1993 |
| WO | WO 93/03383 A2 | 2/1993 |
| WO | 93/07292 A1 | 4/1993 |
| WO | 93/20450 A1 | 10/1993 |
| WO | 93/25912 A2 | 12/1993 |
| WO | WO 93/25912 A2 | 12/1993 |
| WO | 95/11454 A1 | 4/1995 |
| WO | 96/31781 A1 | 10/1996 |
| WO | 97/16561 A1 | 5/1997 |
| WO | 9731105 A1 | 8/1997 |
| WO | 97/34908 A1 | 9/1997 |
| WO | 98/00697 A1 | 1/1998 |

OTHER PUBLICATIONS

Bowie et al., "α-Thalassemia Subtyping the the Detection of Silent Mutations by High-Resolution Fragment Analysis and DNA Sequencing", Mol. Diagn., 3: 43-53 (Mar. 1998).

Kristensen et al., "High-Throughput Screening for Known Mutations by Automated Analysis of Single Sequencing Reactions", BioTechniques, 24: 832-835 (May 1998).

Leonard et al., "Preparation of PCR Products for DNA Sequencing", BioTechniques, 24: 314-317 (Feb. 1998).

Schmitz et al., "Recent Advances in Molecular Genetics of Cardiovascular Disorders—Implications for Atherosclerosis and Diseases of Cellular Lipid Metabolism", Pathol. Oncol. Res. 4: 153-161 (1998).

Wu et al., "Strategies for Unambiguous Detection of Allelic Heterozygosity via Direct DNA Sequencing of PCR Products: Application to the HLA DRB1 Locus", Mol. Diagn., 1: 89-98 (Jun. 1996).

Van Gemen, et al., "The One-tube Quantitative HIV-1 RNA NASBA: Precision, Accuracy, and Application", PCR Methods and Applications, 4:S177-S184 (Cold Spring Harbor Laboratory 1995).

USPTO Office Action, U.S. Appl. No. 10/946,557, Jan. 22, 2007.

USPTO Final Office Action, U.S. Appl. No. 10/946,557, Oct. 5, 2007.

USPTO Office Action, U.S. Appl. No. 10/946,557, Jan. 15, 2008.

PCT Search Report, International Application No. PCT/US99/09343, Nov. 10, 1999.

PCT Written Opinion, International Application No. PCT/US99/09343, Mar. 20, 2000.

PCT Written Opinion, International Application No. PCT/US99/09343, May 25, 2000.

PCT International Preliminary Examination Report, International Application No. PCT/US99/09343, Aug. 8, 2000.

EPO Office Action, European Patent Application No. 99 920 156.9, May 3, 2002.

EPO Office Action, European Patent Application No. 99 920 156.9, Nov. 21, 2002.

EPO Office Action, European Patent Application No. 99 920 156.9, Jun. 20, 2003.

EPO Office Action, European Patent Application No. 99 920 156.9, Apr. 8, 2004.

EPO Office Action, European Patent Application No. 99 920 156.9, Nov. 5, 2004.

EPO Decision to Grant, European Patent Application No. 99 920 156.9, Oct. 7, 2005.

EPO Office Action, European Patent Application No. 05 015 156.2, Feb. 14, 2007.

EPO Office Action, European Patent Application No. 05 015 156.2, Nov. 22, 2007.

EPO Search Report, European Patent Application No. 05 077 602.0, Feb. 9, 2007.
EPO Office Action, European Patent Application No. 05 077 602.0, Nov. 30, 2007.
APO Office Action, Australian Patent Application No. 37722/99, Jun. 3, 2002.
APO Office Action, Australian Patent Application No. 37722/99, Apr. 14, 2003.
APO Office Action, Australian Patent Application No. 20033271382, Nov. 11, 2005.
APO Office Action, Australian Patent Application No. 2006230728, Dec. 12, 2007.
CIPO Office Action, Canadian Patent Application No. 2,428,069, Dec. 11, 2006.
JPO Office Action, Japanese Patent Application No. 2000-547476, Dec. 6, 2006.
KIPO Office Action, Korean Patent Application No. 10-2000-7012142, Jun. 19, 2006.
KIPO Office Action, Korean Patent Application No. 10-2000-7012142, Jan. 17, 2006.
CIPO Office Action, Canadian Patent Application No. 2,328,069, Nov. 14, 2007.
JPO Office Action, Japanese Patent Application No. 2000-547476, Feb. 29, 2008.
USPTO Office Action, U.S. Appl. No. 10/946,557, Jul. 15, 2008.
USPTO Office Action, U.S. Appl. No. 11,169,112, Jun. 16, 2008.
USPTO Notice of Allowance, U.S. Appl. No. 11/169,112, Nov. 21, 2008.
USPTO Notice of Allowance, U.S. Appl. No. 11/168,592, Dec. 16, 2008.
US 5,998,201, 12/1999, Maes et al. (withdrawn)



Fig. 1



*Fig. 2*



Fig. 3
200
750
950
210
255
150
500
210
700
600
800
800
550
502
700
602
606
552
900
604

 



Fig. 4
450
452
456
342
458
138
457
454
400
350
250
370
358
470
480
472
482
474
484
256
130
481
476
483
478
950
800
800
750
210
255
600
500
150
550
502
606
552
68
700
602
700
604
900
82






130
264
266
270
268
370
380
378
254
256
258
358
360
357
374
361
372
350
257
6A
251
250
252
136
140
138
142
346
340
342
272
274
260
300
320
324

*Fig. 5*



Fig. 6



Fig. 6A
257
(357)
262
(362)
250
(352)
130
Fig. 7
440
400
406
405
403
404
420
402
419
406
423
400
432
419
402
432
434
404
436
434
423
419
438
408
406
408
406
437
419
408
441
423
434
447
435
449
432
423
406
419
419
405
Fig. 8



*Fig. 9*

*Fig. 10*

426
402
444
428
444
426
11
415
426
11
417
445
423
429
444
414
420
426

*Fig. 11*

410
440
406
406
406
408
412
432
423
432
444
403
429
401
401
415
417
404
424
402
426
422
414
416
420
430
428
418
445
422
426

*Fig. 12*

406
414
445
444
423
417
444
422
416
428
418

Fig. 15
514
512
510
534
516
536
506
508
Fig. 14
516
512
514
534
506
536 508
511
164
166
160
524
500 (502)
507
526
518
519
514
530
504
528
505
508
506
Fig. 13

507
508
504
506
532
528
530
523
522
514
510
516
512
526
525
524
525
525
520
519
531
518

*Fig. 16*

Fig. 17

Fig. 18

700
718
720
720
712



Fig. 19
600(602,604,606)
611
662
628
626
622
612
643
640
609



Fig. 20
610
614
616
622
624
626
628
630
632
634
635
636
638
660

Fig. 21

160
169
166
165
167
634



*Fig. 22*

662
611
663
644
649
643
640
642
666
666
672
670
664
671
676
647
646
674
674
645
610
630
618
628
636
626
638
622
660
620
612
618



*Fig. 23*

1678
1676
1672
1674
1670
1664
1666
1656
1696
1658
1660
1662
1690
1663
1694
1692
1654
1652
1600
632
1610
1614
1651
638
636
1650
609

Fig. 23A

*Fig. 23B*

1646
1648
1636
1610
1600
1638
1628
1634
1630
1616
1618
1632
1614
1619
1620
1622
1613
1640
1626
1615
1644
1642
1612



*Fig. 23C*



*Fig. 24*

868
864
800
801
829
865
866
870
827
863
862
860
830
854
802
856
817
816
808
803
820
812
821
806
810
804
160
814
818
815
872
871
805



*Fig. 25*

867
865
866
864
800
862
863
801
841
843
860
808
802
830
834
835
839
838
846
840
848
820
836
842
160
816
817
821
819
810
815
812
803
872
810
805
818
807
811
806



*Fig. 25A*





808
809
856
858
861
830
832
845
847
828
848
834
846
839
838
836
835
833
840
842
820
826
831
844
160
824
822

Fig. 26

U.S. Patent Jul. 14, 2009 Sheet 26 of 46 US 7,560,256 B2

854
860
856
808
858
859
820
164
170
824
160
162

Fig. 27

854
860
856
808
858
859
170
164
820
824
160
162

Fig. 28

Ex. A p. 31





Fig. 29B
872
877
875
860
177
871
170
Fig. 29D
872
875
177
170
860
871
873
877

Fig. 29A
860
170
872
877
875
873
871
177
Fig. 29C
872
860
177
170
871
873
877

Fig. 30D
860
1402
1404
1406
170
1410
1412
Fig. 30C
860
1402
1404
1406
177
170
1410
1412
1414
1408
Fig. 30B
860
1402
1404
177
1406
170
1410
1412
1414
1408
Fig. 30A
860
177
170
1400
1402
1404
1410
1412
1406
1414
1408

Fig. 31A
886
51
885
881
882
883
887
51
Fig. 31B
887
881
883
882
885
886
885
Fig. 31C
860
881
883
887
882
177
885
885
170
550 (552)
566
582
581
558
557
554
556
551
Fig. 32



583
581
580
582
566
564
567
579
578
568
576
572
570
574
573
562
558
560
559
554
555
557
556

*Fig. 33*

Fig. 34

550(552)
566
581
556
582
555

Fig. 35

1922
939
900
941
1930
942
A4
E4
1923
931
1926
P2
936
S4
928
S1
S2
911
909
1945
1941
904
910
1944
1942
1948
911
912
1946



Fig. 36

939
941
942
926
931
936
928
937
937
904
933
911
909
1945
1941
910
1944
1942
1948
911
912
1946

Fig. 37

912
918
935
916
910
900
911
940
911
934
936
918
926
912
941
916
911
939
902





Fig. 38
906
908
905
902
942
904
907
942
923
925
924
922
920
933
932
914
940
914
938
910
936
941
930
928
931
939
934
926
916
915
916
915
918
918



Fig. 39

1923
1922
1924
1930
1934
1940
1926
1928
1932
A4
E4
P3
S3
S4
S2
P2
E2
A2

Fig. 40

962
950
972
954
160
960
961
986







986
954
950
956
972
955
961
960
963
953
962
984
966
995
958
987
988
983
982
962
961
992
994
993
964
965
960
991
967

*Fig. 41*





Fig. 42A
977
981
976
974
980
979
978
981
Fig. 42B
981
977
981
974
979
978
979
978
980
160
Fig. 42C
981
974
977
976
978
160
981

U.S. Patent Jul. 14, 2009 Sheet 37 of 46 US 7,560,256 B2

Fig. 43
1360
1368
1372
1374
1200
1202
1232
1220
1250
1340
1213
1252
1302
1292
1304
1362
1370
1290
1332
1336
1342
1300
160
1306
1376
1364
1366
1232
1220
1200

Ex. A p. 42



Fig. 44
1200
1202
1214
1204
1208
1209
1210
1212
1216
1206
1207
1230
1224
1226
1222
1220
1228
1232
1234
1236



U.S. Patent Jul. 14, 2009 Sheet 39 of 46 US 7,560,256 B2

Fig. 45
Fig. 45A
1250
1252
1254
1256
1257
1258
1259
1260
1261
1262
1263
1264
1266
1270
1272
1274
1276
1278
1280
956
1290
1292
1294
1296
1297
1298

Ex. A p. 44

Fig. 46

Fig. 47

Fig. 48

Fig. 49





U.S. Patent Jul. 14, 2009 Sheet 41 of 46 US 7,560,256 B2

Fig. 50
1346
1342
1332
1342
1340
1344
1338
1343
1341
1330
1334
1336

*Fig. 51*

1354
1342
1344
1340
1346
1348
1356
1350
1352

Ex. A p. 46

Fig. 52
1100
1101
1108
1110
1112
1114
1128
1130
1180
1105
1104
1190
1102
1142
1170
1107
1168
1150
1106
1148
1146
1144
1138
1140
1136
1135
1134
1132
1156
1152
1180
1154
1162
1172
1158
1174
1176
1160
1180

*Fig. 53*

1110
1108
1112
1114
1119
1116
1126
1118
1122
1104
1121
1124
1117
1120
1105
1124
1122



U.S. Patent Jul. 14, 2009 Sheet 44 of 46 US 7,560,256 B2

1190
1166
1107
1106
1159
1143
1150
1148
1151
1157
1137
1134
1141
1155
1153
1135
1182
1184
1164
1186
1132
1132

Fig. 54

Ex. A p. 49

Fig. 55
Fig. 56
Fig. 57

Fig. 58

Fig. 59

Fig. 60

# AUTOMATED PROCESS FOR DETECTING THE PRESENCE OF A TARGET NUCLEIC ACID IN A SAMPLE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This Application is a continuation of U.S. application Ser. No. 10/946,557, filed Sep. 22, 2004, now pending, which is a continuation of U.S. application Ser. No. 09/985,064, filed Nov. 1, 2001, now U.S. Pat. No. 6,890,742, which is a continuation of U.S. application Ser. No. 09/303,030, filed Apr. 30, 1999, now U.S. Pat. No. 6,335,166, which claims the benefit of U.S. Provisional Application No. 60/083,927, filed May 1, 1998, the disclosures of which are hereby incorporated by reference herein.

## FIELD OF THE INVENTION

The present invention relates to an automated analyzer for performing multiple diagnostic assays simultaneously.

## BACKGROUND OF THE INVENTION

None of the references described or referred to herein are admitted to be prior art to the claimed invention.

Diagnostic assays are widely used in clinical diagnosis and health science research to detect or quantify the presence or amount of biological antigens, cell abnormalities, disease states, and disease-associated pathogens, including parasites, fungi, bacteria and viruses present in a host organism or sample. Where a diagnostic assay permits quantification, practitioners may be better able to calculate the extent of infection or disease and to determine the state of a disease over time. In general, diagnostic assays are based either on the detection of antigens (immunoassays) or nucleic acids (nucleic acid-based assays) belonging to an organism or virus of interest.

Nucleic acid-based assays generally include several steps leading to the detection or quantification of one or more target nucleic acid sequences in a sample which are specific to the organism or virus of interest. The targeted nucleic acid sequences can also be specific to an identifiable group of organisms or viruses, where the group is defined by at least one shared sequence of nucleic acid that is common to all members of the group and is specific to that group in the sample being assayed. The detection of individual and groups of organisms and viruses using nucleic acid-based methods is fully described by Kohne, U.S. Pat. No. 4,851,330, and Hogan, U.S. Pat. No. 5,541,308.

The first step in a nucleic acid-based assay is designing a probe which exhibits specificity, under stringent hybridization conditions, for a nucleic acid sequence belonging to the organism or virus of interest. While nucleic acid-based assays can be designed to detect either deoxyribonucleic acid (DNA) or ribonucleic acid (RNA), ribosomal RNA (rRNA), or the gene encoding rRNA (rDNA), is typically the preferred nucleic acid for detection of a prokaryotic or eukaryotic organism in a sample. Ribosomal RNA target sequences are preferred because of their relative abundance in cells, and because rRNA contains regions of sequence variability that can be exploited to design probes capable of distinguishing between even closely related organisms. (Ribosomal RNA is the major structural component of the ribosome, which is the situs of protein synthesis in a cell.) Viruses, which do not contain rRNA, and cellular changes are often best detected by targeting DNA, RNA, or a messenger RNA (mRNA)

sequence, which is a nucleic acid intermediate used to synthesize a protein. When the focus of a nucleic acid-based assay is the detection of a genetic abnormality, then the probes are usually designed to detect identifiable changes in the genetic code, such as the abnormal Philadelphia chromosome associated with chronic myelocytic leukemia. See, e.g., Stephenson et al., U.S. Pat. No. 4,681,840.

When performing a nucleic acid-based assay, preparation of the sample is necessary to release and stabilize target nucleic acids which may be present in the sample. Sample preparation can also serve to eliminate nuclease activity and remove or inactivate potential inhibitors of nucleic acid amplification (discussed below) or detection of the target nucleic acids. See, e.g., Ryder et al., U.S. Pat. No. 5,639,599, which discloses methods for preparing nucleic acid for amplification, including the use of complexing agents able to complex with ferric ions contributed by lysed red blood cells. The method of sample preparation can vary and will depend in part on the nature of the sample being processed (e.g., blood, urine, stool, pus or sputum). When target nucleic acids are being extracted from a white blood cell population present in a diluted or undiluted whole blood sample, a differential lysis procedure is generally followed. See, e.g., Ryder et al., European Patent Application No. 93304542.9 and European Patent Publication No. 0547267. Differential lysis procedures are well known in the art and are designed to specifically isolate nucleic acids from white blood cells, while limiting or eliminating the presence or activity of red blood cell products, such as heme, which can interfere with nucleic acid amplification or detection.

Before or after exposing the extracted nucleic acid to a probe, the target nucleic acid can be immobilized by target-capture means, either directly or indirectly, using a "capture probe" bound to a substrate, such as a magnetic bead. Examples of target-capture methodologies are described by Ranki et al., U.S. Pat. No. 4,486,539, and Stabinsky, U.S. Pat. No. 4,751,177. Target capture probes are generally short sequences of nucleic acid (i.e., oligonucleotide) capable of hybridizing, under stringent hybridization conditions, with a sequence of nucleic acid which also contains the target sequence. Magnets in close proximity to the reaction vessel are used to draw and hold the magnetic beads to the side of the vessel. Once the target nucleic acid is thus immobilized, the hybridized nucleic acid can be separated from non-hybridized nucleic acid by aspirating fluid from the reaction vessel and optionally performing one or more wash steps.

In most instances, it is desirable to amplify the target sequence using any of several nucleic acid amplification procedures which are well known in the art. Specifically, nucleic acid amplification is the enzymatic synthesis of nucleic acid amplicons (copies) which contain a sequence that is complementary to a nucleic acid sequence being amplified. Examples of nucleic acid amplification procedures practiced in the art include the polymerase chain reaction (PCR), strand displacement amplification (SDA), ligase chain reaction (LCR), and transcription-associated amplification (TAA). Nucleic acid amplification is especially beneficial when the amount of target sequence present in a sample is very low. By amplifying the target sequences and detecting the amplicon synthesized, the sensitivity of an assay can be vastly improved, since fewer target sequences are needed at the beginning of the assay to better ensure detection of nucleic acid in the sample belonging to the organism or virus of interest.

Methods of nucleic acid amplification are thoroughly described in the literature. PCR amplification, for instance, is described by Mullis et al. in U.S. Pat. Nos. 4,683,195, 4,683,

202 and 4,800,159, and in *Methods in Enzymology*, 155:335-350 (1987). Examples of SDA can be found in Walker, *PCR Methods and Applications*, 3:25-30 (1993), Walker et al. in *Nucleic Acids Res.*, 20:1691-1996 (1992) and *Proc. Natl. Acad. Sci.*, 89:392-396 (1991). LCR is described in U.S. Pat. Nos. 5,427,930 and 5,686,272. And different TAA formats are provided in publications such as Burg et al. in U.S. Pat. No. 5,437,990; Kacian et al. in U.S. Pat. Nos. 5,399,491 and 5,554,516; and Gingeras et al. in International Application No. PCT/US87/01966 and International Publication No. WO 88/01302, and International Application No. PCT/US88/02108 and International Publication No. WO 88/10315.

Detection of a targeted nucleic acid sequence requires the use of a probe having a nucleotide base sequence which is substantially complementary to the targeted sequence or, alternatively, its amplicon. Under selective assay conditions, the probe will hybridize to the targeted sequence or its amplicon in a manner permitting a practitioner to detect the presence of the targeted sequence in a sample. Effective probes are designed to prevent non-specific hybridization with any nucleic acid sequence which will interfere with detecting the presence of the targeted sequence. Probes may include a label capable of detection, where the label is, for example, a radiolabel, fluorescent dye, biotin, enzyme or chemiluminescent compound. Chemiluminescent compounds include acridinium esters which can be used in a hybridization protection assay (HPA) and then detected with a luminometer. Examples of chemiluminescent compounds and methods of labeling probes with chemiluminescent compounds can be found in Arnold et al., U.S. Pat. Nos. 4,950,613, 5,185,439 and 5,585,481; and Campbell et al., U.S. Pat. No. 4,946,958.

HPA is a detection method based on differential hydrolysis which permits specific detection of the acridinium ester-labeled probe hybridized to the target sequence or amplicon thereof. HPA is described in detail by Arnold et al. in U.S. Pat. Nos. 5,283,174 and 5,639,604. This detection format permits hybridized probe to be distinguished from non-hybridized probe in solution and includes both a hybridization step and a selection step. In the hybridization step, an excess of acridinium ester-labeled probe is added to the reaction vessel and permitted to anneal to the target sequence or its amplicon. Following the hybridization step, label associated with unhybridized probe is rendered non-chemiluminescent in the selection step by the addition of an alkaline reagent. The alkaline reagent specifically hydrolyzes only that acridinium ester label associated with unhybridized probe, leaving the acridinium ester of the probe:target hybrid intact and detectable. Chemiluminescence from the acridinium ester of the hybridized probe can then be measured using a luminometer and signal is expressed in relative light units (RLU).

After the nucleic acid-based assay is run, and to avoid possible contamination of subsequent amplification reactions, the reaction mixture can be treated with a deactivating reagent which destroys nucleic acids and related amplification products in the reaction vessel. Such reagents can include oxidants, reductants and reactive chemicals which modify the primary chemical structure of a nucleic acid. These reagents operate by rendering nucleic acids inert towards an amplification reaction, whether the nucleic acid is RNA or DNA. Examples of such chemical agents include solutions of sodium hypochlorite (bleach), solutions of potassium permanganate, formic acid, hydrazine, dimethyl sulfate and similar compounds. More details of a deactivation protocol can be found in Dattagupta et al., U.S. Pat. No. 5,612,200.

When performed manually, the complexity and shear number of processing steps associated with a nucleic acid-based assay introduce opportunities for practitioner-error, exposure

to pathogens, and cross-contamination between assays. Following a manual format, the practitioner must safely and conveniently juxtapose the test samples, reagents, waste containers, assay receptacles, pipette tips, aspirator device, dispenser device, and magnetic rack for performing target-capture, while being especially careful not to confuse racks, test samples, assay receptacles, and associated tips, or to knock over any tubes, tips, containers, or instruments. In addition, the practitioner must carefully perform aspirating and dispensing steps with hand-held, non-fixed instruments in a manner requiring precise execution to avoid undesirable contact between assay receptacles, aerosol formation, or aspiration of magnetic particles or other substrates used in a target-capture assay. As a further precaution, the magnetic field in a manually performed target-capture assay is often applied to only one side of the assay receptacle so that fluids can be aspirated through a pipette tip inserted along the opposite side of the assay receptacle. Although applying a magnetic field to only one side of the assay receptacle is a less efficient means for performing a target capture assay, it is designed to prevent magnetic particles from being unnecessarily aspirated as a result of practitioner inaccuracies.

A need exists for an automated diagnostic analyzer which addresses many of the concerns associated with manual approaches to performing nucleic acid-based assays. In particular, significant advantages can be realized by automating the various process steps of a nucleic acid-based assay, including greatly reducing the risk of user-error, pathogen exposure, contamination, and spillage, while significantly increasing through-put volume. Automating the steps of a nucleic acid-based assay will also reduce the amount training required for practitioners and virtually eliminate sources of physical injury attributable to high-volume manual applications.

## SUMMARY OF THE INVENTION

The above-described needs are addressed by an automated clinical analyzer constructed and operated in accordance with aspects of the present invention. In general, the automated clinical analyzer integrates and coordinates the operation of various automated stations, or modules, involved in performing one or more assays on a plurality of reaction mixtures contained in reaction receptacles. The analyzer is preferably a self-contained, stand alone unit. Assay specimen materials and reaction receptacles, as well as the various solutions, reagents, and other materials used in performing the assays are preferably stored within the analyzer, as are the waste products generated when assays are performed.

The analyzer includes a computer controller which runs analyzer-controlling and assay-scheduling software to coordinate operation of the stations of the analyzer and movement of each reaction receptacle through the analyzer.

Reaction receptacles can be loaded in an input queue which sequentially presents each receptacle at a pick-up position to be retrieved by a transport mechanism, which automatically transports the reaction receptacles between the stations of the analyzer.

Specimen containers are carried on a first ring assembly, and disposable pipette tips are carried on a second ring assembly. Containers of target capture reagent, including a suspension of solid support material, are carried on an inner rotatable assembly constructed and arranged to selectively agitate the containers or present the containers for access by the probe of an automatic robotic pipette system. Reaction mixtures,

including fluid specimen material and target capture reagent, are prepared by the pipette system within each reaction receptacle.

The analyzer further includes receptacle mixers for mixing the contents of a receptacle placed therein. The mixer may be in fluid communication with fluid containers and may include dispensers for dispensing one or more fluids into the receptacle. One or more incubators carry multiple receptacles in a temperature-controlled chamber and permit individual receptacles to be automatically placed into and removed from the chamber. Magnetic separation wash stations automatically perform a magnetic separation wash procedure on the contents of a receptacle placed in the station.

In the preferred method of operation, assay results may be ascertained by the amount of light emitted from a receptacle at the conclusion of the appropriate preparation steps. Accordingly, the analyzer includes a luminometer for detecting and/or quantifying the amount of light emitted by the contents of the reaction receptacle. A deactivation queue may be provided to deactivate the contents of a reaction receptacle placed therein at the conclusion of the assay.

Reaction receptacles can be independently transported between stations by the transport mechanism, and the stations can be operated in parallel to perform different assay procedures simultaneously on different reaction receptacles, thereby facilitating efficient, high through-put operation of the analyzer. Moreover, the present invention facilitates arranging the various stations associated with a nucleic acid-based assay onto a single, contained platform, thereby achieving efficient space utilization.

Other objects, features, and characteristics of the present invention, including the methods of operation and the function and interrelation of the elements of structure, will become more apparent upon consideration of the following description and the appended claims, with reference to the accompanying drawings, all of which form a part of this disclosure, wherein like reference numerals designate corresponding parts in the various figures.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of an automated nucleic acid-based diagnostic analyzer according to the present invention;

FIG. 2 is a perspective view of the structural frame of the analyzer of the present invention;

FIG. 3 is a plan view of a portion of the assay processing deck of the analyzer of the present invention;

FIG. 4 is an exploded perspective view of the assay processing deck;

FIG. 5 is a plan view of a specimen ring and a pipette tip wheel of the assay processing deck of the analyzer of the present invention;

FIG. 6 is a perspective view showing the specimen ring and the pipette tip wheel;

FIG. 6A is a partial cross-sectional view along the line 6A-6A in FIG. 5;

FIG. 7 is a perspective view of a multi-axis mixer of the processing deck of the analyzer of the present invention;

FIG. 8 is a plan view of the multi-axis mixer;

FIG. 9 is a side elevation of the multi-axis mixer;

FIG. 10 is a plan view of the multi-axis mixer with container holders and a turntable cover removed therefrom;

FIG. 11 is a cross-sectional view of the multi-axis mixer taken in the direction 11-11 in FIG. 10;

FIG. 12 is a perspective view of a drive assembly of the multi-axis mixer;

FIG. 13 is a perspective view of a transport mechanism of the processing deck of the analyzer of the present invention;

FIG. 14 is a perspective view of a manipulating hook mounting plate and a manipulating hook actuating mechanism of the transport mechanism, with the manipulating hook member engaged with a reaction receptacle and in a retracted position;

FIG. 15 is the same as FIG. 14, except with the manipulating hook member in the extended position;

FIG. 16 is an exploded perspective view of the transport mechanism;

FIG. 17 is a side-elevation of a temperature ramping station of the processing deck of the analyzer of the present invention;

FIG. 18 is a front-elevation of the temperature ramping station;

FIG. 19 is a perspective view of a rotary incubator of the processing deck of the analyzer of the present invention;

FIG. 20 is an exploded view of a portion of a housing and access opening closure mechanisms according to a first embodiment of the rotary incubator;

FIG. 21 is a partial view of a skewed disk linear mixer of the rotary incubator, shown engaged with a reaction receptacle employed in a preferred mode of operation of the analyzer of the present invention;

FIG. 22 is an exploded perspective view of the first embodiment of the rotary incubator;

FIG. 23 is a perspective view of the rotary incubator according to a second embodiment thereof;

FIG. 23A is an exploded perspective view of the second embodiment of the rotary incubator;

FIG. 23B is a partial exploded perspective view of an access opening closure mechanism of the second embodiment of the rotary incubator;

FIG. 23C is an exploded view of a receptacle carrier carousel of the second embodiment of the rotary incubator;

FIG. 24 is a perspective view of a magnetic separation wash station of the processing deck of the present invention with a side plate thereof removed;

FIG. 25 is a partial transverse cross-section of the magnetic separation wash station;

FIG. 25A is a partial transverse cross-section of a tip of an aspirating tube of the magnetic separation wash station with a contamination-limiting tiplet carried on the end thereof;

FIG. 26 is an exploded perspective view of a receptacle carrier unit, an orbital mixer assembly, and a divider plate of the magnetic separation wash station;

FIG. 27 is a partial cross-sectional view of a wash buffer dispenser nozzle, an aspirator tube with a contamination-limiting tiplet engaged with an end thereof, and a receptacle carrier unit of the magnetic separation wash station, showing a multi-tube unit reaction receptacle employed in a preferred mode of operation of the analyzer carried in the receptacle carrier unit and the aspirator tube and contamination-limiting tiplet inserted into a receptacle vessel of the multi-tube unit;

FIG. 28 is a partial cross-sectional view of the wash buffer dispenser nozzle, the aspirator tube, and the receptacle carrier unit of the magnetic separation wash station, showing the multi-tube unit carried in the receptacle carrier unit and the aspirator tube engaging the contamination-limiting tiplet held in a contamination-limiting element holding structure of the multi-tube unit;

FIGS. 29A-29D show a partial cross-section of a first embodiment of a tiplet stripping hole of a tiplet stripping plate of the magnetic separation wash station and a tiplet stripping operation using the tiplet stripping hole;

FIGS. 30A-30D show a partial cross-section of a second embodiment of a tiplet stripping hole and a tiplet stripping operation using the tiplet stripping hole;

FIG. 31A is a plan view of a third embodiment of a tiplet stripping hole of a tiplet stripping plate of the magnetic separation wash station;

FIGS. 31B-31C show a partial cross-section of the third embodiment of the tiplet stripping hole and a tiplet stripping operation using the tiplet;

FIG. 32 is a perspective view of an orbital mixer with a front plate thereof removed;

FIG. 33 is an exploded view of the orbital mixer of the processing deck of the analyzer of the present invention;

FIG. 34 is a top-plan view of the orbital mixer;

FIG. 35 is a top perspective view of a reagent cooling bay of the processing deck of the analyzer of the present invention;

FIG. 36 is a top perspective view of a reagent cooling bay with the container tray removed therefrom;

FIG. 37 is a bottom plan view of the reagent cooling bay;

FIG. 38 is an exploded view of the reagent cooling bay;

FIG. 39 is a top perspective view of a modular container tray of the reagent cooling bay;

FIG. 40 is a perspective view of a first embodiment of a luminometer of the processing deck of the analyzer of the present invention;

FIG. 41 is a partial exploded perspective view of the luminometer of the first embodiment;

FIG. 42A is a partial perspective view of a receptacle transport mechanism of the first embodiment of the luminometer;

FIG. 42B is an end view of the receptacle transport mechanism of the first embodiment of the luminometer;

FIG. 42C is a top view of the receptacle transport mechanism of the first embodiment of the luminometer;

FIG. 43 is a break away perspective view of a second embodiment of the luminometer of the present invention;

FIG. 44 is an exploded perspective view of a multi-tube unit door assembly for the luminometer of the second embodiment;

FIG. 45 is an exploded perspective view of a shutter assembly for a photosensor aperture for the luminometer of the second embodiment;

FIG. 45A is a perspective view of an aperture plate of the shutter assembly of the luminometer of the second embodiment;

FIG. 46 is a perspective view of a receptacle vessel positioner assembly of the luminometer of the second embodiment, including a receptacle vessel positioner disposed within a receptacle vessel positioner frame;

FIG. 47 is a perspective view of the receptacle vessel positioner;

FIG. 48 is a side elevation of the receptacle vessel positioner assembly;

FIG. 49 is a perspective view showing the receptacle vessel positioner of the receptacle vessel positioner assembly operatively engaging a multi-tube unit employed in a preferred mode of operation of the analyzer;

FIG. 50 is a perspective view of a multi-tube unit transport mechanism of the luminometer of the second embodiment;

FIG. 51 is a partial perspective view showing a multi-tube unit transport and drive screw of the multi-tube unit transport mechanism of the luminometer;

FIG. 52 is a perspective view of a lower chassis of the analyzer of the present invention;

FIG. 53 is a perspective view of a right-side drawer of the lower chassis;

FIG. 54 is a perspective view of a left-side drawer of the lower chassis;

FIG. 55 is a perspective view of a specimen tube tray employed in a preferred mode of operation of the analyzer of the present invention;

FIG. 56 is a top plan view of the specimen tube tray;

FIG. 57 is a partial cross-section of the specimen tube tray through line "57-57" in FIG. 55;

FIG. 58 is a perspective view of a multi-tube unit employed in a preferred mode of operation of the analyzer of the present invention;

FIG. 59 is a side elevation of a contact-limiting pipette tiplet employed in a preferred mode of operation of the analyzer of the present invention and carried on the multi-tube unit shown in FIG. 58; and

FIG. 60 is an enlarged bottom view of a portion of the multi-tube unit, viewed in the direction of arrow "60" in FIG. 58.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

### Analyzer Overview

An automated diagnostic analyzer according to the present invention is designated generally by reference number 50 in FIGS. 1 and 2. Analyzer 50 includes a housing 60 built over an internal frame structure 62, preferably made of steel. The analyzer 50 is preferably supported on caster wheels 64 structurally mounted to the frame structure 62 so as to make the analyzer movable.

The various stations involved in performing an automated assay and the assay specimens are housed within housing 60. In addition, the various solutions, reagents, and other materials used in performing the assays are preferably stored within the housing 60, as are the waste products generated when assays are performed with the analyzer 50.

Housing 60 includes a test receptacle loading opening 68, which is shown in FIG. 1 to be disposed in a forwardly facing panel of the housing 60, but could as well be located in other panels of the housing 60. A pipette door 70 having a view window 72 and a carousel door 74 having a view window 76 are disposed above a generally horizontal work surface 66. A forwardly protruding arcuate panel 78 accommodates a specimen carousel, which will be described below. A flip-up arcuate specimen door 80 is pivotally attached to the housing so as to be vertically pivotal with respect to arcuate panel 78 so as to provide access to a forward portion of the specimen carousel behind the panel 78. Sensors indicate when the doors are closed, and the specimen door 80, the carousel door 74, and the pipette door 70 are locked during analyzer operation. The locking mechanism for each door preferably consists of a hook attached to a DC rotary solenoid (rated for continuous duty) with a spring return. Preferred rotary solenoids are available from Lucas Control Systems, of Vandalia, Ohio, model numbers L-2670-034 and L-1094-034.

An extension portion 102, preferably made of a transparent or translucent material, extends above the top portion of housing 60 so as to provide vertical clearance for moving components within the housing 60.

The assays are performed primarily on a processing deck 200, which is the general location of the various assay stations of the analyzer 50 described below. For simplicity of the illustration, the processing deck 200 is shown in FIG. 2 without any of the assay stations mounted thereon. The processing deck 200 comprises a datum plate 82 to which the various stations are directly or indirectly mounted. Datum plate 82

preferably comprises a machined aluminum plate. The processing deck 200, also known as the chemistry deck, separates the interior of the housing into the chemistry area, or upper chassis, above the datum plate 82 and the storage areas, or lower chassis 1100, located below the datum plate 82.

A number of fans and louvers are preferably provided in the upper chassis portion of the housing 60 to create air circulation throughout the upper chassis to avoid excessive temperatures in the upper chassis.

As the analyzer 50 of the present invention is computer controlled, the analyzer 50 includes a computer controller, schematically represented as box 1000 in FIG. 2, which runs high-level analyzer-controlling software known as the "assay manager program". The assay manager program includes a scheduler routine which monitors and controls test specimen movement through the chemistry deck 200.

The computer controller 1000 which controls the analyzer 50 may include a stand-alone computer system including a CPU, keyboard, monitor, and may optionally include a printer device. A portable cart may also be provided for storing and supporting the various computer components. Alternately, the computer hardware for running the analyzer-controlling software may be integrally housed within the housing 60 of the analyzer 50.

Low level analyzer control, such as control of electric motors and heaters used throughout the analyzer 50 and monitoring of fluid levels within bulk fluid and waste fluid containers, is performed by an embedded controller, preferably comprising a Motorola 68332 microprocessor. Stepper motors used throughout the analyzer are also preferably controlled by preprogrammed, off-the-shelf, microprocessor chips available from E-M Technologies, Bala Cynwyd, Pa.

The processing deck 200 is shown schematically in FIGS. 3 and 4. FIG. 3 represents a schematic plan view of a portion of the processing deck 200, and FIG. 4 represents a schematic perspective view of the processing deck. The datum plate 82 forms the foundation of the processing deck 200 on which all stations are directly or indirectly attached.

Processing deck 200 includes a reaction receptacle input queue 150 which extends from opening 68 in front of housing 60. A plurality of reaction receptacles are loaded in a stacked fashion in the input queue 150. The purpose of the input queue is to hold a prescribed number of reaction receptacles and to sequentially present them at a pick-up position to be retrieved by a transport mechanism (described below). A reflective sensor at the pick-up position verifies the presence of a receptacle at that position. The input queue also includes a device for counting the number of receptacles resident therein at any given time.

A reaction receptacle shuttle assembly (not shown) within the queue moves the receptacles along a receptacle advance path toward the pick-up position. Optical sensors indicate when the shuttle assembly is in its home and fully extended positions. The queue includes a drawer which may be pulled out for loading the receptacles therein. Before the drawer is opened, however, it must be unlocked and the shuttle must disengage from the receptacle advance path. When the drawer is again closed, it is locked and the shuttle engages the receptacles and moves them toward the pick-up position. Optical sensors indicate when the drawer is closed and when the shuttle has engaged a receptacle. As each receptacle is removed from the pick-up position by the transport mechanism, the receptacle shuttle advances the receptacles one receptacle-width, so that the next receptacle is in the pick-up position.

The reaction receptacles are preferably integrally formed linear arrays of test tubes and known as multi-tube units, or MTUs. The preferred reaction receptacles (MTUs) will be described in more detail below.

A first ring assembly, which in the preferred embodiment comprises a specimen ring 250, is mounted on a pivoting jig plate 130 at a distance above the datum plate 82. Specimen ring 250 is generally circular and preferably holds up to nine specimen trays 300 in an annular fluid container carrier portion thereof, and each of the specimen trays preferably holds 20 specimen-containing containers, or test tubes 320. The specimen ring 250 is constructed and arranged to be rotatable about a first generally vertical axis of rotation and delivers the specimen tubes 320 to a specimen pipette assembly 450, preferably an automated robotic pipette system. The forward portion of specimen ring 250 is accessible through the flip-up carousel door 80 provided in housing 60 so that trays 300 of test tubes 320 can be easily loaded onto the specimen ring 250 and unloaded from the specimen ring. Specimen ring 250 is driven by a motor, as will be described in more detail below.

A second ring assembly, which in the preferred embodiment comprises a pipette tip wheel 350, is located in an interior portion of the specimen ring 250, so that at least a portion of the outer perimeter of the pipette tip wheel 350 is disposed radially inwardly of the inner periphery of the ring 250. Pipette tip wheel 350 carries thereon a plurality of commercially available packages of pipette tips. Pipette tip wheel 350 is motor driven to rotate independently of specimen ring 250 about a second axis of rotation that is generally parallel to the first axis of rotation of the specimen ring 250.

An inner rotatable assembly constructed and arranged to carry a plurality of fluid containers is provided at an interior portion of the pipette tip wheel 350. In the preferred embodiment, the inner rotatable assembly comprises a multi-axis mixer 400 located radially inside the pipette tip wheel 350 (i.e., the second ring assembly) and specimen ring 250 (i.e., the first ring assembly). The multi-axis mixer 400 includes a rotating turntable 414 that is rotatable about a third axis of rotation that is generally parallel to the first and second axes of rotation and on which are mounted four independently and eccentrically rotating container holders 406. Each of the container holders 406 receives a container, preferably in the form of a plastic bottle, containing a fluid suspension of magnetic particles with immobilized polynucleotides and polynucleotide capture probes. Each container holder 406 is generally cylindrical in shape and includes an axis of symmetry, or axis of rotation. The multi-axis mixer 400 rotates each of the containers eccentrically with respect to the center of the holder 406, while simultaneously rotating the turntable 414 about its center so as to provide substantially constant agitation of the containers to maintain the magnetic particles in suspension within the fluid.

The specimen pipette assembly, or robot, 450 is mounted to the frame structure 62 (see FIG. 2) in a position above the specimen ring 250 and pipette tip wheel 350. The specimen pipette assembly 450 includes a pipette unit 456 having a tubular probe 457 mounted on a gantry assembly to provide X, Y, Z motion. Specifically, the pipette unit 456 is linearly movable in the Y-direction along a track 458 formed in a lateral rail 454, and the lateral rail 454 is longitudinally movable in the X-direction along a longitudinal track 452. The pipette unit 456 provides vertical, or Z-axis motion of the probe 457. Drive mechanisms within the specimen pipette assembly 450 position the pipette unit 456 to the correct X, Y, Z coordinates within the analyzer 50 to pipette fluids, to wash the probe 457 of the pipette unit 456, to discard a protective tip from an end of the probe 457 of the pipette unit 456, or to stow the pipette unit 456 during periods of nonuse, e.g., in a

"home" position. Each axis of the specimen pipette assembly **450** is driven by a stepper motor in a known and conventional manner.

The pipette assembly is preferably an off-the-shelf product. Presently preferred is the Robotic Sample Processor, model number RSP9000, available from Cavro Inc. of Sunnyvale, Calif. This model includes a single gantry arm.

The specimen pipette assembly **450** is preferably coupled to a syringe pump (not shown) (the Cavro XP 3000 has been used) and a DC driven diaphragm system fluid wash pump (not shown). The syringe pump of the specimen pipette assembly **450** is preferably mounted to the internal frame structure **62** within the housing **60** of the analyzer **50** at a position above the left-hand side of the chemistry deck **200** and is connected to pipette unit **456** by suitable tubing (not shown) or other conduit structures.

A specimen preparation opening **252** is provided in the jig plate **130**, so that the specimen pipette assembly **450** can access a reaction receptacle **160** in the input queue **150** located below the jig plate **130**.

The specimen pipette assembly **450** of the analyzer **50** engages specimen tubes **320** carried on the specimen ring **250** through openings **140, 142** of an elevated cover plate **138** and engages pipette tips carried on the pipette tip wheel **350** near the back portions of the specimen ring **250** and pipette tip wheel **350**, respectively. Accordingly, an operator can have access to the forward portions of specimen ring **250** and pipette tip wheel **350** through the carousel door opening **80** during operation of the analyzer without interfering with pipetting procedures.

A tip wash/disposal station **340** is disposed adjacent to the specimen ring **250** on the jig plate **130**. Station **340** includes a tip disposal tube **342** and a wash station basin **346**. During specimen preparation, the pipette unit **456** of the specimen pipette assembly **450** can move into position above the wash station basin **346** where the tubular probe **457** can be washed by pumping distilled water through the probe **457**, the basin of the wash station **346** being connected, preferably by a flexible hose (not shown), to a liquid waste container in the lower chassis **1100**.

The tip disposal tube **342** comprises an upstanding tubular member. During specimen transfer from a specimen tube **320** to a reaction receptacle **160**, an elongated pipette tip is frictionally secured onto the end of the tubular probe **457** of the pipette unit **456**, so that specimen material does not come into contact with the tubular probe **457** of the pipette unit **456** when material is drawn from a specimen tube **320** and into the elongated pipette tip. After a specimen has been transferred from a specimen tube **320**, it is critical that the pipette tip used in transferring that specimen not be used again for another unrelated specimen. Therefore, after specimen transfer, the pipette unit **456** moves to a position above the tip disposal tube **342** and ejects the used, disposable pipette tip into the tip disposal tube **342** which is connected to one of the solid waste containers carried in the lower chassis **1100**.

An elongated pipette tip is preferably also frictionally secured to the probe **457** for transferring target capture reagent from containers carried on the multi-axis mixer **400** to a reaction receptacle **160**. Following reagent transfer, the pipette tip is discarded.

As noted, the specimen ring **250**, the pipette tip wheel **350**, and the multi-axis mixer **400** are preferably mounted on a hinged jig plate **130** (see FIGS. **5** and **6**) supported above the datum plate **82**. The jig plate **130** is hinged at a back end **132** thereof (see FIG. **6**) so that the plate, and the ring **250**, the wheel **350**, and the mixer **400** mounted thereon, can be pivoted upwardly to permit access to the area of the chemistry deck below the jig plate.

A first, or right-side, transport mechanism **500** is mounted on the datum plate **82** below the jig plate **130** and specimen ring **250** on generally the same plane as the input queue **150**. Transport mechanism **500** includes a rotating main body portion **504** defining a receptacle carrier assembly and an extendible manipulating hook **506** mounted within the main body **504** and extendible and retractable with respect thereto by means of a powered hook member drive assembly. Each of the reaction receptacles **160** preferably includes manipulating structure that can be engaged by the extendible manipulating hook **506**, so that the transport mechanism **500** can engage and manipulate a reaction receptacle **160** and move it from one location on the processing deck **200** to another as the reaction receptacle is sequentially moved from one station to another during the performance of an assay within the reaction receptacle **160**.

A second, or left-side, transport mechanism **502**, of substantially identical construction as first transport mechanism **500**, is also included on the processing deck **200**.

A plurality of receptacle parking stations **210** are also located below the jig plate **130**. The parking stations **210**, as their name implies, are structures for holding specimen-containing reaction receptacles until the assay performing stations of the processing deck **200** of the analyzer **50** are ready to accept the reaction receptacles. The reaction receptacles are retrieved from and inserted into the parking stations **210** as necessary by the transport mechanism **500**.

A right-side orbital mixer **550** is attached to the datum plate **82** and receives reaction receptacles **160** inserted therein by the right-side transport mechanism **500**. The orbital mixer is provided to mix the contents of the reaction receptacle **160**. After mixing is complete, the right-side transport mechanism **500** removes the reaction receptacle from the right-side orbital mixer **550** and moves it to another location in the processing deck.

A number of incubators **600, 602, 604, 606**, of substantially identical construction are provided. Incubators **600, 602, 604**, and **606** are preferably rotary incubators. Although the particular assay to be performed and the desired throughput will determine the desired number of necessary incubators, four incubators are preferably provided in the analyzer **50**.

As will be described in more detail below, each incubator (**600, 602, 604, 606**) has a first, and may also have a second, receptacle access opening through which a transport mechanism **500** or **502** can insert a reaction receptacle **160** into the incubator or retrieve a reaction receptacle **160** from the incubator. Within each incubator (**600, 602, 604, 606**) is a rotating receptacle carrier carousel which holds a plurality of reaction receptacles **160** within individual receptacle stations while the receptacles are being incubated. For the nucleic acid-based diagnostic assay preferably performed on the analyzer **50** of the present invention, first rotary incubator **600** is a target capture and annealing incubator, second rotary incubator **602** is an active temperature and pre-read cool-down incubator (also known as an "AT incubator"), third rotary incubator **604** is an amplification incubator, and fourth rotary incubator **606** is a hybridization protection assay incubator. The construction, function, and role of the incubators in the overall performance of the assay will be described in more detail below.

The processing deck **200** preferably also includes a plurality of temperature ramping stations **700**. Two such stations **700** are shown attached to the datum plate **82** between incu-

bators **602** and **604** in FIG. 3. Additional ramping stations may be disposed at other locations on the processing deck **200** where they will be accessible by one of the transport mechanisms **500**, **502**.

A reaction receptacle **160** may be placed into or removed from a temperature ramping station **700** by either transport mechanism **500** or **502**. Each ramping station **700** either raises or lowers the temperature of the reaction receptacle and its contents to a desired temperature before the receptacle is placed into an incubator or another temperature sensitive station. By bringing the reaction receptacle and its contents to a desired temperature before inserting it into one of the incubators (**600**, **602**, **604**, **606**), temperature fluctuations within the incubator are minimized.

The processing deck **200** also includes magnetic separation wash stations **800** for performing a magnetic separation wash procedure. Each magnetic separation wash station **800** can accommodate and perform a wash procedure on one reaction receptacle **160** at a time. Therefore, to achieve the desired throughput, five magnetic separation wash stations **800** working in parallel are preferred. Receptacles **160** are inserted into and removed from the magnetic separation wash stations **800** by the left-side transport mechanism **502**.

A reagent cooling bay **900** is attached to the datum plate **82** roughly between the incubators **604** and **606**. Reagent cooling bay **900** comprises a carousel structure having a plurality of container receptacles for holding bottles of temperature sensitive reagents. The carousel resides within a cooled housing structure having a lid with pipette-access holes formed therein.

A second, or left-side, orbital mixer **552**, substantially identical to right-side orbital mixer **550**, is disposed between incubators **606** and **604**. The left-side orbital mixer **552** includes dispenser nozzles and lines for dispensing fluids into the reaction receptacle resident within the left-side orbital mixer **552**.

A reagent pipette assembly, or robot, **470** includes a double gantry structure attached to the frame structure **62** (see FIG. 2) and is disposed generally above the incubators **604** and **606** on the left-hand side of the processing deck **200**. Specifically, reagent pipette assembly **470** includes pipette units **480** and **482**. Pipette unit **480** includes a tubular probe **481** and is mounted for linear movement, generally in the X-direction, along track **474** of lateral rail **476**, and pipette unit **482**, including a tubular probe **483**, is also mounted for linear motion, generally in the X-direction, along track **484** of lateral rail **478**. Lateral rails **476** and **478** can translate, generally in a Y-direction, along the longitudinal track **472**. Each pipette unit **480**, **482** provides independent vertical, or Z-axis, motion of the respective probe **481**, **483**. Drive mechanisms within the assembly **470** position the pipette units **480**, **482** to the correct X, Y, Z coordinates within the analyzer **50** to pipette fluids, to wash the tubular probes **481**, **483** of the respective pipette units **480**, **482**, or to stow the pipette units **480**, **482** during periods of nonuse, e.g., in "home" positions. Each axis of the pipette assembly **470** is driven by a stepper motor.

The reagent pipette assembly **470** is preferably an off-the-shelf product. The presently preferred unit is the Cavro Robotic Sample Processor, model RSP9000, with two gantry arms.

The pipette units **480**, **482** of the reagent pipette assembly **470** are each preferably coupled to a respective syringe pump (not shown) (the Cavro XP 3000 has been used) and a DC driven diaphragm system fluid wash pump. The syringe pumps of the reagent pipette assembly **470** are preferably mounted to the internal frame structure **62** within the housing **60** of the analyzer **50** at a position above the left-hand side of the chemistry deck **200** and are connected to the respective pipette units **480**, **482** by suitable tubing (not shown) or other conduit structures.

Each pipette unit **480**, **482** preferably includes capacitive level sensing capability. Capacitive level sensing, which is generally known in the medical instrumentation arts, employs capacitance changes when the dielectric of a capacitor, formed by the pipette unit as one plate of the capacitor and the structure and hardware surrounding a container engaged by the pipette unit as the opposite plate, changes from air to fluid to sense when the probe of the pipette unit has penetrated fluid within a container. By ascertaining the vertical position of the probe of the pipette unit, which may be known by monitoring the stepper motor which drives vertical movement of the pipette unit, the level of the fluid within the container engaged by the pipette unit may be determined.

Pipette unit **480** transfers reagents from the reagent cooling bay **900** into reaction receptacles disposed within the incubator **606** or the orbital mixer **552**, and pipette unit **482** transfers reagent materials from the reagent cooling bay **900** into reaction receptacles disposed within the amplification incubator **604** or the orbital mixer **552**.

The pipette units **480**, **482** use capacitive level sensing to ascertain fluid level within a container and submerge only a small portion of the end of the probe of the pipette unit to pipette fluid from the container. Pipette units **480**, **482** preferably descend as fluid is pipetted into the respective tubular probes **481**, **483** to keep the end of the probes submerged to a constant depth. After drawing reagent into the tubular probe of the pipette unit **480** or **482**, the pipette units create a minimum travel air gap of 10 µl in the end of the respective probe **481** or **483** to ensure no drips from the end of the probe as the pipette unit is moved to another location above the chemistry deck **200**.

The results of the assay preferably performed in the analyzer **50** of the present invention are ascertained by the amount of chemiluminescence, or light, emitted from a receptacle vessel **162** at the conclusion of the appropriate preparation steps. Specifically, the results of the assay are determined from the amount of light emitted by label associated with hybridized polynucleotide probe at the conclusion of the assay. Accordingly, the processing deck **200** includes a luminometer **950** for detecting and/or quantifying the amount of light emitted by the contents of the reaction receptacle. Briefly, the luminometer **950** comprises a housing through which a reaction receptacle travels under the influence of a transport mechanism, a photomultiplier tube, and associated electronics. Various luminometer embodiments will be described in detail below.

The processing deck **200** also preferably includes a deactivation queue **750**. The assay performed in the analyzer **50** involves the isolation and amplification of nucleic acids belonging to at least one organism or cell of interest. Therefore, it is desirable to deactivate the contents of the reaction receptacle **160**, typically by dispensing a bleach-based reagent into the reaction receptacle **160** at the conclusion of the assay. This deactivation occurs within the deactivation queue **750**.

Following deactivation, the deactivated contents of the reaction receptacle **160** are stored in one of the liquid waste containers of the lower chassis **1100** and the used reaction receptacle is discarded into a dedicated solid waste container within the lower chassis **1100**. The reaction receptacle is preferably not reused.

Analyzer Operation

The operation of the analyzer 50, and the construction, cooperation, and interaction of the stations, components, and modules described above will be explained by describing the operation of the analyzer 50 on a single test specimen in the performance of one type of assay which may be performed with analyzer 50. Other diagnostic assays, which require the use of one or more of the stations, components, and modules described herein, may also be performed with the analyzer 50. The description herein of a particular assay procedure is merely for the purpose of illustrating the operation and interaction of the various stations, components, and modules of the analyzer 50 and is not intended to be limiting. Those skilled in the art of diagnostic testing will appreciate that a variety of chemical and biological assays can be performed in an automated fashion with the analyzer 50 of the present invention.

The analyzer 50 is initially configured for an assay run by loading bulk fluids into the bulk fluid storage bay of the lower chassis 1100 and connecting the bulk fluid containers to the appropriate hoses (not shown).

The analyzer is preferably powered up in a sequential process, initially powering the stations, or modules, that will be needed early in the process, and subsequently powering the stations that will not be needed until later in the process. This serves to conserve energy and also avoids large power surges that would accompany full analyzer power-up and which could trip circuit breakers. The analyzer also employs a "sleep" mode during periods of nonuse. During sleep mode, a minimal amount of power is supplied to the analyzer, again to avoid large surges necessary to power-up an analyzer from complete shut-down.

A number of reaction receptacles 160, preferably in the form of plastic, integrally formed multiple-tube units (MTUs), which are described in more detail below, are loaded through opening 68 into the input queue 150. Henceforth, the reaction receptacles 160 will be referred to as MTUs, consistent with the preferred manner of using the analyzer 50.

The reaction receptacle shuttle assembly (not shown) within the input queue 150 moves the MTUs 160 from the loading opening 68 to the pick-up position at the end of the queue 150. The right-side transport mechanism 500 takes an MTU 160 from the end of the queue 150 and moves to a bar code reader (not shown) to read the unique bar code label on that MTU which identifies that MTU. From the bar code reader, the MTU is moved to an available specimen transfer station 255 below opening 252.

Multiple Tube Units

As shown in FIG. 58, an MTU 160 comprises a plurality of individual receptacle vessels 162, preferably five. The receptacle vessels 162, preferably in the form of cylindrical tubes with open top ends and closed bottom ends, are connected to one another by a connecting rib structure 164 which defines a downwardly facing shoulder extending longitudinally along either side of the MTU 160.

The MTU 160 is preferably formed from injection molded polypropylene. The most preferred polypropylene is sold by Montell Polyolefins, of Wilmington, Del., product number PD701NW. The Montell material is used because it is readily moldable, chemically compatible with the preferred mode of operation of the analyzer 50, and has a limited number of static discharge events which can interfere with accurate detection or quantification of chemiluminescence.

An arcuate shield structure 169 is provided at one end of the MTU 160. An MTU manipulating structure 166 to be engaged by one of the transport mechanisms 500, 502 extends from the shield structure 169. MTU manipulating structure 166 comprises a laterally extending plate 168 extending from shield structure 169 with a vertically extending piece 167 on the opposite end of the plate 168. A gusset wall 165 extends downwardly from lateral plate 168 between shield structure 169 and vertical piece 167.

As shown in FIG. 60 the shield structure 169 and vertical piece 167 have mutually facing convex surfaces. The MTU 160 is engaged by the transport mechanisms 500, 502 and other components, as will be described below, by moving an engaging member laterally (in the direction "A") into the space between the shield structure 169 and the vertical piece 167. The convex surfaces of the shield structure 169 and vertical piece 167 provide for wider points of entry for an engaging member undergoing a lateral relative motion into the space. The convex surfaces of the vertical piece 167 and shield structure 169 include raised portions 171, 172, respectively, formed at central portions thereof. The purpose of portions 171, 172 will be described below.

A label-receiving structure 174 having a flat label-receiving surface 175 is provided on an end of the MTU 160 opposite the shield structure 169 and MTU manipulating structure 166. Labels, such as scanable bar codes, can be placed on the surface 175 to provide identifying and instructional information on the MTU 160.

The MTU 160 preferably includes tiplet holding structures 176 adjacent the open mouth of each respective receptacle vessel 162. Each tiplet holding structure 176 provides a cylindrical orifice within which is received a contact-limiting tiplet 170. The construction and function of the tiplet 170 will be described below. Each holding structure 176 is constructed and arranged to frictionally receive a tiplet 170 in a manner that prevents the tiplet 170 from falling out of the holding structure 176 when the MTU 160 is inverted, but permits the tiplet 170 to be removed from the holding structure 176 when engaged by a pipette.

As shown in FIG. 59, the tiplet 170 comprises a generally cylindrical structure having a peripheral rim flange 177 and an upper collar 178 of generally larger diameter than a lower portion 179 of the tiplet 170. The tiplet 170 is preferably formed from conductive polypropylene. When the tiplet 170 is inserted into an orifice of a holding structure 176, the flange 177 contacts the top of structure 176 and the collar 178 provides a snug but releasable interference fit between the tiplet 170 and the holding structure 176.

An axially extending through-hole 180 passes through the tiplet. Hole 180 includes an outwardly flared end 181 at the top of the tiplet 170 which facilitates insertion of a pipette tubular probe (not shown) into the tiplet 170. Two annular ridges 183 line the inner wall of hole 180. Ridges 183 provide an interference friction fit between the tiplet 170 and a tubular probe inserted into the tiplet 170.

The bottom end of the tiplet 170 preferably includes a beveled portion 182. When tiplet 170 is used on the end of an aspirator that is inserted to the bottom of a reaction receptacle, such as a receptacle vessel 162 of an MTU 160, the beveled portion 182 prevents a vacuum from forming between the end of the tiplet 170 and the bottom of the reaction receptacle vessel.

Lower Chassis

An embodiment of the lower chassis of the present invention is shown in FIGS. 52-54. The lower chassis 1100 includes a steel frame 1101 with a black polyurethane powder coat, a pull-out drip tray 1102 disposed below the chassis, a right-side drawer 1104, and a left-side drawer 1106. The left-side drawer 1106 is actually centrally disposed within the

lower chassis 1100. The far left-side of the lower chassis 1100 houses various power supply system components and other analyzer mechanisms such as, for example, seven syringe pumps 1152 mounted on a mounting platform 1154, a vacuum pump 1162 preferably mounted on the floor of the lower chassis 1100 on vibration isolators (not shown), a power supply unit 1156, a power filter 1158, and fans 1160.

A different syringe pump 1152 is designated for each of the five magnetic separation wash stations 800, one is designated for the left-side orbital mixer 552, and one is designated for the deactivation queue 750. Although syringe pumps are preferred, peristaltic pumps may be used as an alternative.

The vacuum pump 1162 services each of the magnetic separation wash stations 800 and the deactivation queue 750. The preferred rating of the vacuum pump is 5.3-6.5 cfm at 0" Hg and 4.2-5.2 cfm at 5" Hg. A preferred vacuum pump is available from Thomas Industries, Inc. of Sheboygan, Wis., as model number 2750CGH160. A capacitor 1172 is sold in conjunction with the pump 1162.

The power supply unit 1156 is preferably an ASTEC, model number VS1-B5-B7-03, available from ASTEC America, Inc., of Carlsbad, Calif. Power supply unit 1156 accepts 220 volts ranging from 50-60 Hz, i.e., power from a typical 220 volt wall outlet. Power filter 1158 is preferably a Corcom model 20MV1 filter, available from Corcom, Inc. of Libertyville, Ill. Fans 1160 are preferably Whisper XLDC fans available from Comair Rotron, of San Ysidro, Calif. Each fan is powered by a 24 VDC motor and has a 75 cfm output. As shown in FIG. 52, the fans 1160 are preferably disposed proximate a left-side outer wall of the lower chassis 1100. The fans 1160 are preferably directed outwardly to draw air through the lower chassis from the right-side thereof to the left-side thereof, and thus, to draw excess heat out of the lower chassis.

Other power supply system components are housed in the back left-hand side of the lower chassis 1100, including a power switch 1174, preferably an Eaton circuit breaker switch 2-pole, series JA/S, available from the Cutler-Hammer Division of Eaton Corporation of Cleveland, Ohio, and a power inlet module 1176 at which a power cord (not shown) for connecting the analyzer 50 to an external power source is connected. The power supply system of the analyzer 50 also includes a terminal block (not shown), for attaching thereto a plurality of electrical terminals, a solid state switch (not shown), which is preferably a Crydom Series 1, model number D2425, available from Cal Switch, Carson City, Calif., for switching between different circuits, and an RS232 9-pin connector port for connecting the analyzer 50 to the external computer controller 1000.

The right-side drawer and left-side drawer bays are preferably closed behind one or two doors (not shown) in front of the analyzer, which is/are preferably locked by the assay manager program during operation of the analyzer. Microswitches are preferably provided to verify door-closed status. The far left bay is covered by a front panel. End panels are provided on opposite ends of the lower chassis to enclose the chassis.

Four leveler feet 1180 extend down from the four corners of the chassis 1100. The leveler feet 1180 include threaded shafts with pads at the lower ends thereof. When the analyzer is in a desired location, the feet 1180 can be lowered until the pads engage the floor to level and stabilize the analyzer. The feet can also be raised to permit the analyzer to be moved on its casters.

Bulk fluids typically contained in the containers of the lower chassis 1100 may include wash buffer (for washing immobilized target), distilled water (for washing fixed pipette tips), diagnostic testing reagents, silicone oil (used as a floating fluid for layering over test reagents and specimen), and a bleach-based reagent (used for sample deactivation).

The right-side drawer 1104 is shown in detail in FIG. 53. The right-side drawer 1104 includes a box-like drawer structure with a front drawer handle 1105. Although drawer handle 1105 is shown as a conventional pull-type drawer handle, in the preferred embodiment of the analyzer 50, handle 1105 is a T-handle latch, such as those available from Southco, Inc. of Concordville, Pa. The drawer 1104 is mounted in the lower chassis on slide brackets (not shown) so that the drawer 1104 can be pulled into and out of the lower chassis. A sensor (not shown) is preferably provided for verifying that the drawer 1104 is closed. The front portion of the drawer includes bottle receptacles 1122 for holding bottle 1128 (shown in FIG. 52), which is a dedicated pipette wash waste-containing bottle, and bottle 1130 (also shown in FIG. 52), which is a dedicated waste bottle for containing waste from a magnetic wash, target-capture procedure. Bottle 1130 is preferably evacuated.

The analyzer 50 will not begin processing assays if any of the bottles required in the lower chassis 1100 are missing. Bottle receptacles 1122 preferably include bottle-present sensors (not shown) to verify the presence of a bottle in each receptacle 1122. The bottle-present sensors are preferably diffuse reflective type optical sensors available from SUNX/Ramco Electric, Inc., of West Des Moines, Iowa, model EX-14A.

Right-side drawer 1104 further includes a waste bin 1108 for holding therein spent MTUs and specimen tips. Waste bin 1108 is an open box structure with a sensor mount 1112 at a top portion thereof for mounting thereon a sensor, preferably a 24 VDC Opto-diffuse reflector switch (not shown), for detecting whether the waste bin 1108 is full. Another diffuse reflector type optical sensor (not shown) is positioned within right-side drawer 1104 to verify that the waste bin 1108 is in place. Again, diffuse reflective type optical sensors available from SUNX/Ramco Electric, Inc., of West Des Moines, Iowa, model EX-14A, are preferred.

A deflector 1110 extends obliquely from a side of the waste bin 1108. Deflector 1110 is disposed directly below a chute through which spent MTUs are dropped into the waste bin 1108 and deflects the dropped MTUs toward the middle of the waste bin 1108 to avoid MTU pile-ups in a corner of the waste bin 1108. Deflector 1110 is preferably pivotally mounted so that it can pivot upwardly to a substantially vertical position so that when a waste bag, which lines the waste bin 1108 and covers the deflector 1110, is removed from the waste bin 1108, the deflector 1110 will pivot upwardly with the bag as it is pulled out and therefore will not rip the bag.

A printed circuit board (not shown) and cover 1114 can be mounted to the front of the waste bin 1108. Sensor mounts 1116 and 1117 are also mounted to the front of waste bin 1108. Sensors 1118 and 1119 are mounted on sensor mount 1116, and sensors 1120 and 1121 mounted on sensor mount 1117. Sensors 1118, 1119, 1120, and 1121 are preferably DC capacitive proximity sensors. The upper sensors 1118, 1119 indicate when the bottles 1128 and 1130 are full, and the bottom sensors 1120, 1121 indicate when the bottles are empty. Sensors 1118-1121 are preferably those available from Stedham Electronics Corporation of Reno, Nev., model number C2D45AN1-P, which were chosen because their relatively flat physical profile requires less space within the tight confines of the lower chassis 1100 and because the Stedham sensors provide the desired sensing distance range of 3-20 mm.

The analyzer **50** will preferably not begin performing any assays if the assay manager program detects that any of the waste fluid containers in the right-side drawer **1104** are not initially empty.

The capacitive proximity sensors **1118-1121** and the bottle-present, waste-bin-present, and waste-bin-full optical sensors of the right-side drawer **1104** are connected to the printed circuit board (not shown) behind cover **1114**, and the printed circuit board is connected to the embedded controller of the analyzer **50**.

Because the right-side drawer **1104** cannot be pulled completely out of the lower chassis **1100**, it is necessary to be able to pull the waste bin **1108** forward so as to permit access to the waste bin for installing and removing a waste bag liner. For this purpose, a handle **1126** is mounted to the front of the waste bin **1108** and teflon strips **1124** are disposed on the bottom floor of the right-side drawer **1104** to facilitate forward and backward sliding of the waste bin **1108** in the drawer **1104** when bottles **1128** and **1130** are removed.

Details of the left-side drawer **1106** are shown in FIG. **54**. Left-side drawer **1106** includes a box-like structure with a front mounted handle **1107** and is mounted within the lower chassis **1100** on slide brackets (not shown). Although handle **1107** is shown as a conventional pull-type drawer handle, in the preferred embodiment of the analyzer **50**, handle **1107** is a T-handle latch, such as those available from Southco, Inc. of Concordville, Pa. A sensor is provided for verifying that the left-side drawer **1106** is closed.

Left-side drawer **1106** includes a tiplet waste bin **1134** with a mounting structure **1135** for mounting thereon a tiplet-waste-bin-full sensor (not shown). A tiplet-waste-bin-present sensor is preferably provided in the left-side drawer **1106** to verify that the tiplet waste bin **1134** is properly installed. Diffuse reflective type optical sensors available from SUNX/Ramco Electric, Inc., of West Des Moines, Iowa, model EX-14A, are preferred for both the tiplet-waste-bin-full sensor and the tiplet-waste-bin-present sensor.

Bundling structures **1132** are provided for securing and bundling various tubing and/or wires (not shown) within the lower chassis **1100**. The bundling structures preferably used are Energy Chain Systems manufactured and sold by Igus, Inc. of East Providence, R.I.

A printed circuit board **1182** is mounted behind a panel **1184** which is located behind the tiplet waste bin **1134**. A solenoid valve mounting panel **1186** is located below the tiplet waste bin **1134**.

Left-side drawer **1106** includes a forward container-holding structure for holding therein six similarly sized bottles. The container structure includes divider walls **1153**, **1155**, **1157**, and **1159** and container blocks **1151** having a curved bottle-conforming front edge, which together define six container-holding areas. Lower sensors **1148** and upper sensors **1150** (six of each) are mounted on the divider walls **1155**, **1157**, and **1159**. The upper and lower sensors **1148**, **1150** are preferably DC capacitive proximity sensors (preferably sensors available from Stedham Electronics Corporation of Reno, Nev., model number C2D45AN1-P, chosen for their flat profile and sensing range). The upper sensors **1150** indicate when the bottles held in the container structure are full, and the lower sensors **1148** indicate when the bottles are empty. In the preferred arrangement, the left two bottles **1146** contain a detecting agent ("Detect I"), the middle two bottles **1168** contain silicone oil, and the right two bottles **1170** contain another detecting agent ("Detect II").

Bottle-present sensors (not shown) are preferably provided in each of the container-holding areas defined by the container blocks **1151** and the dividing walls **1153**, **1155**, **1157**, and **1159** to verify the presence of bottles in each container-holding area. The bottle-present sensors are preferably diffuse reflective type optical sensors available from SUNX/Ramco Electric, Inc., of West Des Moines, Iowa, model EX-14A.

A large centrally located container receptacle **1164** holds a bottle **1140** (shown in FIG. **52**), preferably containing deionized water. Container receptacles **1166** (only one is visible in FIG. **54**) hold bottles **1142** and **1144** (also shown in FIG. **52**) preferably containing a wash buffer solution. A dividing wall **1143** between the receptacle **1164** and **1166** has mounted thereon sensors, such as sensor **1141**, for monitoring the fluid level in the bottles **1140**, **1142**, and **1144**. The sensors, such as sensor **1141**, are preferably DC capacitive proximity sensors (preferably sensors available from Stedham Electronics Corporation of Reno, Nev., model number C2D45AN 1-P).

Container receptacles **1164** and **1166** preferably include bottle-present sensors (not shown) for verifying that bottles are properly positioned in their respective receptacles. The bottle-present sensors are preferably diffuse reflective type optical sensors available from SUNX/Ramco Electric, Inc., of West Des Moines, Iowa, model EX-14A.

The analyzer **50** will not begin performing any assays if the assay manager program determines that any of the bulk-fluid containers in the left-side drawer **1106** are initially empty.

The capacitive proximity fluid level sensors, the various bottle-present sensors, the tiplet-waste-bin-full sensor, and the tiplet-waste-bin-present sensors are all connected to the printed circuit board **1182**, and the printed circuit board **1182** is connected to the embedded controller of the analyzer **50**.

Four solenoid valves (not shown) are mounted below the solenoid valve mounting panel **1186**. The solenoid valves connect bulk fluid bottles where fluids are stored in pairs of bottles, i.e., the bottles **1140**. **1142** containing wash buffer solution, the two bottles **1146** containing the "Detect I" agent, the two bottles **1168** containing oil, and the two bottles **1170** containing the "Detect II" agent. The solenoid valves, in response to signals from the respective capacitive proximity sensors, switch bottles from which fluid is being drawing when one of the two bottles containing the same fluid is empty. In addition, the solenoid valves may switch bottles after a prescribed number of tests are performed. The preferred solenoid valves are teflon solenoid valves available from Beco Manufacturing Co., Inc. of Laguna Hills, Calif., model numbers S313W2DFRT and M223W2DFRLT. The two different model numbers correspond to solenoid valves adapted for use with two different tube sizes. Teflon solenoid valves are preferred because they are less likely to contaminate fluids flowing through the valves and the valves are not damaged by corrosive fluids flowing through them.

Bottle **1136** (see FIG. **52**) is a vacuum trap held in a vacuum trap bracket **1137**, and bottle **1138** contains a deactivating agent, such as bleach-containing reagent. Again, bottle-present sensors are preferably provided to verify the presence of bottles **1136** and **1138**.

A band-held bar code scanner **1190** may be provided in the lower chassis **1100** for scanning information provided on scannable container labels into the assay manager program. Scanner **1190** is connected by a cord to printed circuit board **1182** of the left-side drawer **1106** and is preferably stowed on a bracket (not show) mounted on dividing wall **1143**. Scanners available from Symbol Technologies, Inc., of Holtsville, N.Y., series LS2100, are preferred.

Specimen Ring and Specimen Tube Trays

Specimens are contained in the specimen tubes **320**, and the tubes **320** are loaded into the tube trays **300** outside the

analyzer **50**. The trays **300** carrying the specimen tubes **320** are placed onto the specimen ring **250** through the access opening provided by opening the flip-up carousel door **80**.

Referring to FIGS. **5** and **6**, the first ring assembly, or specimen ring, **250** is formed of milled, unhardened aluminum and includes a raised ring structure defining an annular trough **251** about the outer periphery of ring **250** with a plurality of raised, radially extending dividers **254** extending through trough **251**. Preferably, nine dividers **254** divide the trough **251** into nine arcuate specimen tube tray-receiving wells **256**. The trough **251** and wells **256** define an annular fluid container carrier portion constructed and arranged to carry a plurality of containers as will be described below.

Specimen ring **250** is preferably rotationally supported by three 120°-spaced V-groove rollers **257**, **258**, **260** which engage a continuous V-ridge **262** formed on the inner periphery of ring **250**, as shown in FIGS. **5**, **6**, and **6A** so that the ring **250** is rotatable about a first central axis of rotation. The rollers are preferably made by Bishop-Wisecarver Corp. of Pittsburg, Calif., model number W1SSX. Rollers **257** and **260** are rotationally mounted on fixed shafts, and roller **258** is mounted on a bracket which pivots about a vertical axis and is spring biased so as to urge roller **258** radially outward against the inner periphery of ring **250**. Having two fixed rollers and one radially movable roller allows the three rollers to accommodate an out-of-round inner periphery of the ring **250**.

Specimen ring **250** is driven by stepper motor **264** (VEXTA stepper motors available from Oriental Motor Co., Ltd. of Tokyo, Japan as model number PK266-01A are preferred) via continuous belt **270** (preferably available from SDP/SI of New Hyde Park, N.Y., as model number A6R3M444080) which extends over guide rollers **266**, **268** and around the outer periphery of ring **250**. A home sensor and a sector sensor (not shown), preferably slotted optical sensors, are provided adjacent the ring **250** at a rotational home position and at a position corresponding to one of the specimen tube tray receiving wells **256**. The ring **250** includes a home flag (not shown) located at a home position on the wheel and nine equally-spaced sector flags (not shown) corresponding to the positions of each of the nine specimen tube tray receiving wells **256**. The home flag and sector flags cooperate with the home sensor and sector sensors to provide ring position information to the assay manager program and to control the ring **250** to stop at nine discrete positions corresponding to established coordinates for user re-load and access by pipette unit **450**. Preferred sensors for the home sensor and sector sensor are Optek slotted optical sensors, model number OPB857, available from Optek of Carrollton, Tex.

A specimen cover is disposed over a portion of the annular fluid container carrier portion, or trough **251**, and comprises an arcuate cover plate **138** fixed in an elevated position with respect to the wheel **250** on three mounting posts **136**. Plate **138** has an arcuate shape generally conforming to the curve of the trough **251**. A first opening **142** is formed in the plate **138**, and a second opening **140** is formed in the plate **138** at a greater radial distance from the axis of rotation of ring **250** than opening **142** and at a circumferentially-spaced position from opening **142**.

Referring to FIGS. **55-57**, each specimen tube tray **300** comprises a test tube rack structure that is curved to conform to the curvature of the ring **250**. Each tray **300** comprises a central wall structure **304** with lateral end walls **303** and **305** disposed on either end of wall **304**. A floor **312** extends across the bottom of the tray **300**. The principle purposes of specimen tube tray **300** are to hold specimen tubes on the specimen ring **250** for access by the specimen pipette assembly **450** and to facilitate loading and unloading of multiple specimen tubes into and from the analyzer.

A plurality of Y-shaped dividers **302** are equidistantly spaced along opposite edges of the tray **300**. Each two adjacent dividers **302** define a test-tube receiving area **330**. End wall **303** includes inwardly bent flanges **316** and **318**, and end wall **305** includes inwardly bent flanges **326** and **328**. The respective inwardly bent flanges of end walls **303** and **305** along with the end-most of the dividers **302** define the end-most tube receiving areas **332**. The receiving areas **330**, **332** are arcuately aligned along two arcuate rows on opposite sides of central wall structure **304**

Referring to FIG. **57**, within each tube receiving area **330**, **332**, a leaf spring element **310** is attached to central wall **304**. Leaf spring element **310**, preferably formed of stainless spring steel, elastically deflects when a test tube **320** is inserted into the tube-receiving area **330** or **332** and urges the tube **320** outwardly against the dividers **302**. Thus, the tube **320** is secured in an upright orientation. The shape of the dividers **302** and the elasticity of the leaf spring elements **310** allow the tray **300** to accommodate specimen tubes of various shapes and sizes, such as tubes **320** and **324**. Each tray **300** preferably includes nine dividers **302** along each edge to form, along with end walls **303** and **305**, ten tube-receiving areas **330**, **332** on each side of central wall structure **304** for a total of twenty tube-receiving areas per tray. Indicia for designating tube-receiving areas **330** and **332**, such as raised numerals **306**, may be provided on the tray, such as on central wall **304**.

Each tray **300** may also include boss structures **308**, shown in the illustrated embodiment to be integrally formed with the end-most dividers **302**. An upright inverted U-shaped handle (not shown) may be attached to the tray at boss structures **308** or some other suitable location. Upright handles can facilitate handling of the tray **300** when loading and unloading the tray **300** through the arcuate carousel door **80**, but are not necessarily preferred.

A gap is provided between adjacent dividers **302** so that bar-code labels **334**, or other readable or scannable information, on the tubes **320** is accessible when the tube is placed in the tray **300**. When a tray **300** carried on wheel **250** passes beneath the plate **138** of the specimen cover, one tube **320** in a curved row at a radially-inward position with respect to wall structure **304** will be aligned with first opening **142** and another tube **320** in a curved row at a radially-outward position with respect to wall **304** will be aligned with second opening **140**. The ring **250** is indexed to sequentially move each tube **320** beneath the openings **140**, **142** to permit access to the tubes.

Referring again to FIG. **5**, bar code scanners **272** and **274** are disposed adjacent the ring **250**. Opticon, Inc. scanners, model number LHA2126RR1S-032, available from Opticon, Inc. of Orangeburg, N.Y., are preferred. Scanner **272** is located outside ring **250**, and scanner **274** is disposed inside ring **250**. Scanners **272** and **274** are positioned to scan bar code data labels on each specimen tube **320** carried in the specimen tube tray **300** as the ring **250** rotates a tray **300** of specimen tubes **320** past the scanners **272**, **274**. In addition, the scanners **272**, **274** scan the bar code label **337** (see FIG. **55**) on the outer portion of bent flanges **316** and **318** of end wall **303** of each tray **300** as the tray **300** is brought into the specimen preparation area. Various information, such as specimen and assay identification, can be placed on the tubes and/or each tray **300**, and this information can be scanned by the scanners **272**, **274** and stored in the central processing

computer. If no specimen tube is present, the tray 300 presents a special code 335 (see FIG. 55) to be read by the scanners 272, 274.

Pipette Tip Wheel

As shown primarily in FIGS. 5 and 6, a second ring assembly of the preferred embodiment is a pipette tip wheel 350 and comprises a circular ring 352 at a bottom portion thereof, a top panel 374 defining a circular inner periphery and five circumferentially-spaced, radially-protruding sections 370, and a plurality of generally rectangular risers 354 separating the top panel 374 from the ring 352 and preferably held in place by mechanical fasteners 356 extending through the top panel 374 and ring 352 into the risers 354. Five rectangular openings 358 are formed in the top panel 374 proximate each of the sections 370, and a rectangular box 376 is disposed beneath panel 374, one at each opening 358. Top panel 374, ring 352, and risers 354 are preferably made from machined aluminum, and boxes 376 are preferably formed from stainless steel sheet stock.

The openings 358 and associated boxes 376 are constructed and arranged to receive trays 372 holding a plurality of disposable pipette tips. The pipette tip trays 372 are preferably those manufactured and sold by TECAN (TECAN U.S. Inc., Research Triangle Park, N.C.) under the trade name "Disposable Tips for GENESIS Series". Each tip has a 1000 µl capacity and is conductive. Each tray holds ninety-six elongated disposable tips.

Lateral slots 378 and longitudinal slots 380 are formed in the top panel 374 along the lateral and longitudinal edges, respectively, of each opening 358. The slots 378, 380 receive downwardly-extending flanges (not shown) disposed along the lateral and longitudinal edges of the trays 372. The slots 378, 380 and associated flanges of the trays 372 serve to properly register the trays 372 with respect to openings 358 and to hold the trays 372 in place on the panel 374.

Pipette tip wheel 350 is preferably rotationally supported by three 120°-spaced V-groove rollers 357, 360, 361 which engage a continuous V-ridge 362 formed on the inner periphery of ring 352, as shown in FIGS. 5, 6, and 6A, so that the pipette tip wheel 350 is rotatable about a second central axis of rotation that is generally parallel to the first axis of rotation of the specimen ring 250. The rollers are preferably made by Bishop-Wisecarver Corp. of Pittsburg, Calif., model number W1SSX. Rollers 357 and 360 are rotationally mounted on fixed shafts, and roller 361 is mounted on a bracket which pivots about a vertical axis and is spring biased so as to urge roller 361 radially outwardly against the inner periphery of ring 352. Having two fixed rollers and one radially movable roller allows the three rollers to accommodate an out-of-round inner periphery of ring 352. In addition, the wheel 350 can be easily installed and removed by merely pushing pivoting roller 361 radially inwardly to allow the ring 352 to move laterally to disengage continuous V-ridge 362 from the fixed V-groove rollers 357, 360.

Pipette tip wheel 350 is driven by a motor 364 having a shaft-mounted spur gear which meshes with mating gear teeth formed on an outer perimeter of ring 352. Motor 364 is preferably a VEXTA gear head stepper motor, model number PK243-A1-SG7.2, having a 7.2:1 gear reduction and available from Oriental Motor Co., Ltd. of Tokyo, Japan. A gear head stepper motor with a 7.2:1 gear reduction is preferred because it provides smooth motion of the pipette tip wheel 350, where the spur gear of the motor 364 is directly engaged with the ring 352.

A home sensor and a sector sensor (not shown), preferably slotted optical sensors, are provided adjacent the pipette tip wheel 350 at a rotational home position and at a position of one of the boxes 376. The pipette tip wheel 350 includes a home flag (not shown) located at a home position on the wheel and five equally-spaced sector flags (not shown) corresponding to the positions of each of the five boxes 376. The home flag and sector flags cooperate with the home sensor and sector sensors to provide wheel position information to the assay manager program and to control the pipette tip wheel 350 to stop at five discrete positions corresponding to established coordinates for user re-load and access by pipette unit 450. Preferred sensors for the home sensor and sector sensor are Optek Technology, Inc. slotted optical sensors, model number OPB980, available from Optek Technology, Inc. of Carrollton, Tex.

Multi-Axis Mixer

Referring to FIGS. 7-12, the multi-axis mixer 400 includes a rotating turntable structure 414 (see FIG. 10) rotatably mounted on a center shaft 428 supported in center bearings 430 to a fixed base 402 mounted to the jig plate 130 by means of mechanical fasteners (not shown) extending through apertures 419 formed about the outer periphery of the fixed base 402. A cover member 404 is attached to and rotates with turntable 414.

Turntable 414 is preferably in the form of a right angle cross comprising three 90°-spaced rectangular arms 444 of equal length extending radially outwardly from the center of the turntable 414 and a fourth arm 445 having an extension 417 making arm 445 slightly longer than arms 444. As shown in FIGS. 10-12, the center portion of turntable 414 is connected to center shaft 428 by a screw 429.

Four container holders 406 are disposed on the ends of the arms 444 and 445 of turntable frame 414. Each container holder 406 is attached to one of four vertical shafts 423, which are rotatably supported in container holder bearings 415. Container holder bearings 415 are pressed into the arms 444, 445 of the turntable 414 and are disposed at equal radial distances from shaft 428.

The cover member 404 includes four circular openings with upwardly-turned peripheral flanges 401 through which shafts 423 extend. Upward flanges 401 can advantageously prevent spilled liquids from flowing into the openings.

The container holders 406 comprise generally cylindrical members having an open bottom and an open top for receiving and holding a container 440, preferably a plastic bottle, of target capture reagent.

The target capture reagent used with the preferred assay includes magnetically responsive particles with immobilized polynucleotides, polynucleotide capture probes, and reagents sufficient to lyse cells containing the targeted nucleic acids. After cell lysis, targeted nucleic acids are available for hybridization under a first set of predetermined hybridization conditions with one or more capture probes, with each capture probe having a nucleotide base sequence region which is capable of hybridizing to a nucleotide base sequence region contained on at least one of the targeted nucleic acids. Under a second set of predetermined hybridization conditions, a homopolymer tail (e.g., oligo(dT)) of the immobilized polynucleotides is capable of hybridizing with a complementary homopolymer tail (e.g., oligo(dA)) contained on the capture probe, thereby immobilizing targeted nucleic acids. Target-capture methods and lysing procedures are well known in the art and are described more fully in the background section supra.

A container retainer spring 408 spans a lateral slot formed in the wall of each container holder 406 and helps to hold the container 440 within the container holder 406 by urging the

container **440** toward a portion of the inner peripheral wall of the holder **406** opposite the spring **408**.

Each container holder **406** is secured to an associated vertical shaft **423** by a shaft block structure **432**. Shaft block structure **432** includes curved end portions which conform to the inside of the cylindrical container holder **406**, and the container holder **406** is secured to the block **432** by fasteners **434**. A generally circular aperture **449** receives the shaft **423**. A slot **438** extends from aperture **449** to an end of the block **432** which does not extend all the way to the inside of the container holder **406**, and a second slot **436** extends from an edge of the block **432** generally perpendicularly to slot **438** so as to define a cantilevered arm **435**. A machine screw **437** extends through a through-hole **441** formed laterally through block **432** and into a threaded hole **447** formed laterally through arm **435**. As screw **437** is tightened, arm **435** deflects, thus tightening aperture **449** around shaft **423**.

The shaft block structure **432**, the shaft **423**, and the container holder bearings **415** associated with each container holder **406** define a preferred container holder mounting structure associated with each container holder **406** that is constructed and arranged to mount the container holder **406** to the turntable **414** and permit the container holder **406** to rotate about an axis of rotation **412** of the shaft **423**.

Container holder planetary gears **422** are attached to the opposite ends of shafts **423**. The planetary gears **422** operatively engage a stationary sun gear **416**. A drive pulley **418** is attached to center shaft **428** and is coupled to a drive motor **420** by a drive belt (not shown). Drive motor **420** is preferably mounted so as to extend through an opening (not shown) in the jig plate **130** below the base **402**. Drive motor **420** is preferably a stepper motor, and most preferably a VEXTA stepper motor, model number PK264-01A, available from Oriental Motor Co., Ltd. of Tokyo, Japan. The drive motor **420**, via the drive belt and drive pulley **418**, rotates the center shaft **428** and the turntable **414** attached thereto. As the turntable frame **414** rotates about the center line of center shaft **428**, the planetary gears **422** engaged with sun gear **416** cause the shafts **423** and container holders **406** attached thereto to rotate at the ends of the arms **444** of the turntable frame **414**. Each container holder **406** is preferably mounted such that the axis of rotation **410** thereof is offset from the axis of rotation **412** of the associated shaft **423**. Thus, each container holder **406** rotates eccentrically about axis **412** of the associated shaft **423**. Accordingly, the planetary gears **422** and the sun gear **416** constitute rotational motion coupling elements constructed and arranged to cause the container holders **406** to rotate about the respective axes of rotation of the shafts **423** as the turntable **414** rotates about the axis of rotation of the shaft **428**.

A bar code scanner device **405** is preferably mounted on a bracket **403** and reads bar code information of the containers **440** through a scanner slot **407** formed in each container holder **406**. The preferred scanner is a model number NFT1125/002RL scanner, available from Opticon, Inc. of Orangeburg, N.Y.

The multi-axis mixer **400** usually rotates during operation of the analyzer **50** to agitate the fluid contents of the containers **440** to thereby keep the target capture reagent in suspension, stopping only briefly to permit pipette unit **456** to withdraw an amount of mixture from one of the containers. Pipette unit **456** draws mixture from a bottle at the same location each time. Therefore, it is desirable to monitor the positions of the bottles so that the bottle from which mixture is withdrawn each time can be specified.

Four optical slotted sensors **426**, each comprising an optical emitter and detector, are stationed around the periphery of fixed base **402**, spaced at 90° intervals. Optical sensors available from Optek Technology, Inc. of Carrollton, Tex., model number OPB490P11, are preferred. A sensor tab **424** extends down from extension **417** at the end of arm **445** of the turntable **414**. When sensor tab **424** passes through a sensor **426**, the communication between the emitter and detector is broken thus giving a "container present" signal. The tab **424** is only provided at one location, e.g., the first container location. By knowing the position of the first container, the positions of the remaining containers, which are fixed relative to the first container, are also known.

Power and control signals are provided to the multi-axis mixer **400** via a power and data connector. While the multi-axis mixer **400** provides mixing by rotation and eccentric revolution, other mixing techniques, such as vibration, inversion, etc. may be used.

Specimen Preparation Procedure

To begin specimen preparation, the pipette unit **456** moves to transfer target capture reagent, preferably mag-oligo reagent, from a container **440** carried on the multi-axis mixer **400** into each of the receptacle vessels **162** of the MTU **160**. The target capture reagent includes a support material able to bind to and immobilize a target analyte. The support material preferably comprises magnetically responsive particles. At the beginning of the specimen preparation procedure, the pipette unit **456** of the right-side pipette assembly **450** moves laterally and longitudinally to a position in which the probe **457** is operatively positioned over a pipette tip in one of the trays **372**.

The tip trays **372** are carried on the pipette tip wheel **350** so as to be precisely positioned to achieve proper registration between the pipette tips and the tubular probe **457** of the pipette unit **456**. The pipette unit **456** moves down to insert the free end of the tubular probe **457** into the open end of a pipette tip and frictionally engage the pipette tip. The Cavro processors preferably used for pipette unit **456** includes a collar (not shown), which is unique to Cavro processors. This collar is moved slightly upwardly when a pipette tip is frictionally engaged onto the end of the tubular probe **457**, and the displaced collar trips an electrical switch on the pipette unit **456** to verify that a pipette tip is present. If tip pick-up is not successful (e.g., due to missing tips in the trays **372** or a misalignment), a missing tip signal is generated and the pipette unit **456** can move to re-try tip engagement at a different tip location.

The assay manager program causes the multi-axis mixer **400** to briefly stop rotating so that the pipette unit **456** can be moved to a position with the tubular probe **457** and attached pipette tip of the pipette unit **456** aligned over one of the stationary containers **440**. The pipette unit **456** lowers the pipette tip attached to the tubular probe **457** into the container **440** and draws a desired amount of target capture reagent into the pipette tip. The pipette unit **456** then moves the probe **457** out of the container **440**, the multi-axis mixer **400** resumes rotating, and the pipette unit **456** moves to a position above opening **252** and the specimen transfer station **255**. Next, the pipette unit **456** descends, moving the pipette tip and the tubular probe **457** through the opening **252**, and dispenses a required amount of target capture (typically 100-500μl) into one or more of the receptacle vessels **162** of the MTU **160**. It is preferred that the target capture reagent is drawn only into the pipette tip and not into the probe **457** itself. Furthermore, it is preferred that the pipette tip be of sufficient volumetric capacity to hold enough reagent for all five vessels **162** of the MTU **160**.

After target capture reagent transfer, the pipette unit **456** then moves to a "tip discard" position above tip disposal tube **342**, where the disposable pipette tip is pushed or ejected off of the end of the tubular probe **457** of the pipette unit **456**, and falls through tube **342** toward a solid waste container. An optical sensor (not shown) is disposed adjacent to tube **342**, and before tip discard, the specimen pipette assembly **450** moves the pipette unit **456** into a sensing position of the sensor. The sensor detects whether a tip is engaged with the end of the tubular probe **457** to verify that the tip is still held on the tubular probe **457** of the pipette unit **456**, thereby confirming that the tip was on the tubular probe **457** throughout specimen preparation. A preferred sensor is a wide-gap slotted optic sensor, model OPB900W, available from Optek Technology, Inc. of Carrollton, Tex.

Preferably, the pipette tip is ejected by the collar (not shown) on the tubular probe **457** of pipette unit **456**. The collar engages a hard stop when the tubular probe **457** is raised, so that as the probe **457** continues to ascend, the collar remains fixed and engages an upper end of the pipette tip, thereby forcing it off the tubular probe **457**.

After pipetting the target capture and discarding the pipette tip, the probe **457** of the pipette unit **456** can be washed by running distilled water through the tubular probe **457** at the tip wash station basin **346**. The tip wash water is collected and drains down into a liquid waste container.

Following the reagent dispensing procedure, the pipette unit **456** on the right pipette assembly **450** moves laterally and longitudinally to a position in which the tubular probe **457** of the pipette unit **456** is centered over a new pipette tip on one of the tip trays **372**. After successful tip engagement, the pipette unit **456** moves back over the specimen ring **250**, adjacent to the specimen preparation opening **252** and withdraws a test specimen (about 25-900μl) from a specimen tube **320** that is aligned with one of the openings **140, 142** of the cover plate **138**. Note that both openings **140, 142** include upwardly extending peripheral flanges to prevent any fluids spilled onto the plate **138** from running into the openings **140, 142**. The pipette unit **456** then moves over the MTU **160** in the specimen transfer station **255**, moves down through opening **252**, and dispenses test specimen into one of the receptacle vessels **162** of the MTU **160** containing target capture reagent. Pipette unit **456** then moves to the "tip discard" position above the tip disposal tube **342**, and the disposable pipette tip is ejected into the tube **342**. Pipette unit **456** then picks up a new disposable pipette tip from the pipette tip wheel **350**, the specimen ring **250** indexes so that a new specimen tube is accessible by the pipette unit **456**, unit **456** moves to and draws specimen fluid from the specimen tube into the disposable pipette tip, the pipette unit **456** then moves to a position above the specimen transfer station **255**, and dispenses specimen fluid into a different receptacle vessel **162** containing target capture reagent. This process is preferably repeated until all five receptacle vessels **162** contain a combination of fluid specimen sample and target capture reagent.

Alternatively, depending on the assay protocol or protocols to be run by the analyzer **50**, the pipette unit **456** may dispense the same test specimen material into two or more of the receptacle vessels **162** and the analyzer can perform the same or different assays on each of those aliquots.

As described above with respect to pipette units **480, 482**, pipette unit **456** also includes capacitive level sensing capability. The pipette tips used on the end of the tubular probe **457** are preferably made from a conductive material, so that capacitive level sensing can be performed with the pipette unit **456**, even when a tip is carried on the end of the tubular probe **457**. After the pipette unit has completed a test specimen dispensing procedure, the pipette unit **456** moves the tubular probe **457** back down into the receptacle vessel **162** until the top of the fluid level is detected by the change in capacitance. The vertical position of the tubular probe **457** is noted to determine whether the proper amount of fluid material is contained in the receptacle vessel **162**. Lack of sufficient material in a receptacle vessel **162** can be caused by clotting in the test specimen, which can clot the tip at the end of the tubular probe **457** and prevent proper aspiration of test specimen material into the tip and/or can prevent proper dispensing of test specimen from the tip.

After specimen transfer, the pipette tip is discarded into the tip disposal tube **342** as described above. Again, the tubular probe **457** of the pipette of unit can be washed with distilled water if desired, but washing of the probe is typically not necessary because, in the preferred method of operation, specimen material only comes into contact with the disposable pipette tip.

The assay manager program includes pipette unit control logic which controls movements of the pipette units **456, 480, 482**, and preferably causes pipette unit **456** to move in such a manner that it never passes over a specimen tube **320** on the specimen ring **250**, except when the pipette unit **456** positions the tubular probe **457** over a specimen tube **320** to withdraw a test specimen or when the specimen tube **320** is below the plate **138** of the specimen cover. In this way, inadvertent fluid drips from the tubular probe **457** of the pipette unit **450** into another specimen tube, which might result in cross-contamination, are avoided.

Following specimen preparation, the MTU **160** is moved by the right-side transport mechanism **500** from the specimen transfer station to the right orbital mixer **550** in which the specimen/reagent mixtures are mixed. The structure and operation of the orbital mixers **550, 552** will be described in further detail below.

After the MTU **160** is withdrawn from the specimen transfer station by the right-side transport mechanism **500**, the reaction receptacle shuttle assembly within the input queue **150** advances the next MTU into a position to be retrieved by the right-side transport mechanism **500** which moves the next MTU to the specimen transfer station. Specimen preparation procedures are then repeated for this next MTU.

Transport Mechanisms

The right-side and left-side transport mechanisms **500, 502** will now be described in detail. Referring to FIGS. **13-16**, the right-side transport mechanism **500** (as well as the left-side transport mechanism **502**) has a manipulating hook member that, in the illustrated embodiment, includes an extendible distributor hook **506** extending from a hook mounting structure **508** that is radially and slidably displaceable in a slot **510** on a plate **512**. A housing **504** on top of the plate **512** has an opening **505** configured to receive the upper portion of an MTU **160**. A stepper motor **514** mounted on the plate **512** turns a threaded shaft **516**, which, in cooperation with a lead screw mechanism, moves the distributor hook **506** from the extended position shown in FIGS. **13** and **15**, to the retracted position shown in FIG. **14**, the motor **514** and threaded shaft **516** constituting elements of a preferred hook member drive assembly. Stepper motor **514** is preferably a modified HSI, series 46000. HSI stepper motors are available from Haydon Switch and Instrument, Inc. of Waterbury, Conn. The HSI motor is modified by machining the threads off one end of the threaded shaft **516**, so that the shaft **516** can receive the hook mounting structure **508**.

The housing **504**, motor **514**, and the plate **512** are preferably covered by a conforming shroud **507**.

As shown in FIG. **16**, a stepper motor **518** turns a pulley **520** via a belt **519**. (VEXTA stepper motors, model number PK264-01A, available from Oriental Motor Co., Ltd. of Tokyo, Japan, and SDP timing belts, model number A6R51M200060, available from SDP/SI of New Hyde Park, N.Y., are preferred). Pulley **520** is preferably a custom-made pulley with one hundred sixty-two (162) axial grooves disposed around its perimeter. A main shaft **522** fixedly attached to the plate **512**, by means of a uniquely-shaped mounting block **523**, extends down through a base **524** and is fixed to the pulley **520**. Base **524** is mounted to the datum plate **82** by means of mechanical fasteners extending through apertures **525** formed about the outer periphery of the base **524**. A flex circuit **526** provides power and control signals to the hook mounting structure **508** and motor **514**, while allowing the plate **512** (and the components carried on the plate) to pivot sufficiently so as to rotate as much as 340° with respect to the base **524**. The transport mechanism **500**, **502**, assembly preferably includes hard stops (not shown) at either end of the unit's rotational path of travel.

An arm position encoder **531** is preferably mounted on an end of the main shaft **522**. The arm position encoder is preferably an absolute encoder. A2 series encoders from U.S. Digital in Seattle, Wash., model number A2-S-K-315-H, are preferred.

The assay manager program provides control signals to the motors **518** and **514**, and to the hook mounting structure **508**, to command the distributor hook **506** to engage the MTU manipulating structure **166** on MTU **160**. With the hook **506** engaged, the motor **514** can be energized to rotate the shaft **516** and thereby withdraw the hook **506**, and the MTU **160**, back into the housing **504**. The MTU **160** is securely held by the transport mechanism **500**, **502** via the sliding engagement of the connecting rib structure **164** of the MTU **160** with opposed edges **511** of plate **512** adjacent slot **510**. The plate **512** thereby constitutes an element of a preferred receptacle carrier assembly that is constructed and arranged to be rotatable about an axis of rotation (e.g., the axis of shaft **522**) and to receive and carry a reaction receptacle (e.g., MTU **160**). The motor **518** can rotate the pulley **520** and shaft **522** via the belt **519** to thereby rotate the plate **512** and housing **504** with respect to the base **524**. Rotation of the housing **504** thus changes the orientation of the engaged MTU, thereby bringing that MTU into alignment with a different station on the processing deck.

Sensors **528**, **532** are provided in opposite sides of the housing **504** to indicate the position of the distributor hook **506** within the housing **504**. Sensor **528** is an end-of-travel sensor, and sensor **532** is a home sensor. Sensors **528**, **532** are preferably optical slotted sensors available from Optek Technology, Inc. of Carrollton, Tex., model number OPB980T11. For the home sensor **532**, the sensor beam is broken by a home flag **536** extending from the hook mounting structure **508** when the hook **506** is in its fully retracted position. The beam of the end-of-travel sensor **528** is broken by an end-of-travel flag **534** extending from the opposite side of the hook mounting structure **508** when the hook **506** is fully extended.

An MTU-present sensor **530** mounted in the side of the housing **504** senses the presence of an MTU **160** in the housing **504**. Sensor **530** is preferably a SUNX, infra-red sensor, available from SUNX/Ramco Electric, Inc., of West Des Moines, Iowa.

Temperature Ramping Stations

One or more temperature ramping stations **700** are preferably disposed below the jig plate **130** and specimen ring **250** (no temperature ramping stations located below the specimen ring **250** are shown in the figures). After mixing the contents of the MTU **160** within the orbital mixer **550**, the right-side transport mechanism **500** may move the MTU **160** from the right orbital mixer **550** to a temperature ramping station **700**, depending on the assay protocol.

The purpose of each ramping station **700** is to adjust the temperature of an MTU **160** and its contents up or down as desired. The temperature of the MTU and its contents may be adjusted to approximate an incubator temperature before inserting the MTU into the incubator to avoid large temperature fluctuations within the incubator.

As shown in FIGS. **17-18**, a temperature ramping station **700** includes a housing **702** in which an MTU **160** can be inserted. The housing **702** includes mounting flanges **712**, **714** for mounting the ramping station **700** to the datum plate **82**. A thermoelectric module **704** (also known as a Peltier device) in thermal contact with a heat sink structure **706** is attached to the housing **702**, preferably at the bottom **710**. Preferred thermoelectric modules are those available from Melcor, Inc. of Trenton, N.J., model number CP1.4-127-06L. Although one thermoelectric module **704** is shown in FIG. **17**, the ramping station **700** preferably includes two such thermoelectric modules. Alternatively, the outer surface of the housing **702** could be covered with a mylar film resistive heating foil material (not shown) for heating the ramping station. Suitable mylar film heating foils are etched foils available from Minco Products, Inc. of Minneapolis, Minn. and from Heatron, Inc. of Leavenworth, Kans. For ramp-up stations (i.e., heaters), resistive heating elements are preferably used, and for ramp-down stations (i.e., chillers), thermoelectric modules **704** are preferably used. The housing **702** is preferably covered with a thermal insulating jacket structure (not shown).

The heat sink structure used in conjunction with the thermoelectric module **704** preferably comprises an aluminum block with heat dissipating fins **708** extending therefrom.

Two thermal sensors (not shown) (preferably thermistors rated 10 KOhm at 25° C.) are preferably provided at a location on or within the housing **702** to monitor the temperature. YSI 44036 series thermistors available from YSI, Inc. of Yellow Springs, Ohio are preferred. YSI thermistors are preferred because of their high accuracy and the ±0.1° C. interchangeability provided by YSI thermistors from one thermistor to another. One of the thermal sensors is for primary temperature control, that is, it sends signals to the embedded controller for controlling temperature within the ramping station, and the other thermal sensor is for monitoring ramping station temperature as a back-up check of the primary temperature control thermal sensor. The embedded controller monitors the thermal sensors and controls the heating foils or the thermoelectric module of the ramping station to maintain a generally uniform, desired temperature within the ramping station **700**.

An MTU **160** can be inserted into the housing, supported on the MTU support flanges **718** which engage the connecting rib structure **164** of the MTU **160**. A cut-out **720** is formed in a front edge of a side panel of the housing **702**. The cut-out **720** permits a distributor hook **506** of a transport mechanism **500** or **502** to engage or disengage the MTU manipulating structure **166** of an MTU **160** inserted all the way into a temperature ramping station **700** by lateral movement with respect thereto.

Rotary Incubators

Continuing with the general description of the assay procedure, following sufficient temperature ramp-up in a ramping station **700**, the right-side transport mechanism **500** retrieves the MTU from the ramping station **700** and places the MTU **160** into the target capture and annealing incubator **600**. In a preferred mode of operation of the analyzer **50**, the target capture and annealing incubator **600** incubates the contents of the MTU **160** at about 60° C. For certain tests, it is important that the annealing incubation temperature not vary more than ±0.5° C. and that amplification incubation (described below) temperature not vary more than ±0.1° C. Consequently, the incubators are designed to provide a consistent uniform temperature.

The details of the structure and operation of the two embodiments of the rotary incubators **600**, **602**, **604** and **606** will now be described. Referring to FIGS. **19-23C**, each of the incubators has housing with a generally cylindrical portion **610**, suitably mounted to the datum plate **82**, within an insulating jacket **612** and an insulated cover **611**.

The cylindrical portion **610** is preferably constructed of nickel-plated cast aluminum and the metal portion of the cover **611** is preferably machined aluminum. The cylindrical portion **610** is preferably mounted to the datum plate **82** atop three or more resin "feet" **609**. The feet **609** are preferably formed of Ultem®-1000 supplied by General Electric Plastics. The material is a poor thermal conductor, and therefore the feet **609** function to thermally isolate the incubator from the datum plate. The insulation **612** and the insulation for the cover **611** are preferably comprised of ½ inch thick polyethylene supplied by the Boyd Corporation of Pleasantown, Calif.

Receptacle access openings **614**, **616** are formed in the cylindrical portion **610**, and cooperating receptacle access openings **618**, **620** are formed in the jacket **612**. For incubators **600** and **602**, one of the access openings is positioned to be accessible by the right-side transport mechanism **500** and the other access opening is positioned to be accessible by the left-side transport mechanism **502**. Incubators **604** and **606** need to be accessible only by the left-side transport mechanism **502** and therefore only have a single receptacle access opening.

Closure mechanisms comprising revolving doors **622**, **624** are rotatably positioned within the openings **614** and **616**. Each revolving door **622**, **624** has a MTU slot **626** extending through a solid cylindrical body. The MTU slot **626** is configured to closely match the profile of the MTU **160**, having a wider upper portion compared to the lower portion. A door roller **628**, **630** is attached on top of each of the doors **622**, **624**, respectively. The revolving doors **622**, **624** are actuated by solenoids (not shown) which are controlled by commands from the assay manager program to open and close the doors **622**, **624** at the proper times. A door **622** or **624** is opened by turning the door **622**, **624** so that the MTU slot **626** thereof is aligned with the respective receptacle access opening **614**, **616** and is closed by turning the door **622**, **624** so that the MTU slot **626** thereof extends transversely to the respective access opening **614**, **616**. The cylindrical portion **610**, cover **611**, doors **622**, **624**, and a floor panel (not shown) constitute an enclosure which defines the incubation chamber.

The doors **622**, **624** are opened to permit insertion or retrieval of an MTU into or from an incubator and are closed at all other times to minimize heat loss from the incubator through the access openings **614**, **616**.

A centrally positioned radial fan **632** is driven by an internal fan motor (not shown). A Papst, model number RER 100-25/14 centrifugal fan, available from ebm/Papst of Farmington, Conn., having a 24VDC motor and rated at 32 cfm is preferred because its shape is well-suited to application within the incubator.

Referring now to FIG. **22**, an MTU carousel assembly **671** is a preferred receptacle carrier which carries a plurality of radially oriented, circumferentially-arranged MTUs **160** within the incubator. The MTU carousel assembly **671** is carried by a top plate **642**, which is supported by the cylindrical portion **610** of the housing, and is preferably actuated by a rotation motor **640**, preferably a stepper motor, supported at a peripheral edge of on the top plate **642**. Rotation motor **640** is preferably a VEXTA stepper motor, model number PK246-01A, available from Oriental Motor Co., Ltd. of Tokyo, Japan.

The MTU carousel **671** includes a hub **646** disposed below the top plate **642** and coupled, via a shaft **649** extending through the top plate **642**, to a pulley **644**. Pulley **644** is preferably a custom-made pulley with one hundred sixty-two (162) axial grooves disposed around its perimeter and is coupled to motor **640** through a belt **643**, so that motor **640** can rotate the hub **646**. Belt **643** is preferably a GT® series timing belt available from SDP/SI of New Hyde Park, N.Y. A 9:1 ratio is preferably provided between the pulley **644** and the motor **640**. The hub **646** has a plurality of equally spaced-apart internal air flow slots **645** optionally separated by radially-oriented, circumferentially arranged divider walls **647**. In the illustration, only three divider walls **647** are shown, although it will be understood that divider walls may be provided about the entire circumference of the hub **646**. In the preferred embodiment, divider walls **647** are omitted. A support disk **670** is attached to hub **646** and disposed below top plate **642** in generally parallel relation therewith. A plurality of radially extending, circumferentially-arranged MTU holding members **672** are attached to the bottom of the support disk **670** (only three MTU holding members **672** are shown for clarity). The MTU holding members **672** have support ridges **674** extending along opposite sides thereof. Radially oriented MTUs are carried on the MTU carousel assembly **671** within stations **676** defined by circumferentially adjacent MTU holding members **672**, with the support ridges **674** supporting the connecting rib structures **164** of each MTU **160** carried by the MTU carousel assembly **671**.

The MTU carousel assembly rotates on a carousel drive shaft to which the drive pulley (**644** in the illustrated embodiment) is attached. A carousel position encoder is preferably mounted on an exterior end of the carousel drive shaft. The carousel position encoder preferably comprises a slotted wheel and an optical slot switch combination (not shown). The slotted wheel can be coupled to the carousel assembly **671** to rotate therewith, and the optical slot switch can be fixed to the cylindrical portion **610** of the housing or top plate **642** so as to be stationary. The slotted wheel/slot switch combination can be employed to indicate a rotational position of the carousel assembly **671** and can indicate a "home" position (e.g., a position in which an MTU station **676** designated the #1 station is in front of the access opening **614**). A2 series encoders from U.S. Digital in Seattle, Wash., model number A2-S-K-315-H, are preferred.

A heat source is provided in thermal communication with the incubator chamber defined within the incubator housing comprising the cylindrical portion **610** and cover **611**. In the preferred embodiment, Mylar film-encased electrically-resistive heating foils **660** surround the housing **610** and may be attached to the cover **611** as well. Preferred mylar film heating foils are etched foils available from Minco Products, Inc. of Minneapolis, Minn. and Heatron, Inc. of Leavenworth, Kans. Alternative heat sources may include internally mounted

resistive heating elements, thermal-electric heating chips (Peltiers), or a remote heat-generating mechanism thermally connected to the housing by a conduit or the like.

As shown in FIGS. 19 and 22, a pipette slot **662** extends through the incubator cover **611**, radially-aligned pipette holes **663** extend through the top plate **642**, and pipettes slots **664** are formed in the support disk **670** over each MTU station **676**, to allow pipetting of reagents into MTUs disposed within the incubators. In the preferred embodiment of the analyzer **50** for the preferred mode of operation, only two of the incubators, the amplification incubator **604** and the hybridization protection assay incubator **606**, include the pipette holes **663** and pipette slots **662** and **664**, because, in the preferred mode of operation, it is only in these two incubators where fluids are dispensed into MTUs **160** while they are in the incubator.

Two temperature sensors **666**, preferably thermistors (10 KOhm at 25° C.), are positioned in the top plate **642**. YSI 44036 series thermistors available from YSI, Inc. of Yellow Springs, Ohio are preferred. YSI thermistors are preferred because of their high accuracy and the ±0.1° C. interchangeability provided by YSI thermistors from one thermistor to another. One of the sensors **666** is for primary temperature control, that is, it sends singles to the embedded controller for controlling temperature within the incubator, and the other sensor is for monitoring temperature of the incubator as a back-up check of the primary temperature control sensor. The embedded controller monitors the sensors **666** and controls the heating foils **660** and fan **632** to maintain a uniform, desired temperature within the incubator housing **610**.

As a transport mechanism **500**, **502** prepares to load an MTU **160** into an incubator **600**, **602**, **604**, or **606**, the motor **640** turns the hub **646** to bring an empty MTU station **676** into alignment with the receptacle access opening **614** (or **616**). As this occurs, the door-actuating solenoid correspondingly turns the revolving door **622** (or **624**) one-quarter turn to align the MTU slot **626** of the door with the MTU station **676**. The access opening **614** is thus exposed to allow placement or removal of an MTU **160**. The transport mechanism **500** or **502** then advances the distributor hook **506** from the retracted position to the extended position, pushing the MTU **160** out of the housing **504**, through the access opening **614**, and into an MTU station **676** in the incubator. After the distributor hook **506** is withdrawn, the motor **640** turns the hub **646**, shifting the previously inserted MTU **160** away from the access opening **614**, and the revolving door **622** closes once again. This sequence is repeated for subsequent. MTUs inserted into the rotary incubator. Incubation of each loaded MTU continues as that MTU advances around the incubator (counter-clockwise) towards the exit slot **618**.

An MTU sensor (preferably an infrared optical reflective sensor) in each of the MTU stations **676** detects the presence of an MTU **160** within the station. Optek Technology, Inc. sensors, model number OPB770T, available from Optek Technology, Inc. of Carrollton, Tex. are preferred because of the ability of these sensors to withstand the high temperature environment of the incubators and because of the ability of these sensors to read bar code data fixed to the label-receiving surfaces **175** of the label-receiving structures **174** of the MTUs **160**. In addition, each door assembly (revolving doors **622**, **624**) preferably includes slotted optical sensors (not shown) to indicate door open and door closed positions. Sensors available from Optek Technology, Inc. of Carrollton, Tex., model number OPB980T11, are preferred because of the relatively fine resolution provided thereby to permit accurate monitoring of door position. A skewed disk linear mixer (also known as a wobbler plate) **634** is provided within housing **610** adjacent MTU carousel assembly **671** and operates as a receptacle mixing mechanism. The mixer **634** comprises a disk mounted in a skewed manner to the shaft of a motor **636** which extends through opening **635** into the housing **610**. The motor is preferably a VEXTA stepper motor, model number PK264-01A, available from Oriental Motors Ltd. of Tokyo, Japan, which is the same motor preferably used for the MTU carousel assembly **671**. A viscous harmonic damper **638** is preferably attached to motor **636** to damp out harmonic frequencies of the motor which can cause the motor to stall. Preferred harmonic dampers are VEXTA harmonic dampers, available from Oriental Motors Ltd. The operation of the skewed disk linear mixer **634** will be described below.

Only two of the incubators, the amplification incubator **604** and the hybridization protection assay incubator **606**, include a skewed disk linear mixer **634**, because, in the preferred mode of operation, it is only in these two incubators where fluids are dispensed into the MTUs **160** while they are in the incubator. Thus, it is only necessary to provide linear mixing of the MTU **160** by the skewed disk linear mixer **634** in the amplification incubator **604** and the hybridization protection assay incubator **606**.

To effect linear mixing of an MTU **160** in the incubator by linear mixer **634**, the MTU carousel assembly **671** moves the MTU **160** into alignment with the skewed disk linear mixer **634**, and the skewed disk of the skewed disk linear mixer **634** engages the MTU manipulating structure **166** of the MTU **160**. As the motor **636** spins the skewed disk of the skewed disk linear mixer **634**, the portion of the skewed disk structure engaged with the MTU **160** moves radially in and out with respect to the wall of the housing **610**, thus alternately engaging the vertical piece **167** of the MTU manipulating structure **166** and the shield structure **169**. Accordingly, the MTU **160** engaged with the skewed disk linear mixer **634** is moved radially in and out, preferably at high frequency, providing linear mixing of the contents of the MTU **160**. For the amplification incubation step of the preferred mode of operation, which occurs within the amplification incubator **604**, a mixing frequency of 10 Hz is preferred. For the probe incubation step of the preferred mode of operation, which occurs within the hybridization protection assay incubator **606**, a mixing frequency of 14 Hz is preferred. Finally, for the select incubation step of the preferred mode of operation, which also occurs within the hybridization protection assay incubator **606**, a mixing frequency of 13 Hz is preferred.

The raised arcuate portions **171**, **172** may be provided in the middle of the convex surfaces of the vertical piece **167** and the shield structure **169** of the MTU **160**, respectively, (see FIG. **60**) to minimize the surface contact between the skewed disk linear mixer **634** and the MTU **160** so as to minimize friction between the MTU **160** and the skewed disk linear mixer **634**.

In the preferred embodiment, a sensor is provided at the skewed disk linear mixer **634** to ensure that the skewed disk linear mixer **634** stops rotating in the "home" position shown in FIG. **21**, so that MTU manipulating structure **166** can engage and disengage from the skewed disk linear mixer **634** as the MTU carousel assembly **671** rotates. The preferred "home" sensor is a pin extending laterally from the skewed disk linear mixer structure and a slotted optical switch which verifies orientation of the skewed disk linear mixer assembly when the pin interrupts the optical switch beam. Hall effect sensors based on magnetism may also be used.

An alternate MTU carousel assembly and carousel drive mechanism are shown in FIGS. **23**A and **23**C. As shown in FIG. **23**A, the alternate incubator includes a housing assembly **1650** generally comprising a cylindrical portion **1610**

constructed of nickel-plated cast aluminum, a cover 1676 preferably formed of machined aluminum, insulation 1678 for the cover 1676, and an insulation jacket 1651 surrounding the cylindrical portion 1610. As with the previously described incubator embodiment, the incubator may include a linear mixer mechanism including a linear mixer motor 636 with a harmonic damper 638. A closure mechanism 1600 (described below) operates to close off or permit access through a receptacle access opening 1614. As with the previously described embodiment, the incubator may include one or two access openings 1614 depending on the location of the incubator and its function within the analyzer 50.

A centrifugal fan 632 is mounted at a bottom portion of the housing 1650 and is driven by a motor (not shown). A fan cover 1652 is disposed over the fan and includes sufficient openings to permit air flow generated by the fan 632. A carousel support shaft 1654 includes a lower shaft 1692 and an upper shaft 1690 divided by a support disk 1694. The support shaft 1654 is supported by means of the lower shaft 1692 extending down into the fan cover 1652 where it is rotatably supported and secured by bearings (not shown).

An MTU carousel 1656 includes an upper disk 1658 having a central portion 1696. A top surface of the support disk 1694 engages and is attached to a bottom surface of the central portion 1696 of the upper disk 1658 so that the weight of the carousel 1656 is supported from below. As shown in FIG. 23C, a plurality of radially extending, circumferentially spaced station dividers 1660 are attached beneath the upper disk 1658. A lower disk 1662 includes a plurality of radial flanges 1682 emanating from an annular inner portion 1688. The radial flanges 1682 correspond in number and spacing to the carousel station dividers 1660, and the lower disk 1662 is secured to the bottom surfaces of the carousel station dividers 1660, with each flange 1682 being secured to an associated one of the dividers 1660.

The radial flanges 1682 define a plurality of radial slots 1680 between adjacent pairs of flanges 1682. As can be appreciated from FIG. 23C, the width in the circumferential direction of each flange 1682 at an inner end 1686 thereof is less than the width in the circumferential direction of the flange 1682 at the outer end 1684 thereof. The tapered shape of the flanges 1682 ensures that the opposite sides of the slots 1680 are generally parallel to one another.

When the lower disk 1662 is attached beneath the carousel station dividers 1660, the widths of the flanges along at least a portion of their respective lengths are greater than the widths of the respective dividers 1660, which may also be tapered from an outer end thereof toward an inner end thereof. The flanges 1684 define lateral shelves along the sides of adjacent pairs of dividers 1660 for supporting the connecting rib structure 164 of an MTU 160 inserted into each MTU station 1663 defined between adjacent pairs of dividers 1660.

A pulley 1664 is secured to the top of the central portion 1696 of the upper disk 1658 and a motor 1672 is carried by a mounting bracket 1670 which spans the diameter of the housing 1650 and is secured to the cylindrical portion 1610 of the housing at opposite ends thereof. The motor is preferably a Vexta PK264-01A stepper motor, and it is coupled to the pulley (having a 9:1 ratio with respect to the motor) by a belt 1666, preferably one supplied by the Gates Rubber Company. A position encoder 1674 is secured to a top central portion of the mounting bracket 1672 and is coupled with the upper shaft 1690 of the carousel support shaft 1654. The encoder 1674 (preferably an absolute encoder of the A2 series by U.S. Digital Corporation of Vancouver, Wash.) indicates the rotational position of the carousel 1656.

An incubator cover is defined by an incubator plate 1676, preferably formed of machined aluminum, and a conforming cover insulation element 1678. Cover plate 1676 and insulation element 1678 include appropriate openings to accommodate the encoder 1674 and the motor 1672 and may also include radial slots formed therein for dispensing fluids into MTUs carried within the incubator as described with regard to the above embodiment.

An alternate, and preferred, closure mechanism 1600 is shown in FIG. 23B. The cylindrical portion 1610 of the incubator housing includes at least one receptacle access opening 1614 with outwardly projecting wall portions 1616, 1618 extending integrally from the cylindrical portion 1610 along opposite sides of the access opening 1614.

A rotating door 1620 is operatively mounted with respect to the access opening 1614 by means of a door mounting bracket 1636 attached to the cylindrical portion 1610 of the housing above the access opening 1614. Door 1620 includes an arcuate closure panel 1622 and a transversely extending hinge plate portion 1628 having a hole 1634 for receiving a mounting post (not shown) of the door mounting bracket 1636. The door 1622 is rotatable about the opening 1634 with respect to the access opening 1614 between a first position in which the arcuate closure panel 1622 cooperates with the projecting wall portions 1616, 1618 to close off the access opening 1614 and a second position rotated outwardly with respect to the access opening 1614 to permit movement of a receptacle through the access opening 1614. An inner arcuate surface of the arcuate panel 1622 conforms with an arcuate surface 1638 of the door mounting bracket 1636 and an arcuate surface 1619 disposed below the receptacle access opening 1614 to permit movement of the arcuate panel 1622 with respect to the surfaces 1638 and 1619 while providing a minimum gap between the respective surfaces so as to minimize heat loss therethrough.

The door 1620 is actuated by a motor 1642 mounted to the incubator housing by means of a motor mounting bracket 1640 secured to the cylindrical portion 1610 of the housing beneath the receptacle access opening 1614. A motor shaft 1644 is coupled to a lower actuating plate 1626 of the rotating door 1620 so that rotation of the shaft 1644 is transmitted into rotation of the rotating door 1620. Motor 1642 is most preferably an HSI 7.5° per step motor available from Haydon Switch and Instrument, Inc. of Waterbury, Conn. The HSI motor is chosen because of its relatively low cost and because the closure assembly 1600 does not require a high torque, robust motor.

Door position sensors 1646 and 1648 (preferably slotted optical sensors) are operatively mounted on opposite sides of the door mounting bracket 1636. The sensor 1646 and 1648 cooperate with sensor tabs 1632 and 1630 on the hinge plate 1628 of the door 1620 for indicating the relative position of the rotating door 1620 and can be configured so as to indicate, for example, a door open and a door closed status.

A door cover element 1612 is secured to the outside of the cylindrical portion 1610 of the housing so as to cover the door mounting bracket 1636 and a portion of the rotating door 1620. The cover element 1612 includes an access opening 1613 aligned with the access opening 1614 of the incubator housing and further includes a receptacle bridge 1615 extending laterally from a bottom edge of the access opening 1613. The receptacle bridge 1615 facilitates the insertion of a receptacle (e.g., an MTU 160) into and withdrawal of the receptacle from the incubator.

While in the target capture and annealing incubator 600, the MTU 160 and test specimens are preferably kept at a temperature of about 60° C.±0.5° C. for a period of time



sufficient to permit hybridization between capture probes and target nucleic acids. Under these conditions, the capture probes will preferably not hybridize with those polynucleotides directly immobilized by the magnetic particles.

Following target capture incubation in the target capture and annealing incubator **600**, the MTU **160** is rotated by the incubator carousel to the entrance door **622**, also known as the right-side or number one distributor door. The MTU **160** is retrieved from its MTU station **676** within incubator **600** and is then transferred by the right-side transport mechanism **500** to a temperature ramp-down station (not shown) below the specimen ring **250**. In the ramp-down station, the MTU temperature is brought down to the level of the next incubator. This ramp-down station that precedes the active temperature and pre-read cool-down incubator **602** is technically a heater, as opposed to a chiller, because the temperature to which the MTU is decreased, about 40° C., is still greater than the ambient analyzer temperature, about 30° C. Accordingly, this ramp-down station preferably uses resistive heating elements, as opposed to a thermoelectric module.

From the ramp-down station, the MTU **160** is transferred by the right-side transfer mechanism **500** into the active temperature and pre-read cool-down incubator **602**. The design and operation of the active temperature and pre-read cool-down **602** is similar to that of the target capture and annealing incubator **600**, as described above, except that the active temperature and pre-read cool-down incubator **602** incubates at 40±1.0° C.

In the AT incubator **602**, the hybridization conditions are such that the polythymidine tail of the immobilized polynucleotide can hybridize to the polyadenine tail of the capture probe. Provided target nucleic acid has hybridized with the capture probe in the annealing incubator **600**, a hybridization complex can be formed between the immobilized polynucleotide, the capture probe and the target nucleic acid in the AT incubator **602**, thus immobilizing the target nucleic acid. In the AT incubator **602**, the hybridization conditions are such that the polythymidine tail of the immobilized polynucleotide can hybridize to the polyadenine tail of the capture probe. Provided target nucleic acid has hybridized with the capture probe in the annealing incubator **600**, a hybridization complex can be formed between the immobilized polynucleotide, the capture probe and the target nucleic acid in the AT incubator **602**, thus immobilizing the target nucleic acid.

During active temperature binding incubation, the carousel assembly **1656** (or **671**) of the active temperature and pre-read cool-down incubator **602** rotates the MTU to the exit door **624**, also known as the number two, or left-side, distributor door, from which the MTU **160** can be removed by the left-side transport mechanism **502**. The left-side transport mechanism **502** removes the MTU **160** from the active temperature and pre-read cool-down incubator **602** and places it into an available magnetic separation wash station **800**.

Temperature ramping stations **700** can be a bottle neck in the processing of a number of MTUs through the chemistry deck **200**. It may be possible to use underutilized MTU stations **676** in one or more of the incubators in which temperature sensitivity is of less concern. For example, the active temperature binding process which occurs within the active temperature and pre-read cool-down incubator **602** at about 40° C. is not as temperature sensitive as the other incubators, and up to fifteen (15) of the incubator's thirty (30) MTU stations **676** may be unused at any given time. As presently contemplated, the chemistry deck has only about eight ramp-up stations, or heaters. Accordingly, significantly more MTUs can be preheated within the unused slots of the active temperature and pre-read cool-down incubator **602** than within the ramp-up stations **700**. Moreover, using unused incubator slots instead of heaters allows the omission of some or all of the heaters, thus freeing up space on the chemistry deck.

Magnetic Separation Wash Stations

Turning to FIGS. **24-25**, each magnetic separation wash station **800** includes a module housing **802** having an upper section **801** and a lower section **803**. Mounting flanges **805**, **806** extend from the lower section **803** for mounting the magnetic separation wash station **800** to the datum plate **82** by means of suitable mechanical fasteners. Locator pins **807** and **811** extend from the bottom of lower section **803** of housing **802**. Pins **807** and **811** register with apertures (not shown) formed in the datum plate **82** to help to locate the magnetic separation wash station **800** on the datum plate **82** before the housing **802** is secured by fasteners.

A loading slot **804** extends through the front wall of the lower section **803** to allow a transport mechanism (e.g. **502**) to place an MTU **160** into and remove an MTU **160** from the magnetic separation station **800**. A tapered slot extension **821** surrounds a portion of the loading slot **804** to facilitate MTU insertion through the slot **804**. A divider **808** separates the upper section **801** from the lower section **803**.

A pivoting magnet moving structure **810** is attached inside the lower section **803** so as to be pivotable about point **812**. The magnet moving structure **810** carries permanent magnets **814**, which are positioned on either side of an MTU slot **815** formed in the magnet moving structure **810**. Preferably five magnets, one corresponding to each individual receptacle vessel **162** of the MTU **160**, are held in an aligned arrangement on each side of the magnet moving structure **810**. The magnets are preferably made of neodymium-iron-boron (NdFeB), minimum grade n-35 and have preferred dimensions of 0.5 inch width, 0.3 inch height, and 0.3 inch depth. An electric actuator, generally represented at **816**, pivots the magnet moving structure **810** up and down, thereby moving the magnets **814**. As shown in FIG. **25**, actuator **816** preferably comprises a rotary stepper motor **819** which rotates a drive screw mechanism coupled to the magnet moving structure **810** to selectively raise and lower the magnet moving structure **810**. Motor **819** is preferably an HSI linear stepper actuator, model number 26841-05, available from Haydon Switch and Instrument, Inc. of Waterbury, Conn.

A sensor **818**, preferably an optical slotted sensor, is positioned inside the lower section **803** of the housing for indicating the down, or "home", position of the magnet moving structure **810**. Sensor **818** is preferably an Optek Technology, Inc., model number OPB980T11, available from Optek Technology, Inc. of Carrollton, Tex. Another sensor **817**, also preferably an Optek Technology, Inc., model number OPB980T11, optical slotted sensor, is preferably provided to indicate the up, or engaged, position of the magnet moving structure **810**.

An MTU carrier unit **820** is disposed adjacent the loading slot **804**, below the divider **808**, for operatively supporting an MTU **160** disposed within the magnetic separation wash station **800**. Turning to FIG. **26**, the MTU carrier unit **820** has a slot **822** for receiving the upper end of an MTU **160**. A lower fork plate **824** attaches to the bottom of the carrier unit **820** and supports the underside of the connecting rib structure **164** of the MTU **160** when slid into the carrier unit **820** (see FIGS. **27** and **28**). A spring clip **826** is attached to the carrier unit **820** with its opposed prongs **831**, **833** extending into the slot **822** to releasably hold the MTU within the carrier unit **820**.

An orbital mixer assembly **828** is coupled to the carrier unit **820** for orbitally mixing the contents of an MTU held by the

MTU carrier unit **820**. The orbital mixer assembly **828** includes a stepper motor **830** mounted on a motor mounting plate **832**, a drive pulley **834** having an eccentric pin **836**, an idler pulley **838** having an eccentric pin **840**, and a belt **835** connecting drive pulley **834** with idler pulley **838**. Stepper motor **830** is preferably a VEXTA, model number PK245-02A, available from Oriental Motors Ltd. of Tokyo, Japan, and belt **835** is preferably a timing belt, model number A 6G16-170012, available from SDP/SI of New Hyde Park, N.Y. As shown in FIGS. **25** and **26**, eccentric pin **836** fits within a slot **842** formed longitudinally in the MTU carrier unit **820**. Eccentric pin **840** fits within a circular aperture **844** formed in the opposite end of MTU carrier unit **820**. As the motor **830** turns the drive pulley **834**, idler pulley **838** also rotates via belt **835** and the MTU carrier unit **820** is moved in a horizontal orbital path by the eccentric pins **836**, **840** engaged with the apertures **842**, **844**, respectively, formed in the carrier unit **820**. The rotation shaft **839** of the idler pulley **838** preferably extends upwardly and has a transverse slot **841** formed therethrough. An optical slotted sensor **843** is disposed at the same level as the slot **841** and measures the frequency of the idler pulley **838** via the sensor beam intermittently directed through slot **841** as the shaft **839** rotates. Sensor **843** is preferably an Optek Technology, Inc., model number OPB980T11, sensor, available from Optek Technology, Inc. of Carrollton, Tex.

Drive pulley **834** also includes a locator plate **846**. Locator plate **846** passes through slotted optical sensors **847**, **848** mounted to a sensor mounting bracket **845** extending from motor mounting plate **832**. Sensors **847**, **848** are preferably Optek Technology, Inc., model number OPB980T11, sensors, available from Optek Technology, Inc. of Carrollton, Tex. Locator plate **846** has a plurality of circumferentially spaced axial openings formed therein which register with one or both sensors **847**, **848** to indicate a position of the orbital mixer assembly **828**, and thus a position of the MTU carrier unit **820**.

Returning to FIG. **24**, wash buffer solution delivery tubes **854** connect to fittings **856** and extend through a top surface of the module housing **802**. Wash buffer delivery tubes **854** extend through the divider **808** via fittings **856**, to form a wash buffer delivery network.

As shown in FIGS. **27** and **28**, wash buffer dispenser nozzles **858** extending from the fittings **856** are disposed within the divider **808**. Each nozzle is located above a respective receptacle vessel **162** of the MTU **160** at a laterally off-center position with respect to the receptacle vessel **162**. Each nozzle includes a laterally-directed lower portion **859** for directing the wash buffer into the respective receptacle vessel from the off-center position. Dispensing fluids into the receptacle vessels **162** in a direction having a lateral component can limit splashing as the fluid runs down the sides of the respective receptacle vessels **162**. In addition, the laterally directed fluid can rinse away materials clinging to the sides of the respective receptacle vessels **162**.

As shown in FIGS. **24** and **25**, aspirator tubes **860** extend through a tube holder **862**, to which the tubes **860** are fixedly secured, and extend through openings **861** in the divider **808**. A tube guide yoke **809** (see FIG. **26**) is attached by mechanical fasteners to the side of divider **808**, below openings **861**. Aspirator hoses **864** connected to the aspirator tubes **860** extend to the vacuum pump **1162** (see FIG. **52**) within the analyzer **50**, with aspirated fluid drawn off into a fluid waste container carried in the lower chassis **1100**. Each of the aspirator tubes **860** has a preferred length of 12 inches with an inside diameter of 0.041 inches.

The tube holder **862** is attached to a drive screw **866** actuated by a lift motor **868**. Lift motor **868** is preferably a VEXTA, model number PK245-02A, available from Oriental Motors Ltd. of Tokyo, Japan, and the drive screw **866** is preferably a ZBX series threaded anti-backlash lead screw, available from Kerk Motion Products, Inc. of Hollis, N.H. The tube holder **862** is attached to a threaded sleeve **863** of the drive screw **866**. Rod **865** and slide rail **867** function as a guide for the tube holder **862**. Z-axis sensors **829**, **827** (slotted optical sensors) cooperate with a tab extending from threaded sleeve **863** to indicate top and bottom of stroke positions of the aspirator tubes **860**. The Z-axis sensors are preferably Optek Technology, Inc., model number OPB980T11, sensors, available from Optek Technology, Inc. of Carrollton, Tex.

Cables bring power and control signals to the magnetic separation wash station **800**, via a connector **870**.

The magnet moving structure **810** is initially in a down position (shown in phantom in FIG. **25**), as verified by the sensor **818**, when the MTU **160** is inserted into the magnetic separation wash station **800** through the insert opening **804** and into the MTU carrier unit **820**. When the magnet moving structure **810** is in the down position, the magnetic fields of the magnets **814** will have no substantial effect on the magnetically responsive particles contained in the MTU **160**. In the present context, "no substantial effect" means that the magnetically responsive particles are not drawn out of suspension by the attraction of the magnetic fields of the magnets **814**. The orbital mixer assembly **828** moves the MTU carrier unit **820** a portion of a complete orbit so as to move the carrier unit **820** and MTU **160** laterally, so that each of the tiplets **170** carried by the tiplet holding structures **176** of the MTU **160** is aligned with each of the aspiration tubes **860**, as shown in FIG. **28**. The position of the MTU carrier unit **820** can be verified by the locator plate **846** and one of the sensors **847**, **848**. Alternatively, the stepper motor **830** can be moved a known number of steps to place the MTU carrier unit **820** in the desired position, and one of the sensors **847**, **848** can be omitted.

The tube holder **862** and aspirator tubes **860** are lowered by the lift motor **868** and drive screw **866** until each of the aspirator tubes **860** frictionally engages a tiplet **170** held in an associated carrying structure **176** on the MTU **160**.

As shown in FIG. **25A**, the lower end of each aspirator tube **860** is characterized by a tapering, step construction, whereby the tube **860** has a first portion **851** along most of the extent of the tube, a second portion **853** having a diameter smaller than that of the first portion **851**, and a third portion **855** having a diameter smaller than that of the second portion **853**. The diameter of the third portion **855** is such as to permit the end of the tube **860** to be inserted into the flared portion **181** of the through hole **180** of the tiplet **170** and to create an interference friction fit between the outer surface of third portion **855** and the two annular ridges **183** (see FIG. **59**) that line the inner wall of hole **180** of tiplet **170**. An annular shoulder **857** is defined at the transition between second portion **853** and third portion **855**. The shoulder **857** limits the extent to which the tube **860** can be inserted into the tiplet **170**, so that the tiplet can be stripped off after use, as will be described below.

The tiplets **170** are at least partially electrically conductive, so that the presence of a tiplet **170** on an aspirator tube **860** can be verified by the capacitance of a capacitor comprising the aspirator tubes **860** as one half of the capacitor and the surrounding hardware of the magnetic separation wash station **800** as the other half of the capacitor. The capacitance will change when the tiplets **170** are engaged with the ends of the aspirator tubes **860**.

In addition, five optical slotted sensors (not shown) can be strategically positioned above the divider **808** to verify the presence of a tiplet **170** on the end of each aspirator tube **860**. Preferred "tiplet-present" sensors are Optek Technology, Inc., model number OPB930W51, sensors, available from Optek Technology, Inc. of Carrollton, Tex. A tiplet **170** on the end of an aspirator tube **860** will break the beam of an associated sensor to verify presence of the tiplet **170**. If, following a tiplet pick-up move, tiplet engagement is not verified by the tiplet present sensors for all five aspirator tubes **860**, the MTU **160** must be aborted. The aborted MTU is retrieved from the magnetic separation wash station **800** and sent to the deactivation queue **750** and ultimately discarded.

After successful tiplet engagement, the orbital mixer assembly **828** moves the MTU carrier unit **820** back to a fluid transfer position shown in FIG. **27** as verified by the locator plate **846** and one or both of the sensors **847**, **848**.

The magnet moving structure **810** is then raised to the up position shown in FIG. **24** so that the magnets **814** are disposed adjacent opposite sides of the MTU **160**. With the contents of the MTU subjected to the magnetic fields of the magnets **814**, the magnetically responsive particles bound indirectly to the target nucleic acids will be drawn to the sides of the individual receptacle vessels **162** adjacent the magnets **814**. The remaining material within the receptacle vessels **162** should be substantially unaffected, thereby isolating the target nucleic acids. The magnet moving structure **810** will remain in the raised position for an appropriate dwell time, as defined by the assay protocol and controlled by the assay manager program, to cause the magnetic particles to adhere to the sides of the respective receptacle vessels **162**.

The aspirator tubes are then lowered into the receptacle vessels **162** of the MTU **160** to aspirate the fluid contents of the individual receptacle vessels **162**, while the magnetic particles remain in the receptacle vessels **162**, adhering to the sides thereof, adjacent the magnets **814**. The tiplets **170** at the ends of the aspirator tubes **860** ensure that the contents of each receptacle vessel **162** do not come into contact with the sides of the aspirator tubes **860** during the aspirating procedure. Because the tiplets **170** will be discarded before a subsequent MTU is processed in the magnetic separation wash station **800**, the chance of cross-contamination by the aspirator tubes **860** is minimized.

The electrically conductive tiplets **170** can be used in a known manner for capacitive fluid level sensing within the receptacle vessels **162** of the MTUs. The aspirator tubes **860** and the conductive tiplets **170** comprise one half of a capacitor, the surrounding conductive structure within the magnetic separation wash station comprises the second half of the capacitor, and the fluid medium between the two halves of the capacitor constitutes the dielectric. Capacitance changes due to a change in the nature of the dielectric can be detected.

The capacitive circuitry of the aspirator tubes **860** can be arranged so that all five aspirator tubes **860** operate as a single gang level-sensing mechanism. As a gang level-sensing mechanism, the circuitry will only determine if the fluid level in any of the receptacle vessels **162** is high, but cannot determine if the fluid level in one of the receptacle vessels is low. In other words, when any of the aspirator tubes **860** and its associated tiplet **170** contacts fluid material within a receptacle vessel, capacitance of the system changes due to the change in the dielectric. If the Z-position of the aspirator tubes **860** at which the capacitance change occurs is too high, then a high fluid level in at least one receptacle vessel is indicated, thus implying an aspiration failure. On the other hand, if the Z-position of the aspirator tubes at which the capacitance change occurs is correct, the circuitry cannot differentiate between aspirator tubes, and, therefore, if one or more of the other tubes has not yet contacted the top of the fluid, due to a low fluid level, the low fluid level will go undetected.

Alternatively, the aspirator tube capacitive circuitry can be arranged so that each of the five aspirator tubes **860** operates as an individual level sensing mechanism.

With five individual level sensing mechanisms, the capacitive level sensing circuitry can detect failed fluid aspiration in one or more of the receptacle vessels **162** if the fluid level in one or more of the receptacle vessels is high. Individual capacitive level sensing circuitry can detect failed fluid dispensing into one or more of the receptacle vessels **162** if the fluid level in one or more of the receptacle vessels is low. Furthermore, the capacitive level sensing circuitry can be used for volume verification to determine if the volume in each receptacle vessel **162** is within a prescribed range. Volume verification can be performed by stopping the descent of the aspirator tubes **860** at a position above expected fluid levels, e.g. 110% of expected fluid levels, to make sure none of the receptacle vessels has a level that high, and then stopping the descent of the aspirator tubes **860** at a position below the expected fluid levels, e.g. 90% of expected fluid levels, to make sure that each of the receptacle vessels has a fluid level at least that high.

Following aspiration, the aspirator tubes **860** are raised, the magnet moving structure **810** is lowered, and a prescribed volume of wash buffer is dispensed into each receptacle vessel **162** of the MTU **160** through the wash buffer dispenser nozzles **858**. To prevent hanging drops of wash buffer on the wash buffer dispenser nozzles **858**, a brief, post-dispensing air aspiration is preferred.

The orbital mixer assembly **828** then moves the MTU carriers **820** in a horizontal orbital path at high frequency to mix the contents of the MTU **160**. Mixing by moving, or agitating, the MTU in a horizontal plane is preferred so as to avoid splashing the fluid contents of the MTU and to avoid the creation of aerosols. Following mixing, the orbital mixer assembly **828** stops the MTU carrier unit **820** at the fluid transfer position.

To further purify the targeted nucleic acids, the magnet moving structure **810** is again raised and maintained in the raised position for a prescribed dwell period. After magnetic dwell, the aspirator tubes **860** with the engaged tiplets **170** are lowered to the bottoms of the receptacle vessels **162** of the MTU **160** to aspirate the test specimen fluid and wash buffer in an aspiration procedure essentially the same as that described above.

One or more additional wash cycles, each comprising a dispense, mix, magnetic dwell, and aspirate sequence, may be performed as defined by the assay protocol. Those skilled in the art of nucleic acid-based diagnostic testing will be able to determine the appropriate magnetic dwell times, number of wash cycles, wash buffers, etc. for a desired target capture procedure.

While the number of magnetic separation wash stations **800** can vary, depending on the desired throughput, analyzer **50** preferably includes five magnetic separation wash stations **800**, so that a magnetic separation wash procedure can be performed on five different MTUs in parallel.

After the final wash step, the magnet moving structure **810** is moved to the down position and the MTU **160** is removed from the magnetic separation wash station **800** by the left-side transport mechanism **502** and is then placed into the left orbital mixer **552**.

After the MTU 160 is removed from the wash station, the tiplets 170 are stripped from the aspiration tubes 860 by a stripper plate 872 located at the bottom of the lower section 803 of the housing 802.

The stripper plate 872 has a number of aligned stripping holes 871 corresponding in number to the number of aspiration tubes 860, which is five in the preferred embodiment. As shown in FIGS. 29A to 29D, each stripping hole 871 includes a first portion 873, a second portion 875 smaller than first portion 873, and a bevel 877 surrounding portions 873 and 875. The stripper plate 872 is oriented in the bottom of the housing 802 so that the small portion 875 of each stripping hole 871 is generally aligned with each associated aspiration tube 860, as shown in FIG. 29A. The aspiration tubes 860 are lowered so that the tiplet 170 at the end of each aspirator tube 860 engages the stripping hole 871. Small portion 875 is too small to accommodate the diameter of a tiplet 170, so the bevel 877 directs the tiplet 170 and the aspirator tube 860 toward the larger portion 873, as shown in FIG. 29B. The aspirator tubes 860 are made of an elastically flexible material, preferably stainless steel, so that, as the aspirator tubes 860 continue to descend, the beveled portion 877 causes each of aspirator tubes 860 to deflect laterally. The small portion 875 of the stripping hole 871 can accommodate the diameter of the aspirator tube 860, so that after the rim 177 of the tiplet 170 clears the bottom of stripping hole 871, each of the aspirator tubes 860 snaps, due to its own resilience, into the small portion 875 of the stripping hole 871 as shown in FIG. 29C. The aspirator tubes 860 are then raised, and the rim 177 of each tiplet 170 engages the bottom peripheral edge of the small portion 875 of stripping hole 871. As the aspirator tubes 860 ascend further, the tiplets 170 are pulled off the aspirator tubes 860 by the stripping holes 871 (see FIG. 29D). The stripped tiplets 170 are directed by a chute into a solid waste container, such as the tiplet waste bin 1134.

The capacitance of the aspiration tubes 860 is sampled to verify that all tiplets 170 have been stripped and discarded. The stripping step can be repeated if necessary.

An alternate stripper plate 882 is shown in FIGS. 31A to 31C. Stripper plate 882 includes a number of stripping holes 881 corresponding to the number of aspirator tubes 860, which is five in the preferred embodiment. Each stripping hole 881 includes a through-hole 883 surrounded by a bevelled countersink 887. A pair of tangs 885 extend laterally from diametrically opposed positions below the through-hole 883. Tangs 885 are preferably made from a spring steel and include a v-notch 886 at their ends.

As an aspirator tube 860 with a tiplet 170 disposed on its end is lowered toward stripping hole 881, bevelled portion 887 ensures that any misaligned tubes are directed into the through-hole 883. The spacing between the ends of the opposed tangs 885 is less than the diameter of the tiplet 170, so as the aspirator tube 860 and tiplet 170 are lowered, the tiplet engages the tangs 885, causing them to deflect downwardly as the tiplet 170 is forced between tangs 885. When the aspirator tubes 860 are raised, the notches 886 of the tangs 885 grip the relatively soft material of the tiplet 170, thus preventing upward relative movement of the tiplet 170 with respect to the tangs 885. As the tubes continue to ascend, the tangs 885 pull the tiplet 170 off the tube 860. When the aspirator tubes 860 are subsequently lowered to strip a subsequent set of tiplets, the tiplet held between the tangs from the previous stripping is pushed through the tangs by the next tiplet and is directed toward waste bin 1134 (see FIG. 52) located in the lower chassis 1100 generally below the five magnetic separation wash stations 800.

Still another alternate, and the presently preferred, stripper plate 1400 is shown in FIGS. 30A-30D. Stripper plate 1400 includes five stripper cavities 1402, each including an initial frusto-conical portion 1404. The frusto-conical portion 1404 tapers down to a neck portion 1406 which connects to an enlarged straight section 1408. Straight section 1408 is offset with respect to the center of neck portion 1406, so that one side of the straight section 1408 is flush with a side of the neck portion 1406, and an opposite side of the straight section 1408 is offset from and undercuts the side of the neck portion 1406, thereby forming a ledge 1414. Following the straight section 1408, a sloped portion 1410 is provided on a side of the stripper cavity 1402 opposite the ledge 1414. Sloped portion 1410 tapers inwardly toward a bottom opening 1412.

As an aspirator tube 860 with a tiplet 170 on its end is moved toward the stripper cavity 1402, the frusto-conical portion 1404 directs the tiplet 170 and tube 860 toward the neck portion 1406. The aspirator tube 860 continues to descend, and the tiplet 170 enters the straight section 1408 as the rim 177 of the tiplet 170 clears the bottom of the frusto-conical portion 1404 and passes through the neck portion 1406.

If the aspirator tube 860 and the stripper cavity 1402 are in proper, preferred alignment, a portion of the rim 177 of the tiplet 170 will be disposed below the ledge 1414 of the stripper cavity 1402 when the tiplet 170 has moved through the neck portion 1406 and into the straight section 1408. To ensure that a portion of the rim 177 will be disposed beneath the ledge 1414, the tiplet 170 engages the lower sloped portion 1410 as the aspirator tube 860 descends further to urge the aspirator tube laterally to direct the tiplet 170 below the ledge 1414.

The annular shoulder 857 (see FIG. 25A) formed at the bottom of the aspirator tube 860 ensures that the tube 860 is not forced further into the through hole 180 of the tiplet 170 as the tube 860 is lowered into the stripper cavity 1402. The aspirator tube 860 then ascends, and the ledge 1414 catches the rim 177 and strips the tiplet 170 off the tube 860. The stripped tiplet 170 falls through bottom opening 1412 and into the waist bin 1134 in the lower chassis 1100 (see FIG. 52).

With each of the stripper plates described above, the position of the tiplet-stripping elements are not all the same. For example, the ledges 1414 of the stripper cavities 1402 of the stripper plate 1400 are not at the same height throughout all the cavities. Preferably, three tiplet-stripping elements are at one height, and two tiplet-stripping elements are at a slightly different height above or below the other three elements. The result of the offset tiplet-stripping elements is that the static friction of the tiplet 170 on the end of the aspirator tube 860 need not be overcome, or broken, for all five tubes 860 at once. As the aspirator tubes 860 begin to ascend, static friction of the tiplets 170 is broken for one set (two or three) of aspirator tubes 860 first, and then, as the tubes 860 continue to ascend, static friction of the tiplets 170 is broken for the remaining tubes 860. By not breaking static friction of the tiplets 170 for all five aspirator tubes 860 at once, the loads to which the tube holder 862, drive screw 866, threaded sleeve 863, and lift motor 868 are subjected are kept to a lower level.

Orbital Mixers

The left orbital mixer 552 (and the right orbital mixer 550), as shown in FIGS. 32-34, are constructed and operate in the same manner as the lower housing section 803 and the orbital mixer assembly 828 of the magnetic separation wash stations 800 described above. Specifically, the orbital mixer 550 (552) includes a housing 554, including a front plate 551, a back

plate 559, and mounting flanges 555, 556, for mounting the orbital mixer 550 (552) to the datum plate 82. An insert opening 557 is formed in a front edge of the housing 554. An MTU carrier 558 has a fork plate 560 attached to the bottom thereof and an MTU-retaining clip 562 attached to a back portion of the carrier 558 with opposed prongs of the clip 562 extending into an inner cavity of the carrier 558 that accommodates the MTU. An orbital mixer assembly 564 includes a drive motor 566 mounted to a motor mounting plate 567, a drive wheel 568 having an eccentric pin 570, an idler wheel 572 having an eccentric pin 573, and a belt 574. Drive motor 566 is preferably a stepper motor, and most preferably a VEXTA, model number PK245-02A, available from Oriental Motors Ltd. of Tokyo, Japan. Belt 574 is preferably a timing belt, model number A 6G16-170012, available from SDP/SI of New Hyde Park, N.Y. The orbital mixer assembly 564 is coupled to the MTU carrier 558 through the eccentric pins 570, 573 to move the MTU carrier 558 in an orbital path to agitate the contents of the MTU. The drive wheel 568 includes a locator plate 576, which, in conjunction with sensor 578 attached to sensor mounting bracket 579, verifies the proper positioning of the MTU carrier 558 for inserting an MTU 160 into the orbital mixer 552 (550) and retrieving an MTU 160 from the orbital mixer. Sensor 578 is preferably an Optek Technology, Inc., model number OPB980T11, sensor, available from Optek Technology, Inc. of Carrollton, Tex.

A top plate 580 is attached atop housing 554. Top plate 580 of the left orbital mixer 552 includes a number of tube fittings 582, preferably five, to which are coupled a like number of flexible delivery tubes (not shown) for delivering a fluid from a bulk fluid container to an MTU 160 located within the mixer via dispenser nozzles 583. Top plate 580 also includes a plurality of pipette openings 581, corresponding in number to the number of individual receptacle vessels 162 comprising a single MTU 160, which is preferably five.

With the MTU 160 held stationary in the left orbital mixer 552, pipette unit 480 of the left pipette assembly 470 transfers a prescribed volume of amplification reagent from a container within the reagent cooling bay 900 into each receptacle vessel 162 of the MTU 160 through the pipette openings 581. The amplification reagent used will depend upon the amplification procedure being followed. Various amplification procedures are well known to those skilled in the art of nucleic acid-based diagnostic testing, a number of which are discussed in the background section above.

Next, the contents of the MTU are mixed by the orbital mixer assembly 564 of the orbital mixer 552 to ensure proper exposure of the target nucleic acid to amplification reagent. For a desired amplification procedure, those skilled in the art of nucleic acid-based diagnostic testing will be able to determine the appropriate components and amounts of an amplification reagent, as well as mix frequencies and durations.

After pipetting amplification reagent into the MTU 160, the pipette unit 480 is moved to a rinse basin (described below) on the processing deck 200, and pipette unit 480 is washed by running distilled water through probe 481. The distilled water is pumped from bottle 1140 in the lower chassis 1100, and the purge water is collected in a liquid waste container 1128 in the lower chassis 1100.

After mixing the contents of the MTU 160, a layer of silicone oil is dispensed into each receptacle vessel through the dispenser nozzles 583. The layer of oil , pumped from bottles 1168 in the lower chassis 1100, helps prevent evaporation and splashing of the fluid contents of the MTU 160 during subsequent manipulation and incubation of the MTU 160 and its contents.

Reagent Cooling Bay

The reagent cooling bay 900 will now be described.

Referring to FIGS. 35-39, the reagent cooling bay 900 includes an insulating jacket 902 fitted around a cylindrical housing 904, preferably made from aluminum. A cover 906, preferably made of Delrin, sits atop housing 904 with a registration tab 905 of cover 906 fitting within slot 907 in housing 904 to ensure proper orientation of the cover 906 An optical sensor may be provided proximate to or within slot 907 for verifying that tab 905 is seated within slot 907. Alternatively, an optical sensor assembly 909 can be secured to an edge of an upper rim of the housing 904 for verifying cover placement. The optical sensor assembly 909 cooperates with a sensor-tripping structure (not shown) on the cover 906 to verify that the cover is in place. Optical sensor assembly 909 preferably includes an Optek Technology, Inc. slotted optical sensor, model number OPB980T11, available from Optek Technology, Inc. of Carrollton, Tex. The cover 906 also includes pipette openings 908 through which pipette units 480, 482 can access reagent containers within the cooling bay 900.

The housing 904 is attached to a floor plate 910, and the floor plate 910 is attached to the datum plate 82 by means of suitable mechanical fasteners extending through openings formed in mounting flanges 911 spaced about the periphery of the floor plate 910. Cooling units 912, preferably two, are attached to floor plate 910. Each cooling unit 912 comprises a thermoelectric module 914 attached cool-side-up to the bottom surface of floor plate 910. Thermoelectric modules available from Melcor, Inc. of Trenton, N.J., model number CP1.4-127-06L, provide the desired cooling capacity. A heat sink 916, including a plurality of heat-dissipating fins 915, is attached to, or may be integral with, the bottom surface of floor plate 910, directly below the thermoelectric module 914. A fan unit 918 is attached in a position to drain heat away from heat sink 916. Fan units 918 are preferably Orix fans, model number MD825B-24, available from Oriental Motors Ltd. of Tokyo, Japan. Together, the cooling units 912 cool the interior of the housing 904 to a prescribed temperature for the benefit of temperature-sensitive reagents (e.g., enzymes) stored within the bay 900.

Two temperature sensors (only one temperature sensor 920 is shown) are disposed within the cooling bay 900 housing 904 for monitoring and controlling the interior temperature thereof. The temperature sensors are preferably thermistors (10 KOhm at 25° C.), and YSI 44036 series thermistors available from YSI, Inc. of Yellow Springs, Ohio are most preferred. YSI thermistors are preferred because of their high accuracy and the ±0.1° C. interchangeability provided by YSI thermistors from one thermistor to another. One of the sensors is a primary temperature control sensor, and the other is a temperature monitoring sensor. On the basis of the temperature indications from the primary control sensor, the embedded controller adjusts power to the thermoelectric modules 914 and/or power to the fan units 918 to control cooling bay temperature. The temperature monitoring sensor provides a verification check of the primary temperature control sensor.

As shown in FIG. 38, container tray 922 is a one-piece turntable structure with bottle-holding cavities 924 sized and shaped to receive and hold specific reagent bottles 925. A drive system for container tray 922 includes a motor 926, a small pulley 931 on the shaft of motor 926, a belt 928, a pulley 930, and a shaft 932. (a VEXTA stepper motor, model number PK265-02A, available from Oriental Motor Co., Ltd. of Tokyo, Japan, and an SDP timing belt, GT® Series, available from SDP/SI of New Hyde Park, N.Y., are preferred). Motor

926 and cooling units 912 extend through openings (not shown) formed in the datum plate 82 and extend below the floor plate 910.

Container tray 922 may include a central, upstanding handle 923 to facilitate installation of the tray 922 into and removal of the tray 922 from the housing 904. A top portion 933 of shaft 932 extends through floor plate 910 and is received by a mating aperture (not shown) formed in the bottom of the tray 922. A sensor 940 extending up through the floor plate 910 and into the housing 904 verifies that tray 922 is in place within the housing 904. Sensor 940 is preferably a capacitive proximity sensor available from Advanced Controls, Inc., of Bradenton, Fla., model number FCP2.

A position encoder 934 (preferably a slotted disk) in conjunction with an optical sensor 935 may be used to detect the position of the container tray 922, so that a specific reagent bottle 925 may be aligned under the pipette openings 908 in the cover 906.

As shown in FIG. 37, a preferred alternative to the position encoder 934 and optical sensor 935 includes four slotted optical sensors 937 (only two sensors are visible in FIG. 36) provided inside the housing 904 along with a flag pin (not shown) extending from the bottom of container tray 922. One sensor is provided for each quadrant of the container tray 922, and the flag trips one of the four sensors to indicate which quadrant of the container tray 922 is aligned with the pipette openings 908. Sensors 937 are preferably Optek Technology, Inc. sensors, model number OPB980T11, available from Optek Technology, Inc. of Carrollton, Tex.

A preferred alternative to the one-piece container tray 922 shown in FIG. 38 is a modular tray 1922 shown in FIGS. 35 and 39. Tray 1922 includes a circular base plate 1926 and an upstanding handle post 1923 attached to a central portion thereof. Modular pieces 1930 having bottle-holding cavities 1924 are preferably connected to one another and to the base plate 1926 by pins 1928 and screws (not shown) to form the circular tray 1922. Other means of securing the modular pieces 1930 may be employed in the alternative to pins 1928 and screws. The modular pieces 1930 shown in the figures are quadrants of a circle, and thus, of course, four such pieces 1930 would be required to complete the tray 1922. Although quadrants are preferred, the modular pieces may however be sectors of various sizes, such as, for example, ½ of a circle or ⅛ of a circle.

Alphanumeric bottle location labels 1940 are preferably provided on the base plate 1926 to identify positions within the tray 1922 for reagent containers. The preferred label scheme includes an encircled letter-number pair comprising a leading letter A, E, P, or S with a trailing number 1, 2, 3, or 4. The letters A, E, P, and S, designate amplification reagent, enzyme reagent, probe reagent, and select reagent, respectively, corresponding to the preferred mode of use of the analyzer 50, and the numbers 1-4 designate a quadrant of the tray 1922. Each modular piece 1930 includes a circular hole 1934 at the bottom of each bottle-holding cavity 1924. The holes 1934 align with the bottle location labels 1940, so that the labels 1940 can be seen when the modular pieces 1930 are in place on the base plate 1926.

The modular pieces 1930 of the container tray 1922 are configured to accommodate reagent containers of different sizes corresponding to reagent quantities sufficient for performing two hundred fifty (250) assays or reagent quantities sufficient for performing five hundred (500) assays. Four 250-assay modular quadrants permit the reagent cooling bay to be stocked for 1000 assays, and four 500-assay modular quadrants permit the reagent cooling bay to be stocked for 2000 assays. Modular quadrants for 250 or 500 assay reagent kits can be mixed and matched to configure the container tray for accommodating various numbers of a single assay type or various numbers of multiple different assay types.

An insulation pad 938 is disposed between the container tray 922 and the floor plate 910. Power, control, temperature, and position signals are provided to and from the reagent cooling bay 900 by a connector 936 and a cable (not shown) linked to the embedded controller of the analyzer 50.

A bar code scanner 941 is mounted to an upstanding scanner mounting plate 939 attached to floor plate 910 in front of an opening 942 formed in a side-wall of the cooling bay 900. The bar code scanner 941 is able to scan bar code information from each of the reagent containers carried on the container tray 922. As shown in FIG. 39, longitudinal slots 1932 are formed along the bottle-holding cavities 1924, and bar code information disposed on the sides of the reagent container held in the bottle-holding cavities 1924 can be align with the slots 1932 to permit the bar code scanner 941 to scan the bar code information. A preferred bar code scanner is available from Microscan of Newbury Park, Calif. under model number FTS-0710-0001.

Pipette rinse basins 1942, 1944 are attached to the side of the housing 904. Each rinse basin 1942, 1944 provides an enclosure structure with a probe-receiving opening 1941, 1945, respectively, formed in a top panel thereof and a waste drain tube 1946, 1948, respectively, connected to a bottom portion thereof. A probe of a pipette unit can be inserted into the rinse basin 1942, 1944 through the probe-receiving opening 1941, 1945, and a wash and/or rinse fluid can be passed through the probe and into the basin. Fluid in the rinse basin 1942, 1944 is conducted by the respective waste drain tube 1946, 1948 to the appropriate waste fluid container in the lower chassis 1100. In the preferred arrangement and mode of operation of the analyzer 50, probe 481 of pipette unit 480 is rinsed in rinse basin 1942, and probe 483 of pipette unit 482 is rinsed in rinse basin 1944.

After the amplification reagent and oil are added to the receptacle vessels 162 of MTU 160 in the left orbital mixer 552, the left-side transport mechanism 502 retrieves the MTU 160 from the left orbital mixer 552 and moves the MTU 160 to an available temperature ramp-up station 700 that is accessible to the left-side transport mechanism 502, i.e. on the left side of the chemistry deck 200, to increase the temperature of the MTU 160 and its contents to about 60° C.

After sufficient ramp-up time in the ramp-up station 700, the left-side transport mechanism 502 then moves the MTU 160 to the target capture and annealing incubator 600. The left-side distributor door 624 of the target capture and annealing incubator 600 opens, and the MTU carousel assembly 671 within the incubator 600 presents an empty MTU station 676 to permit the left-side transport mechanism to insert the MTU into the incubator 600. The MTU 160 and its contents are then incubated at about 60° C. for a prescribed incubation period. During incubation, the MTU carousel assembly 671 may continually rotate within the incubator 600 as other MTUs 600 are removed from and inserted into the incubator 600.

Incubating at 60° C. in the annealing incubator 600 permits dissociation of the capture probe/target nucleic acid hybridization complex from the immobilized polynucleotide present in the assay solution. At this temperature, oligonucleotide primers introduced from the reagent cooling bay 900 can hybridize to the target nucleic acid and subsequently facilitate amplification of the target nucleotide base sequence.

Following incubation, the MTU carousel assembly 671 within incubator 600 rotates the MTU 160 to the left-side distributor door 624, the left side distributor door 624 opens, and the left-side transport mechanism 502 retrieves the MTU

160 from the MTU carousel assembly 671 of the target capture and annealing incubator 600. The left-side transport mechanism 502 then moves the MTU 160 to, and inserts the MTU 160 into, an available temperature ramp-down station 700 that is accessible to the left-side transport mechanism 502. The temperature of the MTU 160 and its contents is decreased to about 40° C. in the ramp-down station. The MTU 160 is then retrieved from the ramp-down station by the left-side transport mechanism 502 and is moved to the active temperature and pre-read cool-down incubator 602. The left-side distributor door 624 of the AT incubator 602 opens, and the MTU carousel assembly 671 within incubator 602 presents an empty MTU station 676, so that the left-side transport mechanism 502 can insert the MTU into the incubator 602. Within the active temperature and pre-read cool-down incubator 602, the MTU is incubated at about 41° C. for a period of time necessary to stabilize the temperature of the MTU.

From the active temperature and pre-read cool-down incubator 602, the MTU is moved by transport mechanism 502 to the amplification incubator 604 in which the temperature of the MTU is stabilized at 41.5° C. The MTU carousel assembly 671 within the amplification incubator 604 rotates to place the MTU at the pipetting station below the pipette openings 662 formed in the cover 611 (see, e.g., FIG. 19). The container tray 922 within the reagent cooling bay 900 rotates to place the enzyme reagent container below a pipette opening 908, and pipette unit 482 of pipette assembly 470 transfers enzyme reagent from the reagent cooling bay 900 to each of the receptacle vessels 162 of the MTU 160.

As explained above, pipette units 480, 482 use capacitive level sensing to ascertain fluid level within a container and submerge only a small portion of the end of the probe 481, 483 of the pipette unit 480, 482 to pipette fluid from the container. Pipette units 480, 482 preferably descend as fluid is drawn into the respective probe 481, 483 to keep the end of the probe submerged to a constant depth. After pipetting reagent into the pipette unit 480 or 482, the pipette unit creates a minimum travel air gap of 10 μl in the end of the respective probe 481 or 483 to ensure no drips fall from the end of the probe.

After enzyme reagent is added to each receptacle vessel 162, the MTU carousel assembly 671 of amplification incubator 604 rotates MTU 160 to the skewed disk linear mixer 634 within amplification incubator 604 and the MTU 160 and its contents are mixed as described above at about 10 Hz to facilitate exposure of the target nucleic acid to the added enzyme reagent. The pipette unit 482 is moved to rinse basin 1942, and the probe 483 is rinsed by passing distilled water through it.

The MTU 160 is then incubated within amplification incubator 604 at about 41.5° C. for a prescribed incubation period. The incubation period should be sufficiently long to permit adequate amplification of at least one target nucleotide base sequence contained in one or more target nucleic acids which may be present in the receptacle tubes 162. Although the preferred embodiment is designed to facilitate amplification using a transcription-mediated amplification (TMA) procedure, which is discussed in the background section supra, practitioners will easily appreciate those modifications necessary to perform other amplification procedures using the analyzer 50. In addition, an internal control sequence is preferably added at the beginning of the assay to provide confirmation that the amplification conditions and reagents were appropriate for amplification. Internal controls are well known in the art and require no further discussion here.

Following amplification incubation, the MTU 160 is moved by the left-side transport mechanism 502 from the amplification incubator 604 to an available ramp-up station 700 that is accessible to the left-side transport mechanism 502 to bring the temperature of the MTU 160 and its contents to about 60° C. The MTU 160 is then moved by the left-side transport mechanism 502 into the hybridization incubator 606. The MTU 160 is rotated to a pipetting station in the hybridization incubator 606, and a probe reagent from the reagent cooling bay 900 is pipetted into each receptacle vessel, through openings 662 in the cover 611 of the hybridization incubator 606, by the pipette unit 480. The probe reagent includes chemiluminescent detection probes, and preferably acridinium ester (AE)-labeled probes which can be detected using a hybridization protection assay (HPA). Acridinium ester-labeled probes and the HPA assay are well known in the art and are described more fully in the background section supra. While AE-labeled probes and the HPA assay are preferred, the analyzer 50 can be conveniently adapted to accommodate a variety of detection methods and associated probes, both labeled and unlabeled. Confirmation that detection probe has been added to the receptacle vessels 162 can be accomplished using an internal control that is able (or its amplicon is able) to hybridize to a probe in the probe reagent, other than the detection probe, under the HPA assay conditions extant in the receptacle vessels 162 in the hybridization incubator 606. The label of this probe must be distinguishable from the label of the detection probe.

After dispensing probe reagent into each of the receptacle vessels 162 of the MTU 160, the pipette unit 480 moves to the pipette rinse basin 1944, and the probe 481 of the pipette unit is rinsed with distilled water.

The MTU carousel assembly 671 rotates the MTU 160 to the skewed disk linear mixer 634 where the MTU 160 and its contents are mixed, as described above, at about 14 Hz to facilitate exposure of the target amplicon to the added detection probes. The MTU 160 is then incubated for a period of time sufficient to permit hybridization of the detection probes to the target amplicon.

After hybridization incubation, the MTU 160 is again rotated within incubator 606 by the MTU carousel assembly 671 to the pipetting position below the pipette openings 662. A selection reagent stored in a container in the reagent cooling bay 900 is pipetted into each receptacle vessel 162 by the pipette unit 480. A selection reagent is used with the HPA assay and includes an alkaline reagent that specifically hydrolyzes acridinium ester label which is associated with unhybridized probe, destroying or inhibiting its ability to chemiluminesce, while acridinium ester label associated with probe hybridized to target amplicon (or amplicon of the internal standard) is not hydrolyzed and can chemiluminesce in a detectable manner under appropriate detection conditions.

Following addition of the selection reagent to each of the receptacle vessels 162 of the MTU 160, the pipette probe 481 of the pipette unit 480 is rinsed with distilled water at the pipette rinse basin 1944. The MTU 160 is rotated by the MTU carousel assembly 671 within the incubator 606 to the skewed disk linear mixer 634 and mixed, as described above, at about 13 Hz to facilitate exposure of the target amplicon to the added selection reagent. The MTU is then incubated in the incubator 606 for a period of time sufficient to complete the selection process.

After selection incubation is complete, the left-side transport mechanism 502 transfers the MTU 160 into an available ramp-down station 700 that is accessible to the left-side transport mechanism 502 to cool the MTU 160. After the MTU 160 is cooled, it is retrieved from the ramp-down station by

the left-side transport mechanism **502** and is moved by the transport mechanism **502** into the active temperature and pre-read cool-down incubator **602** to stabilize the temperature of the MTU **160** at about 40° C.

When a period sufficient to stabilize the temperature of the MTU **160** has passed, the MTU carousel assembly **671** within active temperature and pre-read cool-down incubator **602** rotates to present the MTU **160** at the right-side distributor door of the incubator **602**. The right-side distributor door **622** is opened and the MTU **160** is removed from active temperature and pre-read cool-down incubator **602** by right-side transport mechanism **500**.

The right-side transport mechanism **500** moves the MTU to a bar code scanner (not shown) which scans MTU bar code information posted on the label-receiving surface **175** of the label-receiving structure **174** of the MTU **160**. The bar code scanner is preferably attached to an outer wall of the housing of the luminometer **950**. A preferred bar code scanner is available from Opticon, Inc., of Orangeburg, N.Y., as part number LHA1127RR1S-032. The scanner verifies the total time of assay prior to entering the luminometer **950** by confirming the correct MTU at the correct assay time. From the bar code reader, the right-side transport mechanism **500** moves the MTU **160** to the luminometer **950**.

In a preferred mode of operation, before the right-side transport mechanism **500** moves the MTU **160** into the luminometer **950**, the MTU **160** is placed by the right-side transport mechanism **500** into an available MTU ramp-down station, or chiller, to decrease the temperature of the MTU **160** to 24±3° C. It has been determined that the MTU contents exhibit a more consistent chemiluminescent "light-off" at this cooler temperature.

Luminometer

Referring to FIGS. **40-42C**, a first embodiment of the luminometer **950** includes an electronics unit (not shown) within a housing **954**. A photomultiplier tube (PMT) **956** linked to the electronics unit extends from within the housing **954** through a PMT plate **955**, with the front end of the PMT **956** aligned with an aperture **953**. A preferred PMT is available from Hamamatsu Corp. of Bridgewater, N.J. as model number HC 135. Signal measurements using the preferred PMT are based on the well known photon counter system.

The aperture **953** is centered in an aperture box **958** in front of the PMT plate **955**. The aperture **953** and aperture box **958** are entirely enclosed by a housing, defined by a floor plate **964**, a top plate **966**, the PMT plate **955**, and a back frame **965** and back plate **967**, which prevents stray light from entering the aperture **953** and which is attached to the datum plate **82**. An MTU transport path extends through the housing in front of the aperture **953**, generally transversely to an optical axis of the aperture. MTUs **160** pass through the luminometer **950** via the MTU transport path. A back rail **991** and a front rail **995** are disposed on opposite sides of the MTU transport path and provide parallel horizontal flanges which support the connecting rib structure **164** of an MTU **160** disposed within the luminometer **950**. Revolving doors **960** are supported for rotation within associated door housings **961** disposed on opposite ends of the MTU transport path and are turned by door motors **962**, which may comprise stepper motors or DC gear motors.

The door housings **961** provide openings through which MTUs **160** can enter and exit the luminometer **950**. An MTU **160** enters the luminometer **950** by means of the right-side transport mechanism **500** inserting the MTU **160** through one of the door housings **961**. The MTU **160** exits the luminometer under the influence of an MTU transport assembly, various embodiments of which are described below, which moves MTUs through the MTU transport path and eventually out of the luminometer through the other door housing **961**.

Revolving doors **960** are generally cylindrical and include a cut-out portion **963**. Each revolving door **960** can be rotated between an open position, in which the cut-out portion **963** is generally aligned with the opening of the associated door housing **961**, so that an MTU **160** can pass through the opening, and a closed position, in which a side of the revolving door opposite the cut-out portion **963** extends across the opening of the associated door housing **961** so that neither an MTU **160** nor light can pass through the opening. Except when an MTU **160** is entering or exiting the luminometer **950**, the revolving doors **960** are preferably in their respective closed positions to prevent stray light from entering the luminometer. Because test results are ascertained by the amount of light detected by the PMT **956**, stray light from sources other than the receptacle **160** being sampled can cause erroneous results.

As shown in FIGS. **40-42C**, the MTU transport assembly may include an MTU advance motor **972** which drives a lead screw **974** through a timing belt (not shown) or bevel gears (not shown). A screw follower **976** engaged to the lead screw **974** is coupled to an MTU bracket **977** extending away from lead screw **974** to engage the MTU **160**. The MTU bracket **977** has a guide flange **978** with an elongated, slightly arcuate guide hole **979** formed therein. A guide rod **980** extends through the luminometer **950** adjacent and parallel to the lead screw **974**. Guide rod **980** extends through guide hole **979**.

To advance the MTU bracket **977** (from bottom to top in FIG. **42C**), the lead screw **974** turns counter-clockwise, as viewed in FIG. **42B**. Due to system friction, the screw follower **976** and the MTU bracket **977** will also turn counter-clockwise with the lead screw **974** until the guide rod **980** contacts the left-side of the guide hole **979**. When guide rod **980** contacts the side of guide hole **979**, MTU bracket **977** and screw follower **976** can no longer rotate with lead screw **974**, and further rotation of the lead screw **974** will cause the MTU bracket **977** and screw follower **976** to advance along the lead screw **974**. Arms **981** extending from the MTU bracket **977** will also rotate counter-clockwise over a limited arc to engage the MTU **160** and advance it through the luminometer **950**, as the lead screw **974** rotates.

After the MTU **160** has passed the PMT **956**, that MTU is ejected from the luminometer **950** and the next MTU can be pulled through the luminometer **950**. The MTU bracket **977** moves toward the MTU entrance end of the MTU transport path by clockwise rotation of the lead screw **974**. System friction will cause the screw follower **976** and MTU bracket **977** to rotate clockwise until the guide rod **980** contacts the right-side of guide opening **979**, after which, continued rotation of the lead screw **974** will cause the screw follower **976** and the MTU bracket **977** to retreat along the lead screw **974**. This clockwise movement of the MTU bracket **977** will cause the arms **981** to rotate clockwise over a limited arc to disengage from the MTU, so the MTU bracket **977** can retreat without contacting the MTU. That is, the arms **981** will pass over the top of the MTU as the MTU bracket **977** retreats

As shown in FIG. **41**, a blinder **982**, driven by a blinder actuator **993**, moves vertically up and down, in alignment with the aperture **953**. Blinder **982** includes a front panel **983** which is mounted for sliding movement with respect to the aperture box **958** and which includes a generally rectangular opening (not shown) formed therein which can be aligned with the aperture **953**. A top portion of the front panel **983** blocks the aperture **953** when the opening formed in panel **983** is not aligned with the aperture **953** and thus operates as

a shutter for the aperture **953**. The blinder **982** includes two side-walls **987**, arranged in parallel on opposite sides of the opening and generally perpendicular to the front panel **983**, and a back wall **988** spanning the back edges of the sidewalls **987** opposite the front wall **983** and generally parallel to the front wall **983**. The side-walls **987** and the back wall **988** define a partial rectangular enclosure sized to accommodate one receptacle vessel **162** of the MTU **160** when the blinder **982** is moved up beneath one of the receptacle vessels **162** of an MTU **160** by the blinder actuator **993**. Blinder actuator **993** may be a linear stepper actuator including a stepper motor **992** and a lead screw **994**. HSI linear stepper actuators, available from Haydon Switch and Instrument, Inc. of Waterbury, Conn. have been used.

After the MTU **160** is placed into the luminometer **950** by the right-side transport mechanism **500**, the motor **972** is energized to pull the first receptacle vessel of the MTU into alignment with the aperture **953**. The blinder **982**, which is normally stowed out of the MTU transport path, is raised by the blinder actuator **993** until the side walls **987** and back wall **988** of the blinder **982** surround the receptacle vessel **162** and the opening formed in the front panel **983** of the blinder **982** is aligned with the aperture **953**. The blinder **982** substantially prevents light from sources other than the receptacle vessel **162** in front of the aperture **953** from reaching the aperture **953**, so that the PMT **956** detects only light emissions from the receptacle vessel directly in front of the aperture **953**.

With the PMT shutter open, different detecting reagents (Detect I and Detect II), drawn from containers **1146**, **1170** of the lower chassis **1100**, are sequentially delivered into the aligned receptacle vessel **162** through dedicated delivery lines (not shown) extending to a reagent port **984** at the top of the luminometer **950**. The Detect I and Detect II reagents are hydrogen peroxide-containing and sodium hydroxide-containing reagents, respectively, and combine to form a basic hydrogen peroxide solution which enhances the chemiluminescence of acridinium ester label which has not been hydrolyzed. Because basic hydrogen peroxide is unstable, the Detect I and Detect II reagents are preferably combined in the receptacle tube **162** just prior to detection in the luminometer **950**.

After the addition of Detect II, the light emitted from the contents of the receptacle vessel **162** is detected using the PMT **956** and the PMT shutter is then closed. The PMT **956** converts light emitted by chemiluminescent labels into electrical signals processed by the electronics unit and thereafter sent to the controller **1000** or other peripheral unit via cables (not shown) linked to a connector **986**.

In cases where less sensitivity is required, it may be possible to use an optical sensor in place of a photomultiplier tube. A diode is an example of an acceptable optical sensor which can be used with the luminometer **950**. An optical sensor may also be appropriate when the material of the MTU **160** is relatively transparent, rather than the translucent appearance of the preferred polypropylene material. When selecting a material for the MTU **160**, care should be taken to avoid materials that naturally luminesce or are predisposed to electrostatic build-up, either of which can increase the chances of a false positive or interfering with quantification measurements.

The above-described process is repeated for each receptacle vessel **162** of the MTU **160**. After the chemiluminescent signal from each receptacle vessel **162** of the MTU **160** has been measured, the motor **972** advances to move the MTU **160** through the exit door **961** and out of the luminometer **950** and into the amplicon deactivation station **750**.

An alternate, and presently preferred, luminometer is generally designated by reference number **1360** in FIG. **43**. Luminometer **1360** includes a housing **1372** having a bottom wall **1370**, door assemblies **1200** on opposite sides of the bottom wall **1370** which define end portions of the housing **1372**, an optical sensor shutter assembly **1250** which defines a front wall of the housing **1370**, a top wall (not shown), and a back wall (not shown), which complete the housing **1370** and define an enclosure therein. The right-side door assembly **1200** defines a receptacle entrance opening **1374**, and the left-side door assembly **1200** defines a receptacle exit opening **1376** through which a MTU **160** can be passed into and out of the housing **1370**. Each door assembly **1200** controls access through the respective opening **1374** or **1376** and comprises an end wall **1202**, a cover plate **1232**, and a rotating door **1220** rotatably disposed between the end wall **1202** and the cover plate **1232**. The optical sensor aperture shutter assembly **1250** controls light entering an optical sensor (not shown in FIG. **43**), for example a photomultiplier tube. Luminometer **1360** includes a light receiver mounting wall **1250** and a cover plate **1290** having an aperture **1292** formed therein.

A bar code scanner **1368** is attached to a front portion of the housing **1372** for scanning MTUs prior to their entry to the luminometer **1360**.

A receptacle transport assembly **1332** moves a receptacle (e.g., a MTU **160**) through the luminometer **1360** from the entrance opening **1374** to the exit opening **1376**. The assembly **1332** includes a transport **1342** movably carried on a threaded lead screw **1340** that is rotated by a motor **1336** coupled to the lead screw **1340** by a belt (not shown).

A dispensing nozzle **1362** is attached in the top wall (not shown) and is connected by conduit tubes **1364** and **1366** to a pump and ultimately to bottles **1146** and **1170** in the lower chassis **1100**. Nozzle **1362** dispenses the "Detect I" and the "Detect II" reagents into the receptacles **162** of the MTU **160** within the housing **1372**.

A receptacle vessel positioner assembly **1300** is disposed within the housing **1372** and is constructed and arranged to position each tube **162** of the MTU **160** in front of the aperture **1292** and to optically isolate each tube being positioned from adjacent tubes, so that only light from one tube at a time enters the aperture **1292**. The positioner assembly **1300** comprises a receptacle positioner **1304** rotatably mounted within a positioner frame **1302** that is secured to the floor **1370** of the housing **1372**.

The door assembly **1200** for the MTU entrance opening **1374** and exit opening **1376** of the luminometer **1360** is shown in FIG. **44**. Door assembly **1200** includes a luminometer end-wall **1202** which forms an end wall of the luminometer housing **1372**. End-wall **1202** includes a first recessed area **1206** with a second, circular recessed area **1208** superimposed on the first recessed area **1206**. A circular groove **1207** extends about the periphery of the circular recessed area **1208**. A slot **1204**, having a shape generally conforming to a longitudinal profile of an MTU **160**, is formed in the circular recessed area **1208** to one side of the center thereof. A short center post **1209** extends from the center of the circular recessed area **1208**.

The rotating door **1220** is circular in shape and includes an axial wall **1222** extending about the periphery of the rotating door **1220**. The axial wall **1222** is disposed a short radial distance from the outer peripheral edge of the rotating door **1220**, thus defining an annular shoulder **1230** about the outermost peripheral edge outside the axial wall **1222**. A slot

1226, having a shape generally conforming to the longitudinal profile of an MTU is formed in the rotating door 1220 at an off-center position.

The rotating door 1220 is installed into the circular recessed area 1208 of the end-wall 1202. A central aperture 1224 receives the center post 1209 of the end-wall 1202, and circular groove 1207 receives axial wall 1222. The annular shoulder 1230 rests on the flat surface of the recessed area 1206 surrounding the circular recessed area 1208.

End-wall 1202 includes a drive gear recess 1210 which receives therein a drive gear 1212 attached to the drive shaft of a motor 1213 (See FIG. 43 in which only the motor 1213 for the right side door assembly 1200 is shown). Motor 1213 is preferably a DC gear motor. A preferred DC gear motor is available from Micro Mo Electronics, Inc. of Clearwater, Fla., under model number 1524TO24SR 16/7 66:1. The outer circumference of the axial wall 1222 of the rotating door 1220 has gear teeth formed thereon which mesh with the drive gear 1212 when the shutter is installed into the circular recess 1208.

The cover plate 1232 is generally rectangular in shape and includes a raised area 1234 having a size and shape generally conforming to the recessed area 1206 of the end-wall 1202. Cover plate 1232 has formed therein an opening 1236 having a shape generally conforming to the longitudinal profile of an MTU, and, when the cover plate 1232 is installed onto the end-wall 1202, the raised rectangular area 1234 is received within the rectangular recessed area 1206 and opening 1236 is in general alignment with opening 1204. Thus, the rotating door 1220 is sandwiched between the cover plate 1232 and the end-wall 1202, and the openings 1236 and 1204 together define the entrance opening 1374 and exit opening 1376.

When the drive gear 1212 is rotated by the motor 1213, the rotating door 1220, enmeshed with the drive gear 1212, is caused to rotate about the center post 1209. When the opening 1226 is aligned with openings 1204 and 1236, MTUs 160 can be passed through the opening 1374 (1376) of the door assembly 1200. With the rotating door 1220 disposed within the circular recessed area 1208 and the raised area 1234 of the cover plate 1232 disposed within the recessed area 1206 of the end-wall 1202, a substantially light-tight structure is achieved, whereby little or no light enters through the door, when the opening 1226 is not aligned with openings 1204 and 1236.

Optical slotted sensors are disposed within slots 1214 and 1216 disposed on the outer edge of the circular recessed area 1208 at diametrically opposed positions. Preferred sensors are available from Optek Technology, Inc. of Carrollton, Tex., model number OPB857. The slotted sensors disposed within slots 1214 and 1216 detect the presence of a notch 1228 formed in the axial wall 1222 to signal door open and door closed status.

The optical sensor aperture shutter assembly 1250 is shown in FIG. 45. A light receiver, such as a photomultiplier tube 956, is coupled with a light receiver opening 1254 formed in a light receiver mounting wall 1252. The light receiver mounting wall 1252 includes a generally rectangular, two-tiered raised area 1256, which defines a generally rectangular shoulder 1257 and a circular recessed area 1258 superimposed on the rectangular raised area 1256. A circular groove 1261 extends about the periphery of circular recessed area 1258. A center post 1259 is positioned at the center of the circular recessed area 1258. Light receiver opening 1254 is formed in the circular recessed area 1258. In the illustrated embodiment, the light receiver opening 1254 is disposed below the center post 1259, but the light receiver opening 1254 could be placed at any position within the circular recessed area 1258.

The aperture shutter assembly 1250 includes a rotating shutter 1270 having an axial wall 1274 with gear teeth formed on the outer periphery thereof. Axial wall 1274 is formed near, but not at, the outer periphery of the shutter 1270, thereby defining annular shoulder 1276. Rotating shutter 1270 is installed in the circular recessed area 1258 with center post 1259 received within a central aperture 1272 formed in the rotating shutter 1270 and with axial wall 1274 received within circular groove 1261. A drive gear 1262 disposed within a gear recess 1260 and coupled to a drive motor 1263 meshes with the outer gear teeth formed on the axial wall 1274 of the rotating shutter 1270 to rotate the rotating shutter 1270 about the center post 1259. A preferred drive motor 1263 is a DC gear motor available from Micro Mo Electronics, Inc. of Clearwater, Fla., as model number 1524TO24SR 16/7 66:1. Micro Mo gear motors are preferred because they provide a high quality, low backlash motor. An opening 1280 is formed in the rotating shutter 1270 which can be moved into and out of alignment with light receiver opening 1254 as the rotating shutter 1270 is rotated.

With the shutter 1270 installed in the circular recessed area 1258, a cover plate, or sensor aperture wall, 1290 is installed onto the sensor mount 1252. As shown in FIG. 45A, sensor aperture wall 1290 includes a generally rectangular, two-tiered recessed area 1296 which defines a generally rectangular shoulder 1297 and which is sized and shaped to receive therein the rectangular raised area 1256 of the sensor mount 1252. A sensor aperture 1292 is formed through the aperture wall 1290 and is generally aligned with the light receiver opening 1254 formed in the sensor mount 1252. The sensor aperture 1292 is generally in the shape of an elongated oval having a width generally corresponding to the width of an individual receptacle vessel 162 of an MTU 160 and a height corresponding to the height of the intended viewing area. Although opening 1280 of shutter 1270 is shown in the illustrated embodiment to be circular, opening 1280 can have other shapes, such as rectangular, with a width corresponding to the width of a receptacle vessel 162 or an elongated oval similar to sensor aperture 1292. Rotation of the rotating shutter 1270 to a position in which the opening 1280 is aligned with the light receiver opening 1254 and the sensor aperture 1292 permits light to reach the PMT 956, and rotation of the rotating shutter 1270 to a position in which the opening 1280 is not aligned with light receiver opening 1254 and sensor aperture 1292 prevents light from reaching the PMT 956.

Slotted optical sensors are disposed in slots 1264 and 1266 and detect a notch 1278 formed in the axial wall 1274 of the shutter 1270 to detect opened and closed positions of the shutter 1270. Preferred slotted optical sensors are available from Optek Technology, Inc., of Carrollton, Tex., as model number OPB857.

The aperture wall 1290 includes an upwardly facing shoulder 1294 extending across the width thereof. A downwardly facing shoulder of the MTU 160, defined by the connecting rib structure 164 of the MTU 160 (see FIG. 58), is supported by the shoulder 1294 as the MTU 160 slides through the luminometer.

The receptacle vessel positioner assembly 1300 is shown in FIGS. 46 and 48-49. The receptacle vessel positioner 1304 is operatively disposed within the receptacle vessel positioner frame 1302. The receptacle vessel positioner 1304 is mounted in the receptacle vessel positioner frame 1302 for rotation about a shaft 1308. Shaft 1308 is operatively coupled to a rotary solenoid, or, more preferably, a gear motor 1306, to

selectively rotate the receptacle vessel positioner **1304** between the retracted position shown in FIG. **46** and the fully extended position shown in FIG. **48**. A preferred gear motor drive is available from Micro Mo Electronics, Inc. of Clearwater, Fla., as model number 1724T024S+16/7 134:1+ X0520.

As shown in FIG. **47**, the receptacle vessel positioner **1304** includes a V-block structure **1310** defining two parallel walls **1312**. Receptacle vessel positioner **1304** further includes an area at the lower end thereof where a portion of the thickness of the receptacle vessel positioner **1304** is removed, thus defining a relatively thin arcuate flange **1314**.

When an MTU **160** is inserted into the luminometer **1360**, the receptacle vessel positioner **1304** is in the retracted position shown in FIG. **46**. When an individual receptacle vessel **162** is disposed in front of the sensor aperture **1292** (see FIG. **45**A), so that a sensor reading of the chemiluminescence of the contents of the receptacle vessel **162** can be taken, the receptacle vessel positioner **1304** rotates forwardly to the engaged position shown in FIG. **49**. In the engaged position shown in FIG. **49**, the V-block **1310** engages the receptacle vessel **162**, thus holding the receptacle vessel in the proper position in alignment with the light receiver aperture **1292** of the luminometer. As shown in FIG. **45**, aperture wall **1290** includes a protrusion **1298** extending from the back of wall **1290** into the MTU passage of the luminometer. The protrusion **1298** is aligned with the aperture **1292** so that when the receptacle vessel positioner **1304** engages a receptacle vessel **162**, the receptacle vessel is pushed laterally and encounters protrusion **1298** as a hard stop, thus preventing the receptacle vessel positioner **1304** from significantly tilting the receptacle vessel **162** within the MTU passage. The parallel sidewalls **1312** of the V-block **1310** prevent stray light from adjacent receptacle vessels **162** of the MTU **160** from reaching the light receiver while a reading is being taken of the receptacle vessel **162** disposed directly in front of the aperture **1292**.

A slotted optical sensor **1318** is mounted to a lower portion of the frame **1302**, with the arcuate flange **1314** operatively positioned with respect to the sensor **1318**. A preferred slotted optical sensor is available from Optek Technology, Inc., of Carrollton, Tex., as model number OPB930W51. An opening **1316** is formed in the flange **1314**. Opening **1316** is properly aligned with the sensor **1318** when the receptacle vessel positioner **1304** engages a receptacle vessel **162** and the receptacle vessel **162** and protrusion **1298** prevent further rotation of the receptacle vessel positioner **1304**. If a receptacle vessel **162** is not properly positioned in front of the receptacle vessel positioner **1304**, the receptacle vessel positioner **1304** will rotate forwardly to the position shown at FIG. **48**, in which case opening **1316** will not be aligned with the sensor **1318** and an error signal will be generated.

If a gear motor **1306** is employed for rotating the receptacle vessel positioner **1304**, it is necessary to provide a second sensor (not shown) to generate a positioner-retracted, i.e., "home", signal to shut off the gear motor when the receptacle vessel positioner **1304** is fully retracted, as shown in FIG. **46**. A preferred sensor is available from Optek Technology, Inc. of Carrollton, Tex. as model number OPB900W.

The MTU transport assembly **1332** is shown in FIG. **50**. The MTU transport assembly **1332** is operatively positioned adjacent a top edge of an intermediate wall **1330** (not shown in FIG. **43**) of the luminometer **1360**. Intermediate wall **1330**, which defines one side of the MTU transport path through the luminometer housing **1372**, includes a rectangular opening **1334**. The receptacle vessel positioner frame **1302** (see, e.g., FIG. **48**) is mounted to the intermediate wall **1330** proximate the opening **1334**, and the receptacle vessel positioner **1304** rotates into engagement with an MTU **160** through the opening **1334**.

The MTU transport **1342** is carried on the threaded lead screw **1340** and includes a screw follower **1344** having threads which mesh with the threads of the lead screw **1340** and an MTU yoke **1346** formed integrally with the screw follower **1344**. As shown in FIG. **51**, the MTU yoke **1346** includes a longitudinally-extending portion **1356** and two laterally-extending arms **1348** and **1350**, with a longitudinal extension **1352** extending from the arm **1350**. The lead screw **1340** is driven, via a drive belt **1338**, by the stepper motor **1336**. A preferred stepper motor is a VEXTA motor, available from Oriental Motors Ltd. of Tokyo, Japan, model PK266-01A, and a preferred drive belt is available from SDP/SI of New Hyde Park, N.Y.

When an MTU **160** is inserted into the MTU transport path of the luminometer **950** by the right-side transport mechanism **500**, the first receptacle vessel **162** of the MTU **160** is preferably disposed directly in front of the sensor aperture **1292** and is thus properly positioned for the first reading. The width of the yoke **1346** between the lateral arms **1348** and **1350** corresponds to the length of a single MTU **160**. The transport **1342** is moved between a first position shown in phantom in FIG. **50** and a second position by rotation of the lead screw **1340**. Slotted optical sensors **1341** and **1343** respectively indicate that the transport **1342** is in the either the first or second position. Due to friction between the lead screw **1340** and the screw follower **1344**, the MTU transport **1342** will have a tendency to rotate with the lead screw **1340**. Rotation of the MTU transport **1342** with the lead screw **1340** is preferably limited, however, to 12 degrees by engagement of a lower portion of the yoke **1346** with the top of the intermediate wall **1330** and engagement of an upper stop **1354** with the top cover (not shown) of the luminometer housing **1372**.

To engage the MTU that has been inserted into the luminometer **1360**, the lead screw **1340** rotates in a first direction, and friction within the threads of the screw follower **1344** and the lead screw **1340** causes the transport **1342** to rotate with lead screw **1340** upwardly until the upper stop **1354** encounters the top cover (not shown) of the luminometer **1360**. At that point, continued rotation of the lead screw **1340** causes the transport **1342** to move backward to the position shown in phantom in FIG. **50**. The lateral arms **1348**, **1350** pass over the top of the MTU as the transport **1342** moves backward. Reverse rotation of the lead screw **1340** first causes the transport **1342** to rotate downwardly with the lead screw **1340** until a bottom portion of the yoke **1346** encounters the top edge of the wall **1330**, at which point the lateral arms **1348** and **1350** of the yoke **1346** straddle the MTU **160** disposed within the luminometer **1360**.

The MTU transport mechanism **1332** is then used to incrementally move the MTU **160** forward to position each of the individual receptacle vessels **162** of the MTU **160** in front of the optical sensor aperture **1292**. After the last receptacle vessel **162** has been measured by the light receiver within the luminometer, the transport **1342** moves the MTU **160** to a position adjacent the exit door, at which point the lead screw **1340** reverses direction, thus retracting the transport **1342** back, as described above, to an initial position, now behind the MTU **160**. Rotation of the lead screw **1340** is again reversed and the transport **1342** is then advanced, as described above. The exit door assembly **1200** is opened and the longitudinal extension **1352** of the yoke **1346** engages the MTU

manipulating structure **166** of the MTU **160** to push the MTU **160** out of the luminometer exit door and into the deactivation queue **750**.

Deactivation Station

In the amplicon deactivation station **750**, dedicated delivery lines (not shown) add a deactivating solution, such as buffered bleach, into the receptacle vessels **162** of the MTU **160** to deactivate the remaining fluid in the MTU **160**. The fluid contents of the receptacle vessels are aspirated by tubular elements (not shown) connected to dedicated aspiration lines and collected in a dedicated liquid waste container in the lower chassis **1100**. The tubular elements preferably have a length of 4.7 inches and an inside diameter of 0.041 inches.

An MTU shuttle (not shown) moves the MTUs **160** incrementally (to the right in FIG. **3**) with the delivery of each subsequent MTU **160** into the deactivation station **750** from the luminometer **950**. Before an MTU can be delivered to the deactivation queue **750** by the luminometer **950**, the MTU shuttle must be retracted to a home position, as sensed by a strategically positioned optical slot switch. After receiving an MTU **160** from the luminometer, the shuttle moves the MTU **160** to a deactivation station where the dedicated delivery lines connected to dedicated injectors dispense the deactivating solution into each receptacle vessel **162** of the MTU **160**. Previous MTUs in the deactivation queue, if any, will be pushed forward by the distance moved by the MTU shuttle. Sensors at the deactivation station verify the presence of both the MTU and the MTU shuttle, thus preventing the occurrence of a deactivating fluid injection into a non-existent MTU or double injection into the same MTU.

An aspiration station (not shown) includes five, mechanically coupled aspirator tubes mounted for vertical movement on an aspirator tube rack and coupled to an actuator for raising and lowering the aspirator tubes. The aspiration station is at the last position along the deactivation queue before the MTUs are dropped through a hole in the datum plate **82** and into the waste bin **1108**. Each time an MTU moves into the deactivation station, the aspirator tubes cycle up and down one time, whether an MTU is present in the aspiration station or not. If an MTU is present, the aspirator tubes aspirate the fluid contents from the MTU. When the next MTU is moved into the deactivation station by the MTU shuttle, the last-aspirated MTU is pushed off the end of the deactivation queue and falls into the waste bin **1108**.

The steps and sequence of the above-described assay procedure performed on the analyzer **50** in the preferred mode of operation are graphically and succinctly described in the document Gen-Probe TIGRIS Storyboard v. 1.0, Jun. 23, 1997, a copy of which was filed with the provisional disclosure upon which priority is claimed for the present specification and the contents of which are hereby incorporated by reference.

Ideally, the analyzer **50** can run about 500 preferred assays in an 8 hour period, or about 1,000 preferred assays in a 12 hour period. Once the analyzer **50** is set-up and initialized, it ordinarily requires little or no operator assistance or intervention. Each sample is handled identically for a given assay, although the analyzer is capable of simultaneously performing multiple assay types in which different MTUs may or may not be handled identically. Consequently, manual pipetting, incubation timing, temperature control, and other limitations associated with manually performing multiple assays are avoided, thereby increasing reliability, efficiency, and throughput. And because an operator's exposure to samples is generally limited to the loading of samples, risks of possible infection are greatly reduced.

While the invention has been described in connection with what are presently considered to be the most practical and preferred embodiments, it is to be understood that the invention is not to be limited to the disclosed embodiments, but, on the contrary, is intended to cover various modifications and equivalent arrangements included within the spirit and scope of the appended claims.

Furthermore, those of the appended claims which do not include language in the "means for performing a specified function" format permitted under 35U.S.C. §112(¶6), are not intended to be interpreted under 35 U.S.C. §112(¶6) as being limited to the structure, material, or acts described in the present specification and their equivalents.

What is claimed is:

**1**. A process for detecting the presence of a target nucleic acid in a sample containing the target nucleic acid, the process comprising the automated steps of:

a) at a first station, immobilizing the target nucleic acid on a magnetically responsive particle;

b) subjecting the magnetically responsive particle to a magnetic field and aspirating non-immobilized components of the sample;

c) transferring the target nucleic acid immobilized in step a) from the first station to a second station using a rotatable transport mechanism;

d) at the second station, combining the transferred target nucleic acid of step c) and reagents for performing an amplification reaction;

e) performing an amplification reaction which produces an amplification product indicative of the presence of the target nucleic acid in the sample; and

f) detecting the amplification product of step e) as an indication of the presence of the target nucleic acid in the sample.

**2**. The process of claim **1**, wherein the non-immobilized components of the sample include non-target nucleic acid.

**3**. The process of claim **1**, wherein the target nucleic acid is hybridized to a capture probe prior to immobilizing the target nucleic acid on the magnetically responsive particle.

**4**. The process of claim **1**, wherein the target nucleic acid remains immobilized on the magnetically responsive particle during step c).

**5**. The process of claim **1** further comprising the step of forming a complex comprising the amplification product and a probe, wherein the amplification product is detected in step f) by detecting the formation of the complex.

**6**. The process of claim **5**, wherein the probe includes a detectable label.

**7**. The process of claim **5**, wherein the amplification product is a nucleic acid sequence that is the same as or complementary to a sequence of the target nucleic acid.

**8**. The process of claim **1**, wherein steps a)-f) are performed with a stand-alone unit.

**9**. The process of claim **8**, wherein the first and second stations and the transport mechanism are contained within a housing of the stand-alone unit.

**10**. The process of claim **9**, wherein the first and second stations and the transport mechanism are located on a processing deck.

**11**. The process of claim **9**, wherein the stand-alone unit is movable.

**12**. The process of claim **1**, wherein the amplification reaction is selected from the group consisting of a polymerase chain reaction, a strand displacement amplification, and a transcription-associated amplification.

13. A process for detecting the presence of a target nucleic acid in a sample containing the target nucleic acid, the process comprising the automated steps of:

a) at a first station, immobilizing the target nucleic acid on a magnetically responsive particle; subjecting the magnetically responsive particle to a magnetic field and aspirating non-immobilized components of the sample; and washing the magnetically responsive particle one or more times with a wash solution;

b) transferring the target nucleic acid immobilized in step a) from the first station to a second station using a rotatable transport mechanism;

c) at the second station, combining the transferred target nucleic acid of step b) and reagents for performing an amplification reaction;

d) performing an amplification reaction which produces an amplification product indicative of the presence of the target nucleic acid in the sample; and

e) detecting the amplification product of step d) as an indication of the presence of the target nucleic acid in the sample.

14. The process of claim 13, wherein the target nucleic acid remains immobilized on the magnetically responsive particle during step b).

15. The process of claim 13 further comprising the step of forming a complex comprising the amplification product and a probe, wherein the amplification product is detected in step e) by detecting the formation of the complex.

16. The process of claim 15, wherein the probe includes a detectable label.

17. The process of claim 13, wherein steps a)-e) are performed with a stand-alone unit.

18. The process of claim 17, wherein the first and second stations and the transport mechanism are contained within a housing of the stand-alone unit.

19. The process of claim 18, wherein the first and second stations and the transport mechanism are located on a processing deck.

20. The process of claim 18, wherein the stand-alone unit is movable.

21. The process of claim 13, wherein the amplification reaction is selected from the group consisting of a polymerase chain reaction, a strand displacement amplification, and a transcription-associated amplification.

22. The process of claim 15, wherein the amplification product is a nucleic acid sequence that is the same as or complementary to a sequence of the target nucleic acid.

* * * * *