# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEN-PROBE INCORPORATED, | Civil No. 09cv2319 BEN (NLS) |
| Plaintiff, | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION, STAYING ISSUANCE OF SCHEDULING ORDER AND SETTING TELEPHONIC STATUS CONFERENCES** |
| v. | |
| BECTON, DICKINSON AND COMPANY, | |
| Defendant. | |
| BECTON, DICKINSON AND COMPANY, | |
| Counterclaimant, | |
| v. | |
| GEN-PROBE INCORPORATED, | |
| Counterdefendant. | |

The court held an Early Neutral Evaluation Conference on January 27, 2010. The parties need additional time to discuss settlement possibilities. The court, therefore, stays the issuance of a scheduling order pending determination of whether a settlement is achievable at this time. Further, the court **SETS** the following conferences:

1. Telephonic status conference, with principals for Gen-Probe Incorporated and Becton, Dickinson and Company only, for **February 26, 2010 at 1:00 p.m.** Pacific time.

2. Telephonic status conference, with counsel only, for **February 26, 2010 at 1:30 p.m.** Pacific time.

1   If the parties agree to settle the case, the court will set a date for a Settlement Disposition
2   Conference at the February 26 conference with counsel.
3   If the parties do not agree to settle the case, the court will issue a scheduling order following the
4   February 26 Conferences.  Such scheduling order will also include a schedule to resolve any outstanding
5   issues regarding the joint protective order.
6   **IT IS SO ORDERED.**
7   DATED:  January 28, 2010

*(signature)*
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court