LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Alexander E. Long (Bar No. 216634)
alex.long@lw.com
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone:   (858) 523-5400
Facsimile:   (858) 523-5450

LATHAM & WATKINS LLP
Dean G. Dunlavey (Bar No. 115530)
dean.dunlavey@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone:   (714) 540-1235
Facsimile:   (714) 755-8290

Attorneys for Plaintiff
GEN-PROBE INCORPORATED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEN-PROBE INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-2319 BEN (NLS)<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S "UNCLEAN HANDS" AFFIRMATIVE DEFENSE OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Date:   May 10, 2010<br>Time:   10:30 a.m.<br>Ctrm:   3<br>Judge:   Hon. Roger T. Benitez |

1  PLEASE TAKE NOTICE that on May 10, 2010, at 10:30 a.m., or as soon thereafter as
2  counsel may be heard, Plaintiff Gen-Probe Incorporated ("Gen-Probe") will and hereby does
3  move the Court for an order striking Defendant Becton, Dickinson and Company's ("BD")
4  thirteenth affirmative defense of "unclean hands," or in the alternative, issuing partial judgment
5  on the pleadings thereon.

6  Gen-Probe brings this motion pursuant to Federal Rules of Civil Procedure 9(b), 12(f)
7  and 12(c) on the grounds that BD's "unclean hands" affirmative defense is facially and
8  irreparably defective based on BD's concession that it possesses no facts to allege in support of
9  that defense.

10  Pursuant to Local Rule 7.1(d)(1), there will be no oral argument on this motion unless
11  requested by the Court.

12  This motion is based on this Notice, the Memorandum of Points and Authorities in
13  Support of this Motion, the Declaration of Alexander E. Long, pleadings and records on file in
14  this case, and such arguments as may be presented to the Court, should the Court decide to hear
15  argument on this matter.

17  Dated:   April 8, 2010                                LATHAM & WATKINS LLP

19                                                        By: s/ Alexander E. Long
                                                              alex.long@lw.com

                                                          Attorneys for Plaintiff and Counterdefendant
                                                          GEN-PROBE INCORPORATED

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 12636 High Bluff Drive, Suite 400, San Diego, CA 92130.

On April 8, 2010, I served the following document described as:

1. **NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S "UNCLEAN HANDS" AFFIRMATIVE DEFENSE OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GEN-PROBE INCORPORATED'S MOTION TO STRIKE DEFENDANT'S "UNCLEAN HANDS" AFFIRMATIVE DEFENSE OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

3. **DECLARATION OF ALEXANDER E. LONG IN SUPPORT OF GEN-PROBE INCORPORATED'S MOTION TO STRIKE DEFENDANT'S "UNCLEAN HANDS" AFFIRMATIVE DEFENSE OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC FILING

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Boris Zelkind, Esq.
  boris.zelkind@kmob.com
Erik T. Anderson, Esq.
  erik.anderson@kmob.com
Knobbe, Martens, Olson & Bear LLP
550 West C Street, Suite 1200
San Diego, CA 92101

Donald R. Ware, Esq.
  dware@foleyhoag.com
Barbara A. Fiacco, Esq.
  bfiacco@foleyhoag.com
Brian C. Carroll, Esq.
  bcarroll@foleyhoag.com
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

1   I declare that I am employed in the office of a member of the Bar of, or permitted to
2   practice before, this Court at whose direction the service was made and declare under penalty of
3   perjury under the laws of the State of California that the foregoing is true and correct.
4   Executed on April 8, 2010, at San Diego, California.

                                                s/ Alexander E. Long
                                                alex.long@lw.com