1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11

GEN-PROBE INCORPORATED,                    Case No. 09-CV-2319 BEN (NLS)
                                           Case No. 10-CV-0602 BEN (NLS)
        Plaintiff and Counterdefendant,
                                           **JOINT MOTION FOR ORDER AUTHORIZING
        v.                                 USE OF ELECTRONIC, VIDEO, OR AUDIO
                                           EQUIPMENT IN COURTROOM FOR
BECTON, DICKINSON AND COMPANY,             TECHNOLOGY TUTORIAL**

        Defendant and Counterclaimant.
                                           Date:      April 19, 2011
                                           Time:      9:00 a.m.
                                           Ctrm:      3
                                           Judge:     Hon. Roger T. Benitez

AND RELATED COUNTERCLAIMS

20
21
22
23
24
25
26
27
28

1     Plaintiff Gen-Probe Incorporated and Defendant Becton, Dickinson and Company jointly

2   move the Court for an order authorizing counsel, presenting experts, and/or their media

3   equipment provider to bring certain audio-visual and other presentation equipment into the

4   courtroom in support of the upcoming Technology Tutorial scheduled in this matter for Tuesday,

5   April 19, 2011 at 9:00 a.m.  Counsel seek access to the courtroom for setup of this equipment at

6   8:00 a.m. on Tuesday, April 19, 2011.  A list of the anticipated equipment is as follows:

7          1.     Laptop computers and associated adapters;

8          2.     One LCD projector;

9          3.     One ELMO;

10          4.     Four LCD flat screen monitors;

11          5.     One VGA switch and associated cabling;

12          6.     One easel with paper and markers;

13          7.     One PowerPoint remote control;

14          8.     All cables, adapters, extension cords, power strips, and gaffers tape

15                 necessary for using the above-referenced equipment.

16        A proposed order is submitted herewith.

17                                              Respectfully submitted,

18
    Dated: April 14, 2011                        LATHAM & WATKINS LLP
19

20
                                                By: s/  Alexander E. Long            _____
21
                                                Attorneys for Plaintiff and Counterdefendant
22                                              GEN-PROBE INCORPORATED

23   Dated: April 14, 2011                       KNOBBE, MARTENS, OLSON & BEAR, LLP

24

25                                              By: s/  Erik Anderson          _____

26                                              Attorneys for Defendant and
                                                Counterclaimant BECTON, DICKINSON
27                                              AND COMPANY

28

                                          1