UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEN-PROBE INCORORATED,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-2319 BEN (NLS)<br><br>**ORDER AUTHORIZING USE OF ELECTRONIC, VIDEO, OR AUDIO EQUIPMENT IN COURTROOM FOR TECHNOLOGY TUTORIAL**<br><br>Date: April 19, 2011<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Roger T. Benitez |

For purposes of the Technology Tutorial session scheduled in the above-referenced matter for April 19, 2011 in the above-referenced Court,

IT IS HEREBY ORDERED that Plaintiff Gen-Probe Incorporated, Defendant Becton, Dickinson and Company, their respective counsel of record, presenting experts, and their media equipment provider are authorized to bring and use the following electronic, video, audio and other equipment in the courtroom:

1. Laptop computers and associated adapters;
2. One LCD projector;
3. One ELMO;

4. Four LCD flat screen monitors;
5. One VGA switch and associated cabling;
6. One easel with paper and markers;
7. One PowerPoint remote control;
8. All cables, adapters, extension cords, power strips, and gaffers tape necessary for using the above-referenced equipment.

IT IS FURTHER ORDERED that counsel of record, presenting experts, and/or their media equipment provider are authorized to bring the aforementioned equipment to the courtroom for set-up as soon as 8:00 a.m. on April 19, 2011.

Dated: April 18, 2011

The Honorable Roger T. Benitez
United States District Court Judge