# EXHIBIT N

# In The Matter Of:

*GEN-PROBE INCORPORATED*
*v.*
*BECTON, DICKINSON AND COMPANY*

_____

*BOB van GEMEN, Ph.D.*
*June 7, 2012*

_____

*CONFIDENTIAL - ATTORNEYS' EYES ONLY*

*PURSUANT TO PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
British Pacific Centre
8899 University Center Lane, Suite 200
San Diego, CA 92122
Phone: 619.544.8344
Fax: 619.544.8345

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
BOB van GEMEN, Ph.D. - 6/7/2012

Page 112

| | | |
|---|---|---|
| 1 | that description of the claims, correct? | 12:22:05 |
| 2 | A.   But that's a different question.  So what | 12:22:09 |
| 3 | is described, because the claims are so broad, will | 12:22:13 |
| 4 | fit in the description of claims, but so will many | 12:22:17 |
| 5 | other things that were known.  But this description | 12:22:19 |
| 6 | does not cover the scope of the claim. | 12:22:22 |
| 7 | Q.   Is it your understanding of the written | 12:22:29 |
| 8 | description requirement, as been presented to you or | 12:22:31 |
| 9 | as you've studied it for purposes of your analysis, | 12:22:35 |
| 10 | that the scope of the claims has to include every | 12:22:41 |
| 11 | possible example -- strike that -- that the | 12:22:43 |
| 12 | specification has to disclose every possible example | 12:22:45 |
| 13 | that fits within the scope of the claims? | 12:22:49 |
| 14 | A.   No, I don't think it has to describe every | 12:22:50 |
| 15 | possible example. | 12:22:52 |
| 16 | Q.   How many examples need to be described? | 12:22:54 |
| 17 | MR. WARE:  Objection.  Calls for a legal | 12:22:54 |
| 18 | conclusion. | 12:23:01 |
| 19 | A.   I'm not a lawyer, so I couldn't answer that | 12:23:04 |
| 20 | question.  But again, what is described here by the | 12:23:08 |
| 21 | inventors does not cover what is claimed by the | 12:23:13 |
| 22 | inventors as being their invention. | 12:23:17 |
| 23 | Q.   Do you think that the luminometers | 12:23:19 |
| 24 | described in the specification are incompatible with | |
| 25 | realtime amplification? | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
BOB van GEMEN, Ph.D. - 6/7/2012

Page 113

| | | |
|---|---|---|
| 1 | A.   You have to define the real -- I mean, | 12:23:33 |
| 2 | define the realtime amplification you're looking | 12:23:37 |
| 3 | for.  PCR, I don't think the luminometer described | 12:23:44 |
| 4 | in the patent cannot perform a PCR reaction because | 12:23:59 |
| 5 | it does not cycle temperature. | 12:24:00 |
| 6 | Q.   Do you have an opinion on whether it's | 12:24:05 |
| 7 | possible to perform thermocycling in the instrument | 12:24:07 |
| 8 | as specifically described by moving the sample | 12:24:10 |
| 9 | between incubators of different temperatures? | 12:24:18 |
| 10 | A.   I think it would be totally impossible. | 12:24:21 |
| 11 | That's not a workable, pragmatic solution, and I | 12:24:24 |
| 12 | don't think it would work.  In the instrument, the | 12:24:30 |
| 13 | incubators are spatially separated.  It would be, if | 12:24:33 |
| 14 | you transport one tube from one incubator to | 12:24:35 |
| 15 | another, there would be cooling down.  There would | 12:24:37 |
| 16 | be no temperature control during the transport. | 12:24:44 |
| 17 | Q.   So is it your opinion that moving a tube or | 12:24:49 |
| 18 | sample within a tube from one incubator to another, | 12:24:52 |
| 19 | the two incubators being at different temperatures, | 12:24:53 |
| 20 | would not be operable? | 12:24:56 |
| 21 | A.   Well, you could probably do it, but just | 12:24:59 |
| 22 | asking ourselves if it would work, and I don't think | 12:25:01 |
| 23 | it would work because of, you know, everybody could | 12:25:05 |
| 24 | see -- it's not my opinion, but everybody could see | |
| 25 | during transfer there's no temperature control. | |

Merrill Corporation - San Diego
800-544-3656                        www.merrillcorp.com/law

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
BOB van GEMEN, Ph.D. - 6/7/2012

Page 114

| | | |
|---|---|---|
| 1 | Q.  Would you agree or disagree that swapping a | 12:26:23 |
| 2 | luminometer with a fluorometer instrument would have | 12:26:25 |
| 3 | been routine as of May of 1998? | 12:26:26 |
| 4 | MR. WARE:  Object to the form of the | 12:26:27 |
| 5 | question.  Vague. | 12:26:29 |
| 6 | A.  I couldn't answer that. | 12:26:32 |
| 7 | Q.  So when we were looking at the statement | 12:26:37 |
| 8 | here in the '255 patent that for detection, for | 12:26:42 |
| 9 | example, the analyzer can be conveniently adapted to | 12:26:46 |
| 10 | accommodate a variety of detection methods, would | 12:26:50 |
| 11 | you disagree that it could be adapted to accommodate | 12:26:54 |
| 12 | a detection method that relied on a fluorometer as | 12:26:57 |
| 13 | opposed to a luminometer? | 12:26:58 |
| 14 | MR. WARE:  Object to the form of the | 12:26:58 |
| 15 | question. | 12:27:02 |
| 16 | A.  The instrument is described very precisely | 12:27:05 |
| 17 | with dimensions and stuff.  So if you want to | 12:27:09 |
| 18 | replace the luminometer with a fluorometer, it has | 12:27:12 |
| 19 | to be exactly the same dimensions, otherwise it | 12:27:15 |
| 20 | wouldn't fit in the instrument physically. | 12:27:17 |
| 21 | Does there exist such an instrument?  I | 12:27:22 |
| 22 | don't know.  Do you have to build it?  That could be | 12:27:25 |
| 23 | very difficult if you have to build your fluorometer | 12:27:28 |
| 24 | from scratch and not take it off the shelf. | |
| 25 | Q.  Why would it be difficult? | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
BOB van GEMEN, Ph.D. - 6/7/2012

Page 115

| | | |
|---|---|---|
| 1 | A.  To build a fluorometer?  I assume it would | 12:27:37 |
| 2 | require an engineering effort to do that, like it | 12:27:39 |
| 3 | would require an effort to build all of these | 12:27:43 |
| 4 | instruments.  Then you have to build it -- I'm not | 12:27:46 |
| 5 | an expert in fluorometers, but you have to build it | 12:27:48 |
| 6 | in such a way that it would fit physically at the | 12:27:52 |
| 7 | position of the luminometer.  If that doesn't | 12:27:53 |
| 8 | happen, you have to change the whole inside of the | 12:27:54 |
| 9 | instrument. | 12:27:56 |
| 10 | So you're changing much more than just | 12:28:01 |
| 11 | replacing the luminometer.  I wouldn't say that's an | 12:28:01 |
| 12 | easy effort. | 12:28:05 |
| 13 | Q.  So one change could require other changes, | 12:28:08 |
| 14 | and you can't even know in advance what changes | 12:28:08 |
| 15 | would be required? | 12:28:11 |
| 16 | A.  I could imagine that, yes. | 12:28:23 |
| 17 | Q.  Now, what about sealing of the | 12:28:28 |
| 18 | amplification tube, you had the discussion about the | 12:28:32 |
| 19 | closed vessel assays.  Is it your opinion that the | 12:28:36 |
| 20 | TIGRIS -- strike that.  Is it your opinion that the | 12:28:40 |
| 21 | description on the automation patents can't be used | 12:28:43 |
| 22 | to develop an embodiment in which the amplification | 12:28:44 |
| 23 | tube is closed? | 12:28:50 |
| 24 | A.  I did not see how the instrument described | |
| 25 | here could hold a closed tube.  The instrument | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER
BOB van GEMEN, Ph.D. - 6/7/2012

Page 116

```
 1   described is specifically chosen for a solution              12:29:08
 2   where the amplification mixture stays in the tube,           12:29:15
 3   and there is many different additions to this tube.          12:29:18
 4           I can't see how you would do that in a                12:29:19
 5   closed system.                                               12:29:24
 6       Q.  You described the use of oil, mineral oil,           12:29:25
 7   I believe?                                                   12:29:27
 8       A.  Yes.                                                 12:29:29
 9       Q.  Is it your view that the application of a            12:29:35
10   mineral oil layer closes the tube where                      12:29:36
11   amplification occurs?                                        12:29:39
12       A.  That's an interesting question, because I            12:29:52
13   think mineral oil has some of the aspects of closing         12:29:57
14   a tube, but obviously mineral oil still will allow           12:30:03
15   aspiration of fluid.  You can stick a pipette tip            12:30:07
16   through the oil.  You can still add liquids that             12:30:15
17   will go through the oil.  And if you drop the tube,          12:30:17
18   you will get a huge spill.                                   12:30:22
19           So by no means is oil a permanent seal of a          12:30:28
20   tube creating a closed vessel that can be discarded.         12:30:34
21   So in that sense, I don't, you know, although having         12:30:36
22   aspects of closing a tube and preventing aerosol             12:30:42
23   formation, oil is not a permanent seal of a tube.            12:30:44
24       Q.  So --
25       A.  So I could not see how you could have
```