JOHN ALLCOCK (Bar No. 098895)
john.allcock@dlapiper.com
RICHARD MULLOY (Bar No. 199278)
richard.mulloy@dlapiper.com
ERICA J. PASCAL (Bar No. 248677)
erica.pascal@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

DONALD R. WARE (admitted pro hac vice)
dware@foleyhoag.com
BARBARA A. FIACCO (admitted pro hac vice)
bfiacco@foleyhoag.com
SARAH E. COOLEYBECK (admitted pro hac vice)
scooleybeck@foleyhoag.com
BRIAN C. CARROLL (admitted pro hac vice)
bcarroll@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
Tel:  617.832.1000
Fax:  617.832.7000

Attorneys for Defendant/Counter-Claimant
BECTON, DICKINSON AND COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEN-PROBE INCORPORATED,<br><br>　　　　Plaintiff and<br>　　　　Counterdefendant,<br><br>　　v.<br><br>BECTON, DICKINSON AND COMPANY,<br><br>　　　　Defendant and<br>　　　　Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-2319 BEN (NLS)<br>Case No. 10-CV-0602 BEN (NLS)<br><br>**JOINT MOTION TO SET BRIEFING SCHEDULE FOR PRE-TRIAL EVIDENTIARY MOTIONS**<br><br>Date:　　　November 6, 2012<br>Time:　　　9:00 a.m.<br>Judge:　　 Roger T. Benitez<br>Courtroom:　3 |

DLA Piper LLP (US)
San Diego

WEST\238612159.1

09-CV-2319 BEN (NLS)
10-CV-0602 BEN (NLS)

Pursuant to the Court's request for a proposed briefing schedule for the parties' pre-trial *Daubert* motions and motions *in limine*, Plaintiff Gen-Probe Incorporated ("Gen-Probe") and Defendant Becton, Dickinson and Company ("BD") hereby jointly move the Court to set a the following schedule:

1. The parties will serve and file any *Daubert* motions and motions *in limine* on **Tuesday, October 9, 2012**.

2. Oppositions to the motions will be served and filed on **Tuesday, October 23, 2012**.

3. Reply briefs in support of the motions will be served and filed on **Tuesday, October 30, 2012**.

This schedule assumes the Court's availability to hear argument on these motions on Tuesday, November 6, 2012. Based upon that hearing date, the above briefing schedule is in accord with Local Rule 7.1(e).

Respectfully submitted,

Dated: September 19, 2012     LATHAM & WATKINS LLP

By */s/ Alexander Long*

Attorneys for Plaintiff/Counterdefendant
GEN-PROBE INCORPORATED

Dated: September 19, 2012     DLA PIPER LLP (US)

By */s/ Richard Mulloy*

Attorneys for Defendant/Counter-Claimant
BECTON, DICKINSON AND COMPANY