| | |
|---|---|
| 1 | JOHN ALLCOCK (Bar No. 098895) |
|   | john.allcock@dlapiper.com |
| 2 | RICHARD MULLOY (Bar No. 199278) |
|   | richard.mulloy@dlapiper.com |
| 3 | ERICA J. PASCAL (Bar No. 248677) |
|   | erica.pascal@dlapiper.com |
| 4 | **DLA PIPER LLP (US)** |
|   | 401 B Street, Suite 1700 |
| 5 | San Diego, CA  92101-4297 |
|   | Tel:  619.699.2700 |
| 6 | Fax:  619.699.2701 |
| 7 | DONALD R. WARE (admitted *pro hac vice*) |
|   | dware@foleyhoag.com |
| 8 | BARBARA A. FIACCO (admitted *pro hac vice*) |
|   | bfiacco@foleyhoag.com |
| 9 | SARAH E. COOLEYBECK (admitted *pro hac vice*) |
|   | scooleybeck@foleyhoag.com |
| 10 | BRIAN C. CARROLL (admitted *pro hac vice*) |
|   | bcarroll@foleyhoag.com |
| 11 | **FOLEY HOAG LLP** |
|   | 155 Seaport Boulevard |
| 12 | Boston, MA  02210 |
|   | Tel:  617.832.1000 |
| 13 | Fax:  617.832.7000 |
| 14 | Attorneys for Defendant/Counter-Claimant |
|   | BECTON, DICKINSON AND COMPANY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEN-PROBE INCORPORATED, | Case No. 09-CV-2319 BEN (NLS) |
| Plaintiff and Counterdefendant, | Case No. 10-CV-0602 BEN (NLS) |
| v. | **BECTON, DICKINSON AND COMPANY'S PROPOSED PRE-TRIAL AND POST-TRIAL JURY INSTRUCTIONS AND VERDICT FORM** |
| BECTON, DICKINSON AND COMPANY, | |
| Defendant and Counterclaimant. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Local Rule 51.1 and Fed. R. Civ. P. 51, Defendant Becton, Dickinson and Company ("BD") respectfully submits its proposed pre-trial and post-trial jury instructions, attached hereto as Exhibit A, and its proposed verdict form, attached hereto as Exhibit B.

Dated:  November 27, 2012

                    DLA PIPER LLP (US)

                    By */s/ Richard Mulloy*
                        John Allcock
                        Richard Mulloy
                        Erica Pascal

                        FOLEY HOAG LLP
                        Donald R. Ware
                        Barbara A. Fiacco
                        Sarah E. Cooleybeck
                        Brian C. Carroll

                        Attorneys for Defendant/Counter-Claimant
                        BECTON, DICKINSON AND COMPANY